JURY, PROTECTIVE–ORDER

# U.S. District Court [LIVE]
# Eastern District of TEXAS (Marshall)
# CIVIL DOCKET FOR CASE #: 2:08–cv–00430–DF

Balthaser Online, Inc. v. Art Star Design LLC et al
Assigned to: Judge David Folsom
 Related Case:  2:09–cv–00188–TJW
Cause: 35:271 Patent Infringement

Date Filed: 11/04/2008
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Balthaser Online, Inc.**                                                          represented by   **Samuel Franklin Baxter**
McKool Smith – Marshall
P O Box O
104 East Houston St., Suite 300
Marshall , TX 75670
903/923–9000
Fax: 903–923–9099
Email: sbaxter@mckoolsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alfred R Fabricant**
Dickstein Shapiro LLP – New York
1633 Broadway
New York , NY 10019
212/277–6500
Fax: 212/277–6501
Email: fabricanta@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan N DeMatteo**
Dickstein Shapiro LLP – New York
1633 Broadway
New York , NY 10019
212/277–6500
Fax: 1212/277/6501
Email: dematteob@dicksteinshapiro.com
*ATTORNEY TO BE NOTICED*

**Cindy Yang**
Dickstein Shapiro LLP – New York
1633 Broadway
New York , NY 10019
212–277–6549
Fax: 212–655–6501
Email: yangc@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dawn Rudenko Albert**
Dickstein Shapiro LLP – New York

1633 Broadway
New York , NY 10019
212/277–6500
Fax: 212/277–6501
Email: albertd@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Franklin Garvish , II**
McKool Smith – Austin
300 W 6th St
Ste 1700
Austin , TX 78701
512/692–8731
Fax: 512/692–8744
Email: jgarvish@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Kristi Jean Thomas**
McKool Smith
300 Crescent Court
Suite 1500
Dallas , TX 75201
214/978–4000
Fax: 12149784044
Email: kthomas@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Lawrence C Drucker**
Dickstein Shapiro LLP – New York
1633 Broadway
New York , NY 10019
212/277–6500
Fax: 212/277–6501
Email: DruckerL@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Lambrianakos**
Dickstein Shapiro LLP – New York
1633 Broadway
New York , NY 10019
212/277–6547
Fax: 212/277–6501
Email: lambrianakosp@dicksteinshapiro.com
*ATTORNEY TO BE NOTICED*

**Robert G Gingher**
Dickstein Shapiro LLP – New York
1633 Broadway
New York , NY 10019
212–277–6500
Fax: 212–277–6501
Email: gingherr@dicksteinshapiro.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Network Solutions LLC**<br>*TERMINATED: 06/25/2009* | represented by | **Andrew T Oliver**<br>Townsend &Townsend &Crew – Palo Alto<br>379 Lytton Ave<br>Palo Alto , CA 94301<br>650/326–2400<br>Fax: 650/326–2422<br>Email: atoliver@townsend.com |

**Elizabeth L DeRieux**
Capshaw DeRieux, LLP
1127 Judson Road
Ste 220
Longview , TX 75601–5157
903/233–4816
Fax: 903–236–8787
Email: ederieux@capshawlaw.com

**Justin T Darrow**
Townsend and Townsend and Crew –
Washington
1301 K Street NW
9th Floor/East Tower
Washington , DC 20005
202/481–9928
Fax: 202/481–3972
Email: jtdarrow@townsend.com
*PRO HAC VICE*

**Nancy Claire Abernathy**
The Henry Firm, PC
P. O. Box 3104
Longview , TX 75606
903–230–9874
Fax: 903–230–9875
Email: claire@dhenryfirm.com

**Richard S Meyer**
Townsend and Townsend and Crew –
Washington
1301 K Street NW
9th Floor/East Tower
Washington , DC 20005
202/481–9911
Fax: 202/481–3972
Email: rmeyer@townsend.com

**Sidney Calvin Capshaw , III**
Capshaw DeRieux, LLP

1127 Judson Road
Ste 220
Longview , TX 75601–5157
903/233–4826
Fax: 903–236–8787
Email: ccapshaw@capshawlaw.com

**Theodore Herhold**
Townsend &Townsend &Crew – Palo Alto
379 Lytton Ave
Palo Alto , CA 94301
650/326–2400
Fax: 650/326–2422
Email: ttherhold@townsend.com

**Defendant**

**The Knot, Inc.**                    represented by   **John M Hintz**
*TERMINATED: 10/19/2009*                              Wilmer Cutler Pickering Hale &Dorr – New
                                                      York
                                                      399 Park Avenue
                                                      New York , NY 10022
                                                      212/230–8800
                                                      Fax: 12122308888
                                                      Email: john.hintz@wilmerhale.com
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **John M Jackson**
                                                      Jackson Walker – Dallas
                                                      901 Main Street
                                                      Suite 6000
                                                      Dallas , TX 75202–4207
                                                      214/953–6109
                                                      Email: jjackson@jw.com
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Martin E Gilmore**
                                                      Wilmer Cutler Pickering Hale &Dorr – New
                                                      York
                                                      399 Park Avenue
                                                      New York , NY 10022
                                                      212/230–8800
                                                      Fax: 212/230–8888
                                                      Email: martin.gilmore@wilmerhale.com
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Paul B Keller**
                                                      Wilmer Cutler Pickering Hale &Dorr – New
                                                      York
                                                      399 Park Avenue
                                                      New York , NY 10022
                                                      212/937–7273
                                                      Fax: 212/230–8888

Email: Paul.Keller@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Insider Guides, Inc.**
*TERMINATED: 10/19/2009*

represented by **David Andrew Segal**
Gibson, Dunn &Crutcher LLP–Irvine
3161 Michelson Drive
Irvine , CA 92614
949–451–3973
Fax: 949–475–4663
Email: dsegal@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison R Watkins**
Gibson Dunn &Crutcher LLP – Palo Alto
1881 Page Mill Road
Palo Alto , CA 94304
650/849–5249
Fax: 650/849–5049
Email: awatkins@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Julie M Zankel**
Gibson Dunn Crutcher LLP–Los Angeles
333 S Grand Ave
47th Floor
Los Angeles , CA 90071–3197
213/229–7000
Fax: 213/229–7520
Email: jzankel@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah E Piepmeier**
Gibson Dunn &Crutcher – San Francisco
555 Mission Street
Ste 3000
San Francisco , CA 94105–2933
415/393–8270
Fax: 415/374–8404
Email: spiepmeier@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Wayne M Barsky**
Gibson Dunn &Crutcher, LLP
2029 Century Park East
Suite 4000
Los Angeles , CA 90067
310/557–8183
Fax: 310/552–7010
Email: wbarsky@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cyworld, Inc.**
*TERMINATED: 10/19/2009*

represented by **David Andrew Segal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison R Watkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julie M Zankel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah E Piepmeier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wayne M Barsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FriendFinder Networks Inc.**
*TERMINATED: 01/15/2009*

represented by **Darryl M Woo**
Fenwick &West, LLP
555 California Street
12th Floor
San Francisco , CA 94041
415/875−2300
Fax: 415/281−1350
Email: dwoo@fenwick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Candace J Morey**
Fenwick &West – San Francisco
555 California Street
12th Floor
San Francisco , CA 94104
415/875−2300
Fax: 415/281−1350
Email: cmorey@fenwick.com
*TERMINATED: 09/14/2009*

**Ira P Rothken**
Rothken Law Firm
3 Hamilton Landing
Suite 280
Novato , CA 94949
415/924−4250
Fax: 14159242905
Email: ira@techfirm.net

*ATTORNEY TO BE NOTICED*

**Michael J Sacksteder**
Fenwick &West – San Francisco
555 California Street
12th Floor
San Francisco , CA 94104
415/875–2300
Fax: 415/281–1350
Email: msacksteder@fenwick.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Hi5 Networks, Inc.**<br>*TERMINATED: 10/19/2009* | represented by | **Iain R Cunningham**<br>Cooley Godward Kronish LLP – Palo Alto<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto , CA 94306–2155<br>650/843–5000<br>Fax: 650/857–0663<br>Email: icunningham@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Timothy S Teter**
Cooley Godward Kronish LLP – Palo Alto
Five Palo Alto Square
3000 El Camino Real
Palo Alto , CA 94306–2155
650/843–5000
Fax: 650/857–0663
Email: teterts@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Hugh Findlay**
Findlay Craft
6760 Old Jacksonville Hwy
Suite 101
Tyler , TX 75703
903/534–1100
Fax: 903/534–1137
Email: efindlay@findlaycraft.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Freewebs, Inc.**<br>*TERMINATED: 10/19/2009* | represented by | **David Andrew Segal**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Alison R Watkins**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Julie M Zankel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah E Piepmeier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wayne M Barsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gaia Interactive Inc.**                    represented by  **David Andrew Segal**
*TERMINATED: 10/19/2009*                      (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Alison R Watkins**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **Julie M Zankel**
                                              (See above for address)
                                              *PRO HAC VICE*
                                              *ATTORNEY TO BE NOTICED*

                                              **Sarah E Piepmeier**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **Wayne M Barsky**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Friendster Inc.**                          represented by  **Jerry Robin Selinger**
*TERMINATED: 10/19/2009*                      Patterson &Sheridan LLP – Dallas
                                              1700 Pacific
                                              Suite 2650
                                              Dallas , TX 75201
                                              214/272−0957
                                              Fax: 214/296−0246
                                              Email: jselinger@pattersonsheridan.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Monique Raub**
                                              Patterson &Sheridan, LLP
                                              3040 Post Oak Blvd.

Suite 1500
Houston , TX 77056
713.623.4844
Fax: 713.623.4846
Email: MRaub@pattersonsheridan.com
*ATTORNEY TO BE NOTICED*

**Timothy G Ackermann**
Patterson &Sheridan LLP – Dallas
1700 Pacific
Suite 2650
Dallas , TX 75201
214–296–0148
Fax: 214–296–0248
Email: tackermann@pattersonsheridan.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ebaum's World Inc.**
*TERMINATED: 10/19/2009*

represented by **John Russell Emerson**
Haynes &Boone – Dallas
2323 Victory Avenue
Suite 700
Dallas , TX 75219
214/651–5000
Fax: 214/651–5940
Email: russ.emerson@haynesboone.com
*TERMINATED: 03/03/2009*
*LEAD ATTORNEY*

**Stephen K Rush**
Rush Law Group
1209 16th Avenue, South
Nashville , TN 37212
615/327–7370
Fax: 615/327–0811
Email: srush@rushlawgroup.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Puma International, LLC**
*TERMINATED: 01/16/2009*

**Defendant**

**Imeem, Inc.**
*TERMINATED: 10/19/2009*

represented by **David Andrew Segal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison R Watkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julie M Zankel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah E Piepmeier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wayne M Barsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**Scripps Networks, LLC**                    represented by **David Andrew Segal**
*TERMINATED: 10/19/2009*                     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sanford E Warren , Jr**
Akin Gump Strauss Hauer &Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas , TX 75201–4675
214–969–2877
Fax: 214–969–4343
Email: swarren@akingump.com
*TERMINATED: 02/11/2009*
*LEAD ATTORNEY*

**Alison R Watkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David R Clonts**
Akin Gump Strauss Hauer &Feld – Houston
1111 Louisiana
44th Floor
Houston , TX 77002
713/220–5886
Fax: 713/236–0822
Email: dclonts@akingump.com
*TERMINATED: 02/11/2009*

**Julie M Zankel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah E Piepmeier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wayne M Barsky**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Live Journal Inc.**                          represented by   **David Andrew Segal**
*TERMINATED: 10/19/2009*                                       (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Alison R Watkins**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Julie M Zankel**
                                                               (See above for address)
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **L Peter Ryan**
                                                               MBV Law LLP
                                                               855 Front Street
                                                               San Francisco , CA 94111
                                                               415/781–4400
                                                               Fax: 415/989–5143
                                                               Email: pete@mbvlaw.com
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Sarah E Piepmeier**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Wayne M Barsky**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Nike, Inc.**                                represented by   **Jack Wesley Hill**
*TERMINATED: 10/19/2009*                                      Ward &Smith Law Firm
                                                              111 W. Tyler Street
                                                              Longview , TX 75601
                                                              903–757–6400
                                                              Fax: 903–757–2323
                                                              Email: wh@jwfirm.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Christopher J Renk**
                                                              Banner &Witcoff – Chicago
                                                              Ten South Wacker
                                                              Suite 3000
                                                              Chicago , IL 60606
                                                              312/463–5000
                                                              Fax: 312/463–5001
                                                              Email: crenk@bannerwitcoff.com

*ATTORNEY TO BE NOTICED*

**Michael J Harris**
Banner &Witcoff – Chicago
Ten South Wacker
Suite 3000
Chicago , IL 60606
312/463–5000
Fax: 312/463–5001
Email: mharris@bannerwitcoff.com
*ATTORNEY TO BE NOTICED*

**Thomas K Pratt**
Banner &Witcoff – Chicago
Ten South Wacker
Suite 3000
Chicago , IL 60606
312/463–5000
Fax: 312/463–5001
Email: tpratt@bannerwitcoff.com
*ATTORNEY TO BE NOTICED*

**Timothy C Meece**
Banner &Witcoff – Chicago
Ten South Wacker
Suite 3000
Chicago , IL 60606
312/463–5000
Fax: 312/463–5001
Email: tmeece@bannerwitcoff.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ning, Inc.**
*TERMINATED: 10/19/2009*

represented by **David Andrew Segal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison R Watkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julie M Zankel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah E Piepmeier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wayne M Barsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Swatchbox Technologies, Inc.**                 represented by   **David Andrew Segal**
*TERMINATED: 10/19/2009*                                          (See above for address)
                                                                  *TERMINATED: 03/17/2009*
                                                                  *LEAD ATTORNEY*

                                                                  **Alison R Watkins**
                                                                  (See above for address)
                                                                  *TERMINATED: 03/17/2009*

                                                                  **Logan English Johnson**
                                                                  Schiffer Odom Hicks &Johnson, PLLC
                                                                  Phoenix Tower
                                                                  3200 SW Freeway
                                                                  Ste 2390
                                                                  Houston , TX 77027
                                                                  713−357−5150
                                                                  Fax: 713−357−5160
                                                                  Email: ljohnson@sohlawfirm.com
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Sarah E Piepmeier**
                                                                  (See above for address)
                                                                  *TERMINATED: 03/17/2009*

                                                                  **Wayne M Barsky**
                                                                  (See above for address)
                                                                  *TERMINATED: 03/17/2009*

**Defendant**

**Electronic Arts Inc.**                         represented by   **David Andrew Segal**
*TERMINATED: 10/19/2009*                                          (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Alison R Watkins**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Julie M Zankel**
                                                                  (See above for address)
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Sarah E Piepmeier**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Wayne M Barsky**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Hookumu Inc.**
*TERMINATED: 10/19/2009*

represented by  **John T Palter**
Riney Palter
5949 Sherry Lane
Suite 1616
Dallas , TX 75225
214/461–1202
Fax: 214/461–1210
Email: jtpalter@rineypalter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Knox Packard**
Riney Palter
5949 Sherry Lane
Suite 1616
Dallas , TX 75225
214/461–1203
Fax: 214/461–1210
Email: bpackard@rineypalter.com
*ATTORNEY TO BE NOTICED*

**Kimberly J Sims**
Riney Palter
5949 Sherry Lane
Suite 1616
Dallas , TX 75225
214/461–1206
Fax: 214/461–1210
Email: ksims@rineypalter.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Meredith Corp.**
*TERMINATED: 10/19/2009*

represented by  **David Andrew Segal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison R Watkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julie M Zankel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah E Piepmeier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wayne M Barsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Capcom USA, Inc.**                     represented by   **Darryl M Woo**
*TERMINATED: 10/19/2009*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Candace J Morey**
                                                          (See above for address)
                                                          *TERMINATED: 09/14/2009*

                                                          **Jeffrey V Lasker**
                                                          Fenwick &West – San Francisco
                                                          555 California Street
                                                          12th Floor
                                                          San Francisco , CA 94104
                                                          415–875–2300
                                                          Fax: 415–281–1350
                                                          Email: jlasker@fenwick.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael J Sacksteder**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**FriendFinder California Inc.**          represented by   **Darryl M Woo**
*TERMINATED: 10/19/2009*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ira P Rothken**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Candace J Morey**
                                                          (See above for address)
                                                          *TERMINATED: 09/14/2009*

                                                          **Jeffrey V Lasker**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael J Sacksteder**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Various Inc.**                          represented by   **Darryl M Woo**
*TERMINATED: 10/19/2009*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Ira P Rothken**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Candace J Morey**
(See above for address)
*TERMINATED: 09/14/2009*

**Jeffrey V Lasker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J Sacksteder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Puma North America, Inc.**                    represented by  **Edward J Naughton**
*TERMINATED: 10/19/2009*                        Brown Rudnick , LLP – Boston
                                                One Financial Center
                                                Boston , MA 02111
                                                Email: enaughton@brownrudnick.com
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

                                                **J Thad Heartfield**
                                                The Heartfield Law Firm
                                                2195 Dowlen Rd
                                                Beaumont , TX 77706
                                                409/866–3318
                                                Fax: 14098665789
                                                Email: thad@jth–law.com
                                                *ATTORNEY TO BE NOTICED*

                                                **Matthew P Sgro**
                                                Brown Rudnick , LLP – Boston
                                                One Financial Center
                                                Boston , MA 02111
                                                Email: msgro@brownrudnick.com
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Art Star Design LLC**                         represented by  **Art Star Design LLC**
                                                Ryan S. Bishop, Owner
                                                11901 Swearingen Dr. Unit 121
                                                Austin, Tx 78758
                                                512–973–9533
                                                PRO SE

**Defendant**

**Interaria**                                      represented by   **Interaria**
                                                                    James Shields
                                                                    2900 Montecito Drive
                                                                    Denton, TX 76205
                                                                    214 909 3900
                                                                    PRO SE

**Defendant**

**shameblame.com**

**Defendant**

**Booker Entities, Inc.**
*TERMINATED: 10/19/2009*

**Defendant**

**Big Jump Media, Inc.**                           represented by   **Christopher John Akin**
                                                                    Lynn Tillotson Pinker &Cox, LLP
                                                                    2100 Ross Ave
                                                                    Ste 2700
                                                                    Dallas , TX 75201
                                                                    214–981–3800
                                                                    Fax: 214–981–3839
                                                                    Email: cakin@lynnllp.com
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Global Alphabet, Inc.**                          represented by   **Darryl M Woo**
*TERMINATED: 10/19/2009*                                            (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Ira P Rothken**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Candace J Morey**
                                                                    (See above for address)
                                                                    *TERMINATED: 09/14/2009*

                                                                    **Jeffrey V Lasker**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Michael J Sacksteder**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Capcom USA, Inc.**                               represented by   **Darryl M Woo**
*TERMINATED: 10/19/2009*                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Candace J Morey**
(See above for address)
*TERMINATED: 09/14/2009*

**Michael J Sacksteder**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Balthaser Online, Inc.**                    represented by  **Samuel Franklin Baxter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alfred R Fabricant**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan N DeMatteo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cindy Yang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dawn Rudenko Albert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence C Drucker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Nike, Inc.**                                represented by  **Jack Wesley Hill**
*TERMINATED: 10/19/2009*                                      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher J Renk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas K Pratt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy C Meece**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Balthaser Online, Inc.**                  represented by   **Samuel Franklin Baxter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alfred R Fabricant**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan N DeMatteo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cindy Yang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dawn Rudenko Albert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence C Drucker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**The Knot, Inc.**                          represented by   **John M Hintz**
*TERMINATED: 10/19/2009*                                    (See above for address)
*ATTORNEY TO BE NOTICED*

**John M Jackson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Martin E Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul B Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

## Counter Defendant

**Balthaser Online, Inc.**                    represented by   **Samuel Franklin Baxter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alfred R Fabricant**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan N DeMatteo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cindy Yang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dawn Rudenko Albert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence C Drucker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**Network Solutions LLC**                    represented by   **Andrew T Oliver**
*TERMINATED: 06/25/2009*                                    (See above for address)

**Elizabeth L DeRieux**
(See above for address)

**Nancy Claire Abernathy**
(See above for address)

**Richard S Meyer**
(See above for address)

**Sidney Calvin Capshaw , III**
(See above for address)

V.

**<u>Counter Defendant</u>**

**Balthaser Online, Inc.**                    represented by **Samuel Franklin Baxter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alfred R Fabricant**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan N DeMatteo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cindy Yang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dawn Rudenko Albert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence C Drucker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**<u>Counter Claimant</u>**

**Hookumu Inc.**                    represented by **John T Palter**
*TERMINATED: 10/19/2009*                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Knox Packard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimberly J Sims**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Counter Defendant</u>**

**Balthaser Online, Inc.**                 represented by   **Samuel Franklin Baxter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alfred R Fabricant**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan N DeMatteo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cindy Yang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dawn Rudenko Albert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence C Drucker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**The Knot, Inc.**                 represented by   **John M Hintz**
*TERMINATED: 10/19/2009*                       (See above for address)
*ATTORNEY TO BE NOTICED*

**John M Jackson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Martin E Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul B Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

## Counter Defendant

**Balthaser Online, Inc.**                 represented by   **Samuel Franklin Baxter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alfred R Fabricant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan N DeMatteo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cindy Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Rudenko Albert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence C Drucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**Network Solutions LLC**
*TERMINATED: 06/25/2009*

represented by   **Andrew T Oliver**
(See above for address)

**Elizabeth L DeRieux**
(See above for address)

**Justin T Darrow**
(See above for address)
*PRO HAC VICE*

**Nancy Claire Abernathy**
(See above for address)

**Richard S Meyer**
(See above for address)

**Sidney Calvin Capshaw , III**
(See above for address)

**Theodore Herhold**
(See above for address)

V.

## Counter Defendant

**Balthaser Online, Inc.**

represented by   **Samuel Franklin Baxter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alfred R Fabricant**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan N DeMatteo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cindy Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Rudenko Albert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence C Drucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**Network Solutions LLC**                    represented by   **Andrew T Oliver**
*TERMINATED: 06/25/2009*                                      (See above for address)

**Elizabeth L DeRieux**
(See above for address)

**Justin T Darrow**
(See above for address)
*PRO HAC VICE*

**Justin T Darrow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Claire Abernathy**
(See above for address)

**Richard S Meyer**
(See above for address)

**Sidney Calvin Capshaw , III**
(See above for address)

**Theodore Herhold**
(See above for address)

**Theodore Herhold**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

## Counter Defendant

**Balthaser Online, Inc.**                          represented by   **Samuel Franklin Baxter**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Alfred R Fabricant**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Bryan N DeMatteo**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Cindy Yang**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Dawn Rudenko Albert**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Lawrence C Drucker**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

## Counter Claimant

**Capcom USA, Inc.**                                represented by   **Darryl M Woo**
*TERMINATED: 10/19/2009*                                            (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Candace J Morey**
                                                                     (See above for address)
                                                                     *TERMINATED: 09/14/2009*

                                                                     **Candace J Morey**
                                                                     (See above for address)
                                                                     *TERMINATED: 09/14/2009*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Michael J Sacksteder**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

V.

## Counter Defendant

**Balthaser Online, Inc.**                          represented by   **Samuel Franklin Baxter**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Alfred R Fabricant**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan N DeMatteo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cindy Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Rudenko Albert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence C Drucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**Puma North America, Inc.**                    represented by   **Edward J Naughton**
*TERMINATED: 10/19/2009*                                          (See above for address)
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **J Thad Heartfield**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Matthew P Sgro**
                                                                 (See above for address)
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

V.

## Counter Defendant

**Balthaser Online, Inc.**                      represented by   **Samuel Franklin Baxter**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Alfred R Fabricant**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Bryan N DeMatteo**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Cindy Yang**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Dawn Rudenko Albert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Franklin Garvish , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence C Drucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Lambrianakos**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**FriendFinder California Inc.**                 represented by **Darryl M Woo**
*TERMINATED: 10/19/2009*                                       (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Ira P Rothken**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Candace J Morey**
                                                               (See above for address)
                                                               *TERMINATED: 09/14/2009*

                                                               **Michael J Sacksteder**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

V.

## Counter Defendant

**Balthaser Online, Inc.**                       represented by **Samuel Franklin Baxter**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Alfred R Fabricant**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Bryan N DeMatteo**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Cindy Yang**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Rudenko Albert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Franklin Garvish , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence C Drucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Lambrianakos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Global Alphabet, Inc.**                    represented by    **Darryl M Woo**
*TERMINATED: 10/19/2009*                                      (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Ira P Rothken**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Candace J Morey**
                                                             (See above for address)
                                                             *TERMINATED: 09/14/2009*

                                                             **Michael J Sacksteder**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Balthaser Online, Inc.**                   represented by    **Samuel Franklin Baxter**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Alfred R Fabricant**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Bryan N DeMatteo**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Cindy Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Rudenko Albert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Franklin Garvish , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence C Drucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Lambrianakos**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**Various Inc.**                                  represented by **Darryl M Woo**
*TERMINATED: 10/19/2009*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Ira P Rothken**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Candace J Morey**
                                                  (See above for address)
                                                  *TERMINATED: 09/14/2009*

                                                  **Michael J Sacksteder**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

V.

## Counter Defendant

**Balthaser Online, Inc.**                        represented by **Samuel Franklin Baxter**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Alfred R Fabricant**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Bryan N DeMatteo**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Cindy Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Rudenko Albert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Franklin Garvish , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence C Drucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Lambrianakos**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2008 | Ï 1 | COMPLAINT against Friendster Inc., Ebaum's World Inc., Puma International, LLC, Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Nike, Inc., Ning, Inc., Swatchbox Technologies, Inc., Electronic Arts Inc., Hookumu Inc., Meredith Corp., Capcom USA, Inc., Network Solutions LLC, The Knot, Inc., Insider Guides, Inc., Cyworld, Inc., FriendFinder Networks Inc., Hi5 Networks, Inc., Freewebs, Inc., Gaia Interactive Inc. ( Filing fee $ 350 receipt number 0540000000001756821.), filed by Balthaser Online, Inc.. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(Baxter, Samuel) (Entered: 11/04/2008) |
| 11/04/2008 | Ï 2 | CORPORATE DISCLOSURE STATEMENT filed by Balthaser Online, Inc. identifying Corporate Parent None for Balthaser Online, Inc.. (Baxter, Samuel) (Entered: 11/04/2008) |
| 11/05/2008 | Ï | E–GOV SEALED SUMMONS Issued as to Friendster Inc., Ebaum's World Inc., Puma International, LLC, Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Nike, Inc., Ning, Inc., Swatchbox Technologies, Inc., Electronic Arts Inc., Hookumu Inc., Meredith Corp., Capcom USA, Inc., Network Solutions LLC, Insider Guides, Inc., Cyworld, Inc., FriendFinder Networks Inc., Hi5 Networks, Inc., Freewebs, Inc., Gaia Interactive Inc.. (ehs, ) (Entered: 11/05/2008) |
| 11/05/2008 | Ï 3 | Magistrate Consent Form Mailed to Balthaser Online, Inc. (ehs, ) (Entered: 11/05/2008) |
| 11/19/2008 | Ï 4 | NOTICE of Attorney Appearance by Sidney Calvin Capshaw, III on behalf of Network Solutions LLC (Capshaw, Sidney) (Entered: 11/19/2008) |
| 11/19/2008 | Ï 5 | NOTICE of Attorney Appearance by Nancy Claire Abernathy on behalf of Network Solutions LLC (Abernathy, Nancy) (Entered: 11/19/2008) |
| 11/19/2008 | Ï 6 | NOTICE of Attorney Appearance by Elizabeth L DeRieux on behalf of Network Solutions LLC (DeRieux, Elizabeth) (Entered: 11/19/2008) |
| 11/19/2008 | Ï 7 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re |

| | | Network Solutions LLC.( DeRieux, Elizabeth) (Entered: 11/19/2008) |
|---|---|---|
| 11/19/2008 | ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV–12 for Network Solutions LLC to 1/2/2009. 37 Days Granted for Deadline Extension.( ch, ) (Entered: 11/19/2008) |
| 11/20/2008 | ï 8 | ***FILED IN ERROR. NOT IN PDF SEARCHABLE FORMAT. ATTY MUST REFILE*** <br><br> MOTION for Extension of Time to File Answer re 1 Complaint,, *Defendant Scripps Networks, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint* by Scripps Networks, LLC. (Attachments: # 1 Text of Proposed Order)(Warren, Sanford) Modified on 11/20/2008 (ch, ). (Entered: 11/20/2008) |
| 11/20/2008 | ï 9 | NOTICE of Attorney Appearance by Sanford E Warren, Jr on behalf of Scripps Networks, LLC (Warren, Sanford) (Entered: 11/20/2008) |
| 11/20/2008 | ï 10 | NOTICE of Attorney Appearance by David R Clonts on behalf of Scripps Networks, LLC (Clonts, David) (Entered: 11/20/2008) |
| 11/20/2008 | ï | ***FILED IN ERROR. Document # 8, Motion for Extension of Time. PLEASE IGNORE.*** <br><br> (ATTORNEY MUST REFILE, NOT IN PDF SEARCHABLE FORMAT)(ch, ) (Entered: 11/20/2008) |
| 11/20/2008 | ï 11 | MOTION for Extension of Time to File Answer re 1 Complaint,, *Defendant Scripps Networks, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint* by Scripps Networks, LLC. (Attachments: # 1 Text of Proposed Order)(Warren, Sanford) (Entered: 11/20/2008) |
| 11/20/2008 | ï 12 | Unopposed MOTION for Extension of Time to File *Response to Complaint* by Hi5 Networks, Inc.. (Attachments: # 1 Text of Proposed Order Granting Unopposed Motion for Extension of Time to File Response to Complaint)(Cunningham, Iain) (Entered: 11/20/2008) |
| 11/21/2008 | ï 13 | ORDER granting 11 Motion for Extension of Time to Answer; Defendant Scripps Networks, LLCs Unopposed Motion for Extension of Time to Respond to Plaintiffs Complaint is extended until January 2, 2009. Signed by Judge David Folsom on 11/21/08. (mrm, ) (Entered: 11/21/2008) |
| 11/21/2008 | ï | Answer Due Deadline Updated for Scripps Networks, LLC to 1/2/2009. (mrm, ) (Entered: 11/21/2008) |
| 11/21/2008 | ï 14 | ORDER granting 12 Motion for Extension of Time to Answer; Defendant hi5 Networks, Inc.s response to Plaintiffs Complaint is now January 5, 2009.. Signed by Judge David Folsom on 11/21/08. (mrm, ) (Entered: 11/21/2008) |
| 11/21/2008 | ï | Answer Due Deadline Updated for Hi5 Networks, Inc. to 1/5/2009. (mrm, ) (Entered: 11/21/2008) |
| 11/24/2008 | ï 15 | NOTICE of Attorney Appearance by Jerry Robin Selinger on behalf of Friendster Inc. (Selinger, Jerry) (Entered: 11/24/2008) |
| 11/24/2008 | ï 16 | CORPORATE DISCLOSURE STATEMENT filed by Friendster Inc. (Selinger, Jerry) (Entered: 11/24/2008) |
| 11/24/2008 | ï 17 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Friendster Inc..( Selinger, Jerry) (Entered: 11/24/2008) |

| 11/24/2008 | Ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV–12 for Friendster Inc. to 12/26/2008. 30 Days Granted for Deadline Extension.( ch, ) (Entered: 11/24/2008) |
|---|---|---|
| 11/25/2008 | Ï 18 | NOTICE of Attorney Appearance by John M Jackson on behalf of The Knot, Inc. (Jackson, John) (Entered: 11/25/2008) |
| 11/25/2008 | Ï 19 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re The Knot, Inc..( Jackson, John) (Entered: 11/25/2008) |
| 11/25/2008 | Ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV–12 for The Knot, Inc. to 1/2/2009. 37 Days Granted for Deadline Extension.( ch, ) (Entered: 11/25/2008) |
| 11/25/2008 | Ï 20 | Defendants' Unopposed First Application for Extension of Time to Answer Complaint re Imeem, Inc., Ning, Inc., Swatchbox Technologies, Inc., Electronic Arts Inc., Insider Guides, Inc., Cyworld, Inc., Freewebs, Inc., Gaia Interactive Inc. (Segal, David) (Entered: 11/25/2008) |
| 11/25/2008 | Ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV–12 for Imeem, Inc. to 1/2/2009; Ning, Inc. to 1/2/2009; Swatchbox Technologies, Inc. to 1/2/2009; Electronic Arts Inc. to 1/2/2009; Insider Guides, Inc. to 1/2/2009; Cyworld, Inc. to 1/2/2009; Freewebs, Inc. to 1/2/2009; Gaia Interactive Inc. to 1/2/2009. 45 Days Granted for Deadline Extension.( ch, ) (Entered: 11/25/2008) |
| 11/25/2008 | Ï 21 | **FILED IN ERROR PLEASE IGNORE***** <br><br> NOTICE of Attorney Appearance by Michael J Sacksteder on behalf of FriendFinder Networks Inc. (Sacksteder, Michael) Modified on 11/25/2008 (ch, ). (Entered: 11/25/2008) |
| 11/25/2008 | Ï 22 | *****FILED IN ERROR. PLEASE IGNORE***** <br><br> Defendant's Unopposed First Application for Extension of Time to Answer Complaint re FriendFinder Networks Inc..(Sacksteder, Michael) Modified on 11/25/2008 (ch, ). (Entered: 11/25/2008) |
| 11/25/2008 | Ï | *****FILED IN ERROR. Document # 21, Notice Attorney Appearance. PLEASE IGNORE.***** <br><br> (Attorney will refile)(ch, ) (Entered: 11/25/2008) |
| 11/25/2008 | Ï | *****FILED IN ERROR. Document # 22, Application for Extension. PLEASE IGNORE.***** <br><br> (ch, ) (Entered: 11/25/2008) |
| 11/25/2008 | Ï 23 | NOTICE of Attorney Appearance by Michael J Sacksteder on behalf of Capcom USA, Inc. (Sacksteder, Michael) (Entered: 11/25/2008) |
| 11/25/2008 | Ï 24 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Capcom USA, Inc..(Sacksteder, Michael) (Entered: 11/25/2008) |
| 11/25/2008 | Ï 25 | NOTICE of Attorney Appearance by Michael J Sacksteder on behalf of FriendFinder Networks Inc. (Sacksteder, Michael) (Entered: 11/25/2008) |
| 11/25/2008 | Ï 26 | NOTICE of Attorney Appearance by Darryl M Woo on behalf of FriendFinder Networks Inc. (Woo, Darryl) (Entered: 11/25/2008) |
| 11/25/2008 | Ï 27 | NOTICE of Attorney Appearance by Darryl M Woo on behalf of Capcom USA, Inc. (Woo, Darryl) (Entered: 11/25/2008) |

| 11/26/2008 | Ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV−12 for Capcom USA, Inc. to 1/2/2009. 35 Days Granted for Deadline Extension.( ch, ) (Entered: 11/26/2008) |
| 11/26/2008 | Ï 28 | Unopposed MOTION for Extension of Time to File Answer *to Plaintiff's Complaint* by FriendFinder Networks Inc.. (Attachments: # 1 Text of Proposed Order ORDER Granting Defendant FriendFinder Networks Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint)(Sacksteder, Michael) (Entered: 11/26/2008) |
| 11/26/2008 | Ï 29 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Meredith Corp. (Segal, David) (Entered: 11/26/2008) |
| 12/01/2008 | Ï 30 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Nike, Inc..( Hill, Jack) (Entered: 12/01/2008) |
| 12/01/2008 | Ï 31 | ORDER granting 28 Motion for Extension of Time to Answer; FriendFinder Networks Inc.s answer due January 5, 2009.. Signed by Judge David Folsom on 12/1/08. (mrm, ) (Entered: 12/01/2008) |
| 12/01/2008 | Ï | Answer Due Deadline Updated for FriendFinder Networks Inc. to 1/5/2009. (mrm, ) (Entered: 12/01/2008) |
| 12/01/2008 | Ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV−12 for Nike, Inc. to 1/2/2009. 30 Days Granted for Deadline Extension.( mpv, ) (Entered: 12/01/2008) |
| 12/01/2008 | Ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV−12 for Meredith Corp. to 1/2/2009. 35 Days Granted for Deadline Extension.( sm, ) (Entered: 12/01/2008) |
| 12/03/2008 | Ï 32 | E−GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Hookumu Inc. served on 11/10/2008, answer due 12/1/2008. (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 33 | E−GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Live Journal Inc. served on 11/6/2008, answer due 11/26/2008. (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 34 | E−GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Swatchbox Technologies, Inc. served on 11/10/2008 (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 35 | E−GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. FriendFinder Networks Inc. served on 11/10/2008 (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 36 | E−GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Cyworld, Inc. served on 11/6/2008 (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 37 | E−GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Nike, Inc. served on 11/10/2008. (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 38 | E−GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Freewebs, Inc. served on 11/6/2008. (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 39 | E−GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Ning, Inc. served on 11/6/2008. (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 40 | E−GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Electronic Arts Inc. served on 11/6/2008. (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 41 | E−GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Scripps Networks, LLC served on 11/6/2008 (ch, ) (Entered: 12/03/2008) |

| 12/03/2008 | Ï 42 | E–GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Network Solutions LLC served on 11/6/2008. (ch, ) (Entered: 12/03/2008) |
|---|---|---|
| 12/03/2008 | Ï 43 | E–GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Gaia Interactive Inc. served on 11/6/2008. (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 44 | E–GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. The Knot, Inc. served on 11/6/2008. (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 45 | E–GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Meredith Corp. served on 11/10/2008 (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 46 | E–GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Capcom USA, Inc. served on 11/7/2008. (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 47 | E–GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Imeem, Inc. served on 11/6/2008. (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 48 | E–GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Puma International, LLC served on 11/6/2008 (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 49 | E–GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Friendster Inc. served on 11/6/2008. (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 50 | E–GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Ebaum's World Inc. served on 11/6/2008 (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 51 | E–GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Hi5 Networks, Inc. served on 11/6/2008. (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 52 | E–GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Insider Guides, Inc. served on 11/7/2008. (ch, ) (Entered: 12/03/2008) |
| 12/03/2008 | Ï 53 | NOTICE of Attorney Appearance by John T Palter on behalf of Hookumu Inc. (Palter, John) (Entered: 12/03/2008) |
| 12/04/2008 | Ï 54 | Unopposed MOTION for Extension of Time to File Response/Reply *to Plaintiff's Complaint* by Hookumu Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint)(Palter, John) (Entered: 12/04/2008) |
| 12/05/2008 | Ï 55 | ORDER granting 54 Motion for Extension of Time to File Response/Reply to Plaintiffs Complaint;. Signed by Judge David Folsom on 12/5/08. (mrm, ) (Entered: 12/05/2008) |
| 12/05/2008 | Ï 56 | APPLICATION to Appear Pro Hac Vice by Attorney John M Hintz for The Knot, Inc.. (APPROVED, FEE PAID, 2–1–4303)(ehs, ) (Entered: 12/05/2008) |
| 12/05/2008 | Ï 57 | APPLICATION to Appear Pro Hac Vice by Attorney Paul B Keller for The Knot, Inc.. (APPROVED, FEE PAID, 2–1–4304) (ehs, ) (Entered: 12/05/2008) |
| 12/05/2008 | Ï 58 | APPLICATION to Appear Pro Hac Vice by Attorney Martin E Gilmore for The Knot, Inc.. (APPROVED, FEE PAID, 2–1–4306) (ehs, ) (Entered: 12/05/2008) |
| 12/12/2008 | Ï 59 | **\*\*\*FILED IN ERROR, ATTORNEY WILL REFILE\*\*\***<br><br>Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Friendster Inc..( Selinger, Jerry) Modified on 12/12/2008 (ch, ). (Entered: 12/12/2008) |
| 12/12/2008 | Ï | |

| | | |
|---|---|---|
| | | ***FILED IN ERROR. Document # 59, Unopposed Motion Application. PLEASE IGNORE.*** <br><br> (ch, ) (Entered: 12/12/2008) |
| 12/12/2008 | Ï 60 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Friendster Inc..( Selinger, Jerry) (Entered: 12/12/2008) |
| 12/15/2008 | Ï | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV−12 for Friendster Inc. to 1/5/2009. 10 Days Granted for Deadline Extension.( sm, ) (Entered: 12/15/2008) |
| 12/16/2008 | Ï 61 | NOTICE of Attorney Appearance by Candace J Morey on behalf of FriendFinder Networks Inc. (Morey, Candace) Modified on 12/16/2008 (sm, ). Modified on 12/16/2008 (sm, ). (Additional attachment(s) added on 12/16/2008: # 1 Main document) (sm, ). (Entered: 12/16/2008) |
| 12/16/2008 | Ï 62 | NOTICE of Attorney Appearance by Candace J Morey on behalf of Capcom USA, Inc. (Morey, Candace) (Entered: 12/16/2008) |
| 12/16/2008 | Ï 63 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint,, *Ebaum's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Balthaser's Complaint* by Ebaum's World Inc.. (Attachments: # 1 Text of Proposed Order)(Emerson, John) (Entered: 12/16/2008) |
| 12/16/2008 | Ï | ***FILED IN ERROR, WRONG CASE NUMBER, CORRECT PDF WAS REFILED (SEE #62). Document # 61, Notice of Atty Appearance. PLEASE IGNORE.*** <br><br> (sm, ) (Entered: 12/16/2008) |
| 12/16/2008 | Ï | NOTICE FROM CLERK re 61 Notice of Attorney Appearance and Notice of Docket Correction regarding it being filed in error. PLEASE IGNORE Notice of docket Correction − #61 has been modified replacing the previously filed notice containing an incorrect case number with a correct case number document. (#62 filing is for another party) (sm, ) (Entered: 12/16/2008) |
| 12/16/2008 | Ï 64 | APPLICATION to Appear Pro Hac Vice by Attorney L Peter Ryan for Live Journal Inc. (APPROVED FEE PAID) 2−1−4331. (ch, ) (Entered: 12/17/2008) |
| 12/17/2008 | Ï 65 | NOTICE of Attorney Appearance by Timothy G Ackermann on behalf of Friendster Inc. (Ackermann, Timothy) (Entered: 12/17/2008) |
| 12/17/2008 | Ï 66 | NOTICE of Attorney Appearance by Monique Raub on behalf of Friendster Inc. (Raub, Monique) (Entered: 12/17/2008) |
| 12/18/2008 | Ï 67 | ORDER granting 63 Motion for Extension of Time to Answer; Defendant Ebaums World, Inc is granted an extension of time to, and including, January 15, 2009, to file and serve its Answer or otherwise respond to Plaintiff Balthaser Online, Inc.s Complaint. Signed by Judge David Folsom on 12/17/08. (mrm, ) (Entered: 12/18/2008) |
| 12/18/2008 | Ï | Answer Due Deadline Updated for Ebaum's World Inc. to 1/15/2009. (mrm, ) (Entered: 12/18/2008) |
| 12/18/2008 | Ï 68 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Live Journal Inc..( Ryan, L) (Entered: 12/18/2008) |
| 12/19/2008 | Ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV−12 for Live Journal Inc. to 1/2/2009. 45 Days Granted for Deadline Extension.( mpv, ) (Entered: 12/19/2008) |

| 12/22/2008 | Ï 69 | Second MOTION for Extension of Time to File Response/Reply *to Plaintiff's Complaint* by FriendFinder Networks Inc.. (Attachments: # 1 Text of Proposed Order)(Morey, Candace) (Entered: 12/22/2008) |
|---|---|---|
| 12/23/2008 | Ï 70 | ORDER granting 69 Motion for Extension of Time to File Response/Reply to Plaintiff's Complaint Answer due by 1/15/2009. Signed by Judge David Folsom on 12/23/08. (mrm, ) (Entered: 12/23/2008) |
| 12/23/2008 | Ï | Answer Due Deadline Updated for FriendFinder Networks Inc. to 1/15/2009. (mrm, ) (Entered: 12/23/2008) |
| 12/23/2008 | Ï 71 | APPLICATION to Appear Pro Hac Vice by Attorney Michael J Harris for Nike, Inc.. (APPROVED FEE PAID) 6−1−16300(ch, ) (Entered: 12/23/2008) |
| 12/23/2008 | Ï 72 | APPLICATION to Appear Pro Hac Vice by Attorney Timothy C Meece for Nike, Inc..(APPROVED FEE PAID) 6−1−16300 (ch, ) (Entered: 12/23/2008) |
| 12/23/2008 | Ï 73 | APPLICATION to Appear Pro Hac Vice by Attorney Thomas K Pratt for Nike, Inc.. (APPROVED FEE PAID) 6−1−16300(ch, ) (Entered: 12/23/2008) |
| 12/23/2008 | Ï 74 | APPLICATION to Appear Pro Hac Vice by Attorney Christopher J Renk for Nike, Inc. (APPROVED FEE PAID) 6−1−16300. (ch, ) (Entered: 12/23/2008) |
| 12/31/2008 | Ï 75 | *Capcom USA, Inc.'s* ANSWER to 1 Complaint,, *and*, COUNTERCLAIM against Balthaser Online, Inc. by Capcom USA, Inc..(Morey, Candace) (Entered: 12/31/2008) |
| 12/31/2008 | Ï 76 | CORPORATE DISCLOSURE STATEMENT filed by Capcom USA, Inc. (Morey, Candace) (Entered: 12/31/2008) |
| 12/31/2008 | Ï 77 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Ning, Inc., Swatchbox Technologies, Inc., Electronic Arts Inc., Meredith Corp., Insider Guides, Inc., Cyworld, Inc., Freewebs, Inc., Gaia Interactive Inc..( Segal, David) (Entered: 12/31/2008) |
| 01/02/2009 | Ï 78 | ANSWER to 1 Complaint,,, COUNTERCLAIM against Balthaser Online, Inc. by Nike, Inc..(Hill, Jack) (Entered: 01/02/2009) |
| 01/02/2009 | Ï 79 | CORPORATE DISCLOSURE STATEMENT filed by Nike, Inc. (Hill, Jack) (Entered: 01/02/2009) |
| 01/02/2009 | Ï 80 | ANSWER to 1 Complaint,,, COUNTERCLAIM against Balthaser Online, Inc. by The Knot, Inc..(Jackson, John) (Entered: 01/02/2009) |
| 01/02/2009 | Ï 81 | CORPORATE DISCLOSURE STATEMENT filed by The Knot, Inc. (Jackson, John) (Entered: 01/02/2009) |
| 01/02/2009 | Ï | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV−12 for Imeem, Inc. to 1/12/2009; Scripps Networks, LLC to 1/12/2009; Live Journal Inc. to 1/12/2009; Ning, Inc. to 1/12/2009; Swatchbox Technologies, Inc. to 1/12/2009; Electronic Arts Inc. to 1/12/2009; Meredith Corp. to 1/12/2009; Insider Guides, Inc. to 1/12/2009; Cyworld, Inc. to 1/12/2009; Freewebs, Inc. to 1/12/2009; Gaia Interactive Inc. to 1/12/2009. 10 Days Granted for Deadline Extension.( mpv, ) (Entered: 01/02/2009) |
| 01/02/2009 | Ï 82 | ANSWER to 1 Complaint,, *(Defendant Network Solutions, LLC's Answer, Affirmative Defenses and Counterclaim)*, COUNTERCLAIM against Balthaser Online, Inc. by Network Solutions LLC.(DeRieux, Elizabeth) (Entered: 01/02/2009) |

| 01/02/2009 | Ï 83 | CORPORATE DISCLOSURE STATEMENT filed by Network Solutions LLC (DeRieux, Elizabeth) (Entered: 01/02/2009) |
|---|---|---|
| 01/05/2009 | Ï 84 | Additional Attachments to Main Document: 83 Corporate Disclosure Statement.. (DeRieux, Elizabeth) (Entered: 01/05/2009) |
| 01/05/2009 | Ï 85 | ANSWER to 1 Complaint,, by Friendster Inc..(Selinger, Jerry) (Entered: 01/05/2009) |
| 01/05/2009 | Ï 86 | *DEFENDANT HI5 NETWORKS, INC.'S* ANSWER to 1 Complaint,, by Hi5 Networks, Inc..(Teter, Timothy) (Entered: 01/05/2009) |
| 01/05/2009 | Ï 87 | CORPORATE DISCLOSURE STATEMENT filed by Hi5 Networks, Inc. (Teter, Timothy) (Entered: 01/05/2009) |
| 01/06/2009 | Ï 88 | APPLICATION to Appear Pro Hac Vice by Attorney Ira P Rothken for FriendFinder Networks Inc. (APPROVED FEE PAID) 2–1–4364. (ch, ) (Entered: 01/06/2009) |
| 01/12/2009 | Ï 89 | *Hookumu Incorporated's* ANSWER to 1 Complaint,,, COUNTERCLAIM against Balthaser Online, Inc. by Hookumu Inc..(Palter, John) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 90 | CORPORATE DISCLOSURE STATEMENT filed by Hookumu Inc. (Palter, John) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 91 | ANSWER to 1 Complaint,, by Cyworld, Inc..(Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 92 | CORPORATE DISCLOSURE STATEMENT filed by Cyworld, Inc. (Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 93 | ANSWER to 1 Complaint,, by Electronic Arts Inc..(Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 94 | CORPORATE DISCLOSURE STATEMENT filed by Electronic Arts Inc. (Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 95 | ANSWER to 1 Complaint,, by Gaia Interactive Inc..(Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 96 | CORPORATE DISCLOSURE STATEMENT filed by Gaia Interactive Inc. (Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 97 | ANSWER to 1 Complaint,, by Imeem, Inc..(Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 98 | CORPORATE DISCLOSURE STATEMENT filed by Imeem, Inc. (Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 99 | ANSWER to 1 Complaint,, by Insider Guides, Inc..(Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 100 | CORPORATE DISCLOSURE STATEMENT filed by Insider Guides, Inc. (Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 101 | ANSWER to 1 Complaint,, by Meredith Corp..(Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 102 | CORPORATE DISCLOSURE STATEMENT filed by Meredith Corp. (Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 103 | ANSWER to 1 Complaint,, by Live Journal Inc..(Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 104 | CORPORATE DISCLOSURE STATEMENT filed by Live Journal Inc. (Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 105 | ANSWER to 1 Complaint,, by Ning, Inc..(Segal, David) (Entered: 01/12/2009) |

| 01/12/2009 | Ï 106 | CORPORATE DISCLOSURE STATEMENT filed by Ning, Inc. (Segal, David) (Entered: 01/12/2009) |
|---|---|---|
| 01/12/2009 | Ï 107 | ANSWER to 1 Complaint,, by Scripps Networks, LLC.(Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 108 | CORPORATE DISCLOSURE STATEMENT filed by Scripps Networks, LLC (Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 109 | ANSWER to 1 Complaint,, by Swatchbox Technologies, Inc..(Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 110 | CORPORATE DISCLOSURE STATEMENT filed by Swatchbox Technologies, Inc. (Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 111 | ANSWER to 1 Complaint,, by Freewebs, Inc..(Segal, David) (Entered: 01/12/2009) |
| 01/12/2009 | Ï 112 | CORPORATE DISCLOSURE STATEMENT filed by Freewebs, Inc. (Segal, David) (Entered: 01/12/2009) |
| 01/13/2009 | Ï 113 | APPLICATION to Appear Pro Hac Vice by Attorney Sarah E Piepmeier for Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Ning, Inc., Swatchbox Technologies, Inc., Electronic Arts Inc., Meredith Corp., Insider Guides, Inc., Cyworld, Inc., Freewebs, Inc. and Gaia Interactive Inc. (APPROVED FEE PAID) 2–1–4390. (ch, ) (Entered: 01/13/2009) |
| 01/13/2009 | Ï 114 | APPLICATION to Appear Pro Hac Vice by Attorney Alison R Watkins for Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Ning, Inc., Swatchbox Technologies, Inc., Electronic Arts Inc., Meredith Corp., Insider Guides, Inc., Cyworld, Inc., Freewebs, Inc. and Gaia Interactive Inc. (APPROVED FEE PAID)2–1–4389. (ch, ) (Entered: 01/13/2009) |
| 01/13/2009 | Ï 115 | APPLICATION to Appear Pro Hac Vice by Attorney Wayne M Barsky for Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Ning, Inc., Swatchbox Technologies, Inc., Electronic Arts Inc., Meredith Corp., Insider Guides, Inc., Cyworld, Inc., Freewebs, Inc. and Gaia Interactive Inc. (APPROVED FEE PAID) 2–1–4389. (ch, ) (Entered: 01/13/2009) |
| 01/14/2009 | Ï 116 | APPLICATION to Appear Pro Hac Vice by Attorney Dawn Rudenko Albert for Balthaser Online, Inc.. (APPROVED, FEE PAID 2–1–4291) (ehs, ) (Entered: 01/14/2009) |
| 01/14/2009 | Ï 117 | APPLICATION to Appear Pro Hac Vice by Attorney Lawrence C Drucker for Balthaser Online, Inc.. (APPROVED, FEE PAID 2–1–4391) (ehs, ) (Entered: 01/14/2009) |
| 01/14/2009 | Ï 118 | APPLICATION to Appear Pro Hac Vice by Attorney Alfred R Fabricant for Balthaser Online, Inc.. (APPROVED, FEE PAID 2–1–4391) (ehs, ) (Entered: 01/14/2009) |
| 01/14/2009 | Ï 119 | APPLICATION to Appear Pro Hac Vice by Attorney Bryan N DeMatteo for Balthaser Online, Inc.. (APPROVED, FEE PAID 2–1–4391) (ehs, ) (Entered: 01/14/2009) |
| 01/14/2009 | Ï 120 | APPLICATION to Appear Pro Hac Vice by Attorney Cindy Yang for Balthaser Online, Inc.. (APPROVED, FEE PAID 2–1–4391) (ehs, ) (Entered: 01/14/2009) |
| 01/14/2009 | Ï 121 | NOTICE of Voluntary Dismissal by Balthaser Online, Inc. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 01/14/2009) |
| 01/15/2009 | Ï 122 | ORDER OF DISMISSAL re 121 Notice of Voluntary Dismissal filed by Balthaser Online, Inc., FriendFinder Networks Inc. terminated.. Signed by Judge David Folsom on 1/15/09. (mrm, ) (Entered: 01/15/2009) |
| 01/15/2009 | Ï 123 | Unopposed MOTION to Amend/Correct 1 Complaint,, by Balthaser Online, Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 01/15/2009) |

| 01/15/2009 | Ï 124 | AMENDED COMPLAINT against FriendFinder California Inc., Various Inc., Puma North America, Inc., Art Star Design LLC, Interaria, shameblame.com, Booker Entities, Inc., Big Jump Media, Inc., Global Alphabet, Inc., Friendster Inc., Ebaum's World Inc., Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Nike, Inc., Ning, Inc., Swatchbox Technologies, Inc., Electronic Arts Inc., Hookumu Inc., Meredith Corp., Capcom USA, Inc., Network Solutions LLC, The Knot, Inc., Insider Guides, Inc., Cyworld, Inc., Hi5 Networks, Inc., Freewebs, Inc., Gaia Interactive Inc., filed by Balthaser Online, Inc.. (Attachments: # 1 Exhibit A)(Baxter, Samuel) (Entered: 01/15/2009) |
| 01/15/2009 | Ï 125 | NOTICE of Voluntary Dismissal by Balthaser Online, Inc. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 01/15/2009) |
| 01/16/2009 | Ï 126 | E–GOV SEALED SUMMONS Issued as to Art Star Design, LLC (Attachments: # 1 Big Jump Media Inc., # 2 Booker Entities Inc, # 3 Interaria)(ch, ) (Entered: 01/16/2009) |
| 01/16/2009 | Ï 127 | ORDER granting 123 Motion to for Leave to File A First Amended Complaint. Signed by Judge David Folsom on 1/16/09. (mrm, ) (Entered: 01/16/2009) |
| 01/16/2009 | Ï 128 | ORDER OF DISMISSAL re 125 Notice of Voluntary Dismissal filed by Balthaser Online, Inc., Puma International, LLC terminated.. Signed by Judge David Folsom on 1/16/09. (mrm, ) (Entered: 01/16/2009) |
| 01/20/2009 | Ï 129 | APPLICATION to Appear Pro Hac Vice by Attorney Andrew T Oliver for Network Solutions LLC. (APPROVED, FEE PAID 2–1–4415) (ehs, ) (Entered: 01/20/2009) |
| 01/20/2009 | Ï 130 | APPLICATION to Appear Pro Hac Vice by Attorney Justin T Darrow for Network Solutions LLC.(APPROVED, FEE PAID 2–1–4415) (ehs, ) (Entered: 01/20/2009) |
| 01/20/2009 | Ï 131 | APPLICATION to Appear Pro Hac Vice by Attorney Richard S Meyer for Network Solutions LLC. (APPROVED, FEE PAID 2–1–4415) (ehs, ) (Entered: 01/20/2009) |
| 01/23/2009 | Ï 132 | ANSWER to 82 Answer to Complaint, Counterclaim by Balthaser Online, Inc..(Baxter, Samuel) (Entered: 01/23/2009) |
| 01/23/2009 | Ï 133 | ANSWER to 75 Answer to Complaint, Counterclaim by Balthaser Online, Inc..(Baxter, Samuel) (Entered: 01/23/2009) |
| 01/23/2009 | Ï 134 | ANSWER to 80 Answer to Complaint, Counterclaim by Balthaser Online, Inc..(Baxter, Samuel) (Entered: 01/23/2009) |
| 01/23/2009 | Ï 135 | ANSWER to 89 Answer to Complaint, Counterclaim by Balthaser Online, Inc..(Baxter, Samuel) (Entered: 01/23/2009) |
| 01/28/2009 | Ï 136 | APPLICATION to Appear Pro Hac Vice by Attorney Theodore Herhold for Network Solutions LLC. (APPROVED FEE PAID) 2–1–4437 (ch, ) (Entered: 01/29/2009) |
| 02/02/2009 | Ï 137 | ANSWER to 124 Amended Complaint,, by Friendster Inc..(Selinger, Jerry) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 138 | ANSWER to 124 Amended Complaint,, *and*, COUNTERCLAIM against Balthaser Online, Inc. by The Knot, Inc..(Jackson, John) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 139 | *Defendant HI5 Network, Inc.'s* ANSWER to Complaint *Plaintiff's First Amended Complaint* by Hi5 Networks, Inc..(Cunningham, Iain) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 140 | ***FILED IN ERROR. ATTORNEY WILL REFILE*** *Network Solutions, LLC's* ANSWER to 124 Amended Complaint,, *(Defendant Network* |

| | | |
|---|---|---|
| | | *Solutions, LLC's Answer, Affirmative Defenses and Counterclaims to Plaintiff's First Amended Complaint)*, COUNTERCLAIM against Balthaser Online, Inc. by Network Solutions LLC.(DeRieux, Elizabeth) Modified on 2/2/2009 (ch, ). (Entered: 02/02/2009) |
| 02/02/2009 | Ï | **\*\*\*FILED IN ERROR. Document # 140, Answer. PLEASE IGNORE.\*\*\***<br><br>(Attorney will refile)(ch, ) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 141 | NOTICE of Attorney Appearance by Michael J Sacksteder on behalf of FriendFinder California Inc. (Sacksteder, Michael) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 142 | NOTICE of Attorney Appearance by Darryl M Woo on behalf of FriendFinder California Inc. (Woo, Darryl) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 143 | NOTICE of Attorney Appearance by Michael J Sacksteder on behalf of Global Alphabet, Inc. (Sacksteder, Michael) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 144 | NOTICE of Attorney Appearance by Michael J Sacksteder on behalf of Various Inc. (Sacksteder, Michael) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 145 | NOTICE of Attorney Appearance by Darryl M Woo on behalf of Various Inc. (Woo, Darryl) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 146 | NOTICE of Attorney Appearance by Darryl M Woo on behalf of Global Alphabet, Inc. (Woo, Darryl) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 147 | *Defendant Ebaum's World, Inc.'s Original Answer to Plaintiff Balthaser Online, Inc.'s First Amended Complaint* ANSWER to 124 Amended Complaint,, by Ebaum's World Inc..(Emerson, John) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 148 | ANSWER to 124 Amended Complaint,, by Nike, Inc..(Hill, Jack) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 149 | ANSWER to 124 Amended Complaint,, *Affirmative Defenses and*, COUNTERCLAIM against Balthaser Online, Inc. by Network Solutions LLC.(DeRieux, Elizabeth) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 150 | *CAPCOM'S* ANSWER to 124 Amended Complaint,,, COUNTERCLAIM against Balthaser Online, Inc. by Capcom USA, Inc..(Morey, Candace) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 151 | *Freewebs, Inc.* ANSWER to 124 Amended Complaint,, by Freewebs, Inc..(Segal, David) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 152 | *Swatchbox Technologies, Inc.'s* ANSWER to 124 Amended Complaint,, by Swatchbox Technologies, Inc..(Segal, David) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 153 | *Scripps Networks, LLC* ANSWER to 124 Amended Complaint,, by Scripps Networks, LLC.(Segal, David) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 154 | *Ning, Inc.'s* ANSWER to 124 Amended Complaint,, by Ning, Inc..(Segal, David) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 155 | *Meredith Corporation's* ANSWER to 124 Amended Complaint,, by Meredith Corp..(Segal, David) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 156 | *Live Journal, Inc.'s* ANSWER to 124 Amended Complaint,, by Live Journal Inc..(Segal, David) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 157 | *Insider Guides, Inc.'s* ANSWER to 124 Amended Complaint,, by Insider Guides, Inc..(Segal, David) (Entered: 02/02/2009) |

| 02/02/2009 | Ï 158 | *imeem, Inc.'s* ANSWER to 124 Amended Complaint,, by Imeem, Inc..(Segal, David) (Entered: 02/02/2009) |
|---|---|---|
| 02/02/2009 | Ï 159 | *Gaia Interactive, Inc.'s* ANSWER to 124 Amended Complaint,, by Gaia Interactive Inc..(Segal, David) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 160 | *Electronic Arts, Inc.'s* ANSWER to 124 Amended Complaint,, by Electronic Arts Inc..(Segal, David) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 161 | *Cyworld, Inc.'s* ANSWER to 124 Amended Complaint,, by Cyworld, Inc..(Segal, David) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 162 | NOTICE of Attorney Appearance by Candace J Morey on behalf of Various Inc. (Morey, Candace) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 163 | NOTICE of Attorney Appearance by Candace J Morey on behalf of Global Alphabet, Inc. (Morey, Candace) (Entered: 02/02/2009) |
| 02/02/2009 | Ï 164 | NOTICE of Attorney Appearance by Candace J Morey on behalf of FriendFinder California Inc. (Morey, Candace) (Entered: 02/02/2009) |
| 02/03/2009 | Ï 165 | NOTICE of Attorney Appearance by Ira P Rothken on behalf of FriendFinder California Inc. (Rothken, Ira) (Entered: 02/03/2009) |
| 02/03/2009 | Ï 166 | NOTICE of Attorney Appearance by Ira P Rothken on behalf of Various Inc. (Rothken, Ira) (Entered: 02/03/2009) |
| 02/03/2009 | Ï 167 | NOTICE of Attorney Appearance by Ira P Rothken on behalf of Global Alphabet, Inc. (Rothken, Ira) (Entered: 02/03/2009) |
| 02/03/2009 | Ï 168 | Joint MOTION to Change Venue by Friendster Inc., Imeem, Inc., Live Journal Inc., Ning, Inc., Electronic Arts Inc., Capcom USA, Inc., FriendFinder California Inc., Various Inc., Global Alphabet, Inc., Cyworld, Inc., Hi5 Networks, Inc., Gaia Interactive Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit Seo, Cyworld, # 3 Affidavit Svensson, Capcom, # 4 Affidavit Schatz, EA, # 5 Affidavit Brackett, FFC, # 6 Affidavit Jones, Friendster, # 7 Affidavit Kitagawa, Gaia, # 8 Affidavit Yalamanchi, Hi5, # 9 Affidavit Growney, imeem, # 10 Affidavit Kamarov, Live Journal, # 11 Affidavit Goorah, Ning, # 12 Affidavit Morey Dec, # 13 Exhibit Ex. A to Morey Dec, # 14 Exhibit Ex. B to Morey Dec, # 15 Exhibit Ex C to Morey Dec, # 16 Exhibit Ex D to Morey Dec, # 17 Exhibit Ex E to Morey Dec, # 18 Exhibit Ex F to Morey Dec, # 19 Exhibit Ex G to Morey Dec, # 20 Exhibit Ex H to Morey Dec)(Sacksteder, Michael) (Entered: 02/03/2009) |
| 02/03/2009 | Ï 169 | ***FILED IN ERROR. SEE CORRECTED DOCUMENT # 171 ***NOTICE OF JOINDER and/or Non Opposition by Ebaum's World Inc., Scripps Networks, LLC, Nike, Inc., Swatchbox Technologies, Inc., Hookumu Inc., Meredith Corp., The Knot, Inc., Network Solutions LLC, Insider Guides, Inc., Freewebs, Inc. re 168 Joint MOTION to Change Venue (Segal, David) Modified on 2/4/2009 (sm, ). Modified on 2/4/2009 (ch, ). (Entered: 02/03/2009)** |
| 02/03/2009 | Ï 170 | Joint MOTION for Leave to File Excess Pages by Friendster Inc., Imeem, Inc., Live Journal Inc., Ning, Inc., Electronic Arts Inc., Capcom USA, Inc., FriendFinder California Inc., Various Inc., Global Alphabet, Inc., Cyworld, Inc., Hi5 Networks, Inc., Gaia Interactive Inc.. (Attachments: # 1 Text of Proposed Order)(Morey, Candace) (Entered: 02/03/2009) |
| 02/03/2009 | Ï 171 | NOTICE OF JOINDER and/or Non–Opposition of Non–California dfts by Ebaum's World Inc., Scripps Networks, LLC, Nike, Inc., Swatchbox Technologies, Inc., Hookumu Inc., Meredith Corp., The Knot, Inc., Network Solutions LLC, Insider Guides, Inc., Freewebs, Inc. (Attachments: # 1 Affidavit Declaration of Bauman (Ebaum's World), # 2 Affidavit Declaration |

| | | |
|---|---|---|
| | | of Ven Pelt (Webs), #3 Affidavit Declaration of Pierce (Hookumu), #4 Affidavit Declaration of Cook (Insider Guides), #5 Affidavit Declaration of Olson (Meredith Corp), #6 Affidavit Declaration of Fore (Network Solutions), #7 Affidavit Declaration of Davis (Nike), #8 Affidavit Declaration of Arroyo (Scripps Networks), #9 Affidavit Declaration of Jenks (Swatchbox), #10 Affidavit Declaration of Lechtzin (The Knot))(Segal, David) Modified on 2/4/2009 (sm, ). (Entered: 02/03/2009) |
| 02/04/2009 | Ï | ***FILED IN ERROR. Document # 169, Notice of Joinder. PLEASE IGNORE.*** |
| | | (Attorney refiled see document # 171)(ch, ) (Entered: 02/04/2009) |
| 02/04/2009 | Ï 172 | APPLICATION to Appear Pro Hac Vice by Attorney Peter Lambrianakos for Balthaser Online, Inc. (APPROVED FEE PAID) 2–1–4462. (ch, ) (Entered: 02/05/2009) |
| 02/05/2009 | Ï 173 | ANSWER to 124 Amended Complaint,, by Hookumu Inc..(Palter, John) (Entered: 02/05/2009) |
| 02/06/2009 | Ï 174 | E–GOV SEALED SUMMONS Issued as to Interaria. (ch, ) (Entered: 02/06/2009) |
| 02/06/2009 | Ï 175 | ANSWER to 138 Answer to Amended Complaint, Counterclaim by Balthaser Online, Inc..(Baxter, Samuel) (Entered: 02/06/2009) |
| 02/06/2009 | Ï 176 | ANSWER to 149 Answer to Amended Complaint, Counterclaim by Balthaser Online, Inc..(Baxter, Samuel) (Entered: 02/06/2009) |
| 02/06/2009 | Ï 177 | ANSWER to 150 Answer to Amended Complaint, Counterclaim by Balthaser Online, Inc..(Baxter, Samuel) (Entered: 02/06/2009) |
| 02/09/2009 | Ï 178 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, OR OTHERWISE RESPOND TO BALTHASER'S FIRST AMENDED COMPLAINT by Balthaser Online, Inc.. (Attachments: #1 Text of Proposed Order)(Baxter, Samuel) Modified on 2/9/2009 (sm, ). (Entered: 02/09/2009) |
| 02/09/2009 | Ï 179 | NOTICE OF SCHEDULING CONFERENCE, PROPOSED DEADLINES FOR DOCKET CONTROL ORDER, AND DISCOVERY ORDER, ( Scheduling Conference set for 4/8/2009 10:30 AM in Ctrm 319 (Texarkana) before Judge David Folsom.). Signed by Judge David Folsom on 2/9/09. (mrm, ) (Entered: 02/09/2009) |
| 02/10/2009 | Ï 180 | ORDER granting 170 Motion for Leave to File Excess Pages. Signed by Judge David Folsom on 2/10/09. (mrm, ) (Entered: 02/10/2009) |
| 02/10/2009 | Ï 181 | MOTION to Withdraw as Attorney *David R. Clonts and Sanford Warren* by Balthaser Online, Inc.. (Attachments: #1 Text of Proposed Order Proposed Order)(Clonts, David) (Entered: 02/10/2009) |
| 02/10/2009 | Ï 182 | ORDER granting 178 Motion for Extension of Time to Answer; ORDERED that Defendant Art Star Design LLC is granted an extension of time to, and including, February 27, 2009, to file and serve its Answer or otherwise respond to Plaintiff Balthaser Online, Inc.s First Amended Complaint. Signed by Judge David Folsom on 2/10/09. (mrm, ) (Entered: 02/10/2009) |
| 02/10/2009 | Ï | Answer Due Deadline Updated for Art Star Design LLC to 2/27/2009. (mrm, ) (Entered: 02/10/2009) |
| 02/10/2009 | Ï 183 | Unopposed MOTION for Extension of Time to File Answer re 124 Amended Complaint,, *BALTHASER'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT BIG JUMP MEDIA, INC. TO ANSWER OR OTHERWISE RESPOND TO BALTHASER'S FIRST AMENDED COMPLAINT* by Balthaser Online, Inc.. (Attachments: #1 Text of Proposed Order)(Baxter, Samuel) (Entered: 02/10/2009) |

| 02/11/2009 | Ï 184 | ORDER granting 181 Motion to Withdraw as Attorney. Attorney David R Clonts and Sanford E Warren, Jr terminated as counsel for Scripps. Signed by Judge David Folsom on 2/11/09. (ch, ) (Entered: 02/11/2009) |
| --- | --- | --- |
| 02/11/2009 | Ï 185 | ***VACATED PER #187**<br><br>ORDER granting 183 Motion for Extension of Time to Answer. Dft Art Star Design LLC deadline is extended to 2/26/09. Signed by Judge David Folsom on 2/11/09. (ch, ) Modified on 2/12/2009 (sm, ). (Entered: 02/11/2009) |
| 02/11/2009 | Ï | Answer Due Deadline Updated for Art Star Design LLC to 2/26/2009. (ch, ) (Entered: 02/11/2009) |
| 02/11/2009 | Ï 186 | Unopposed MOTION for Extension of Time to File Answer re 124 Amended Complaint,, *BALTHASER'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT INTERARIA TO ANSWER OR OTHERWISE RESPOND TO BALTHASER'S FIRST AMENDED COMPLAINT* by Balthaser Online, Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 02/11/2009) |
| 02/12/2009 | Ï 187 | AMENDED ORDER VACATING 185 Order on Motion for Extension of Time to Answer, and GRANTING 183 Unopposed MOTION for Extension of Time to File for Big Jump Media to Answer re 124 Amended Complaint, filed by Balthaser Online, Inc. therefore ORDERING that Dft Big Jump Media is granted an extension up to and including February 26, 2009 to serve its answer and Art Star's extension previously entered has been terminated.. Signed by Judge David Folsom on 2/12/2009. (sm, ) (Entered: 02/12/2009) |
| 02/12/2009 | Ï | Answer Due Deadline Updated for Big Jump Media, Inc. to 2/26/2009. (sm, ) (Entered: 02/12/2009) |
| 02/12/2009 | Ï | Answer Due Deadline Updated for Art Star Design LLC to 2/27/2009 due to date was erroneously changed with granting of the wrong motion (RE: #187 Order) (sm, ) (Entered: 02/12/2009) |
| 02/12/2009 | Ï 188 | ORDER granting 186 Motion for Extension of Time to Answer BALTHASERS FIRST AMENDED COMPLAINT; ORDERED that Defendant Interaria is granted an extension of time to, and, including, March 16, 2009, to file and serve its Answer or otherwise respond to Plaintiff Balthaser Online, Inc.s First Amended Complaint. Signed by Judge David Folsom on 2/12/09. (mrm, ) (Entered: 02/12/2009) |
| 02/12/2009 | Ï | Answer Due Deadline Updated for Interaria to 3/16/2009. (mrm, ) (Entered: 02/12/2009) |
| 02/13/2009 | Ï 189 | Joint MOTION for Extension of Time to File Response/Reply as to 168 Joint MOTION to Change Venue by Balthaser Online, Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 02/13/2009) |
| 02/19/2009 | Ï 190 | ORDER granting 189 Motion for Extension of Time to File Response/Reply re 168 Joint MOTION to Change Venue Responses due by 3/4/2009 Replies due by 3/16/2009. Sur–Reply due by 3/26/09. Signed by Judge David Folsom on 2/19/09. (mrm, ) (Entered: 02/19/2009) |
| 02/20/2009 | Ï 191 | E–GOV SEALED SUMMONS Issued as to shameblame.com. (ch, ) (Entered: 02/20/2009) |
| 02/23/2009 | Ï 192 | Dft's ANSWER to 124 Amended Complaint,, by Art Star Design LLC. (Attachments: # 1 Envelope)(ch, ) (Entered: 02/23/2009) |
| 02/25/2009 | Ï 193 | *Defendant Big Jump Media, Inc.'s* ANSWER to 124 Amended Complaint,, *to Plaintiff's First Amended Complaint* by Big Jump Media, Inc.. (Attachments: # 1 Affidavit of Jason Illian)(Akin, Christopher) (Entered: 02/25/2009) |

| | | |
|---|---|---|
| 02/26/2009 | Ï 194 | NOTICE of Change of Address by John T Cox, III (Cox, John) (Entered: 02/26/2009) |
| 02/27/2009 | Ï 195 | Unopposed MOTION to Withdraw as Attorney by Ebaum's World Inc.. (Attachments: #1 Text of Proposed Order)(Emerson, John) (Entered: 02/27/2009) |
| 03/03/2009 | Ï 196 | ORDER, granting 195 Unopposed MOTION to Withdraw as Attorney filed by Ebaum's World Inc.., Attorney John Russell Emerson terminated.. Signed by Judge David Folsom on 3/3/09. (mrm, ) (Entered: 03/03/2009) |
| 03/03/2009 | Ï 197 | WAIVER OF SERVICE Returned Executed by Balthaser Online, Inc.. Puma North America, Inc. waiver sent on 1/16/2009, answer due 3/17/2009. (ehs, ) (Entered: 03/03/2009) |
| 03/03/2009 | Ï 198 | WAIVER OF SERVICE Returned Executed by Balthaser Online, Inc.. Various Inc. waiver sent on 1/16/2009, answer due 3/17/2009. (ehs, ) (Entered: 03/03/2009) |
| 03/03/2009 | Ï 199 | WAIVER OF SERVICE Returned Executed by Balthaser Online, Inc.. Global Alphabet, Inc. waiver sent on 1/16/2009, answer due 3/17/2009. (ehs, ) (Entered: 03/03/2009) |
| 03/03/2009 | Ï 200 | E–GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Big Jump Media, Inc. served on 1/23/2009, answer due 2/26/2009. (ehs, ) (Entered: 03/03/2009) |
| 03/03/2009 | Ï 201 | E–GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Art Star Design LLC served on 1/20/2009, answer due 2/27/2009. (ehs, ) (Entered: 03/03/2009) |
| 03/03/2009 | Ï 202 | E–GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Booker Entities, Inc. served on 1/26/2009, answer due 2/17/2009. (ehs, ) (Entered: 03/04/2009) |
| 03/04/2009 | Ï 203 | Unopposed MOTION for Leave to File Excess Pages by Balthaser Online, Inc.. (Attachments: #1 Text of Proposed Order)(Baxter, Samuel) (Entered: 03/04/2009) |
| 03/04/2009 | Ï 204 | RESPONSE in Opposition re 168 Joint MOTION to Change Venue *filed by Balthaser Online, Inc.*. (Attachments: #1 Exhibit A, #2 Exhibit 1, #3 Exhibit 2, #4 Exhibit 3, #5 Exhibit 4, #6 Exhibit 5, #7 Exhibit 6, #8 Exhibit 7, #9 Exhibit 8, #10 Exhibit 9, #11 Exhibit 10, #12 Exhibit 11, #13 Exhibit 12, #14 Exhibit 13, #15 Exhibit 14, #16 Exhibit 15, #17 Exhibit 16, #18 Exhibit 17, #19 Exhibit 18, #20 Exhibit B, #21 Exhibit C, #22 Exhibit D)(Baxter, Samuel) (Entered: 03/04/2009) |
| 03/05/2009 | Ï 205 | Opposed MOTION to Amend/Correct 204 Response in Opposition to Motion,, by Balthaser Online, Inc.. (Attachments: #1 Text of Proposed Order)(Baxter, Samuel) (Entered: 03/05/2009) |
| 03/05/2009 | Ï 206 | CORRECTED RESPONSE BRIEF in Opposition re 168 Joint MOTION to Change Venue filed by Balthaser Online, Inc.. (Attachments: #1 Exhibit A, #2 Exhibit 1, #3 Exhibit 2, #4 Exhibit 3, #5 Exhibit 4, #6 Exhibit 5, #7 Exhibit 6, #8 Exhibit 7, #9 Exhibit 8, #10 Exhibit 9, #11 Exhibit 10, #12 Exhibit 11, #13 Exhibit 12, #14 Exhibit 13, #15 Exhibit 14, #16 Exhibit 15, #17 Exhibit 16, #18 Exhibit 17, #19 Exhibit 18, #20 Exhibit B, #21 Exhibit C, #22 Exhibit D)(Baxter, Samuel) Modified on 3/6/2009 (sm, ). (Entered: 03/05/2009) |
| 03/06/2009 | Ï 207 | WAIVER OF SERVICE Returned Executed by Balthaser Online, Inc.. FriendFinder California Inc. waiver sent on 1/16/2009, answer due 3/17/2009. (ch, ) (Entered: 03/06/2009) |
| 03/06/2009 | Ï 208 | NOTICE of Attorney Appearance by John Franklin Garvish, II on behalf of Balthaser Online, Inc. (Garvish, John) (Entered: 03/06/2009) |
| 03/06/2009 | Ï 209 | ORDER granting 203 Motion for Leave to File Excess Pages. Plaintiff Balthaser Online, Inc. is granted a ten (10) page extension and leave to file an Opposition to the California Defendants Joint Motion to Transfer Venue Under 28 U.S.C. § 1404(a) not to exceed twenty–five (25) pages. Signed by Judge David Folsom on 3/6/09. (ch, ) (Entered: 03/06/2009) |

| 03/09/2009 | Ï 210 | E–GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. shameblame.com served on 2/23/2009, answer due 3/16/2009. (ehs, ) (Entered: 03/09/2009) |
|---|---|---|
| 03/09/2009 | Ï 211 | E–GOV SEALED SUMMONS Returned Executed by Balthaser Online, Inc.. Interaria served on 2/9/2009, answer due 3/16/2009. (ehs, ) (Entered: 03/09/2009) |
| 03/09/2009 | Ï 212 | NOTICE by Network Solutions LLC *(Defendant Network Solutions, LLC's Notice of Non–Opposition to* 205 *Opposed Motion to Amend/Correct (DeRieux, Elizabeth) Modified on 3/10/2009 (sm, ). (Entered: 03/09/2009)* |
| 03/10/2009 | Ï 213 | NOTICE of Non Opposition to 205 Plaintiff's Opposed motion to amend by Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Electronic Arts Inc., Meredith Corp., Insider Guides, Inc., Cyworld, Inc., Freewebs, Inc., Gaia Interactive Inc. (Segal, David) Modified on 3/10/2009 (sm, ). (Entered: 03/10/2009) |
| 03/10/2009 | Ï 214 | NOTICE by Friendster Inc. re 205 Opposed MOTION to Amend/Correct 204 Response in Opposition to Motion,, *(Notice of Non–Opposition)* (Ackermann, Timothy) (Entered: 03/10/2009) |
| 03/11/2009 | Ï 215 | NOTICE of Non Opposition to 205 Plaintiff's Opposed Motion to Amend by Capcom USA, Inc., FriendFinder California Inc., Various Inc., Global Alphabet, Inc. (Morey, Candace) Modified on 3/11/2009 (sm, ). (Entered: 03/11/2009) |
| 03/11/2009 | Ï 216 | **\*\*\*FILED IN ERROR, PLEASE IGNORE.\*\*\***<br><br>NOTICE by Capcom USA, Inc., FriendFinder California Inc., Various Inc., Global Alphabet, Inc. *of Joint Motion for Extension of Time to File Briefing on Defendants' Motion to Transfer Venue* (Attachments: # 1 Text of Proposed Order Granting Joint Motion for Extension of Time to File Briefing on Defendants' Motion to Transfer Venue)(Morey, Candace) Modified on 3/12/2009 (sm, ). (Entered: 03/11/2009) |
| 03/12/2009 | Ï | **\*\*\*FILED IN ERROR, WRONG EVENT USED, ATTY MUST REFILE USING CORRECT EVENT – MOTION. Document # 216, Notice. PLEASE IGNORE.\*\*\***<br><br>(sm, ) (Entered: 03/12/2009) |
| 03/12/2009 | Ï 217 | ANSWER to 124 Amended Complaint, by James Shields Pro Se d/b/a Interaria.(ehs, ) (Entered: 03/12/2009) |
| 03/12/2009 | Ï 218 | Joint MOTION for Extension of Time to File *Briefing on Defendants' Motion to Transfer Venue Under 28 U.S.C. § 1404(a)* by Friendster Inc., Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Nike, Inc., Ning, Inc., Swatchbox Technologies, Inc., Electronic Arts Inc., Balthaser Online, Inc., Hookumu Inc., Meredith Corp., Capcom USA, Inc., The Knot, Inc., Network Solutions LLC, FriendFinder California Inc., Various Inc., Global Alphabet, Inc., Insider Guides, Inc., Cyworld, Inc., Hi5 Networks, Inc., Freewebs, Inc., Gaia Interactive Inc.. (Attachments: # 1 Text of Proposed Order Granting Joint Motion for Extension of Time to File Briefing on Defendants' Motion to Transfer Venue) (Morey, Candace) (Entered: 03/12/2009) |
| 03/16/2009 | Ï 219 | ORDER granting 218 Motion for Extension of Time to File Reply Brief due on 3/23/2009 and plalintiffs surreply brief due to be filed on 4/9/2009.. Signed by Judge David Folsom on 3/16/2009. (sm, ) (Entered: 03/16/2009) |
| 03/16/2009 | Ï 220 | NOTICE of Attorney Appearance by Logan English Johnson on behalf of Swatchbox Technologies, Inc. (Johnson, Logan) (Entered: 03/16/2009) |
| 03/16/2009 | Ï 221 | ANSWER to 124 Amended Complaint,,, COUNTERCLAIM *for Declaratory Judgment* against Balthaser Online, Inc. by Puma North America, Inc..(Heartfield, J) (Entered: 03/16/2009) |

| 03/16/2009 | Ï 222 | CORPORATE DISCLOSURE STATEMENT filed by Puma North America, Inc. identifying Corporate Parent Puma AG Rudolf Dassler Sport for Puma North America, Inc.. (Heartfield, J) (Entered: 03/16/2009) |
|---|---|---|
| 03/16/2009 | Ï 223 | MOTION to Withdraw as Attorney *for Defendant Swatchbox Technologies, Inc.* by Swatchbox Technologies, Inc.. (Attachments: # 1 [Proposed] Order Granting Motion to Withdraw as Counsel for Defendant Swatchbox Technologies, Inc.)(Segal, David) (Entered: 03/16/2009) |
| 03/16/2009 | Ï 224 | Opposed MOTION for Hearing re 179 Order, Set Hearings *re Partially Opposed Motion to Reschedule the Scheduling Conference* by Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Ning, Inc., Electronic Arts Inc., Meredith Corp., Insider Guides, Inc., Cyworld, Inc., Freewebs, Inc., Gaia Interactive Inc.. (Attachments: # 1 [Proposed] Order Granting Partially Opposed Motion to Reschedule the Scheduling Conference)(Segal, David) (Entered: 03/16/2009) |
| 03/17/2009 | Ï 225 | ORDER granting 223 Motion to Withdraw as Attorney. Attorney David Andrew Segal; Alison R Watkins; Wayne M Barsky and Sarah E Piepmeier terminated as attys for Dft Swatchbox Technologies.. Signed by Judge David Folsom on 3/17/2009. (sm, ) (Entered: 03/17/2009) |
| 03/17/2009 | Ï 226 | ORDER granting 224 Motion for Rescheduling a Hearing ORDERING that the scheduling conference be rescheduled for 10:00 am on April 15, 2009 in Texarkana, TX. Discovery conference will be rescheduled for three weeks prior to scheduling conference.. Signed by Judge David Folsom on 3/17/2009. (sm, ) (Entered: 03/17/2009) |
| 03/17/2009 | Ï | Set Deadlines/Hearings: Scheduling Conference reset for 4/15/2009 10:00 AM in Ctrm 319 (Texarkana) before Judge David Folsom. (sm, ) (Entered: 03/17/2009) |
| 03/17/2009 | Ï 227 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re FriendFinder California Inc..( Morey, Candace) (Entered: 03/17/2009) |
| 03/17/2009 | Ï 228 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Global Alphabet, Inc..( Morey, Candace) (Entered: 03/17/2009) |
| 03/17/2009 | Ï 229 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Various Inc..( Morey, Candace) (Entered: 03/17/2009) |
| 03/18/2009 | Ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV–12 for FriendFinder California Inc. to 3/18/2009; Various Inc. to 3/18/2009; Global Alphabet, Inc. to 3/18/2009. 1 Days Granted for Deadline Extension.( sm, ) (Entered: 03/18/2009) |
| 03/18/2009 | Ï 230 | *FriendFinder California's* ANSWER to 124 Amended Complaint,,, COUNTERCLAIM against Balthaser Online, Inc. by FriendFinder California Inc..(Morey, Candace) (Entered: 03/18/2009) |
| 03/18/2009 | Ï 231 | CORPORATE DISCLOSURE STATEMENT (Various, Inc is parent corporation) filed by FriendFinder California Inc. (Morey, Candace) Modified on 3/18/2009 (sm, ). (Entered: 03/18/2009) |
| 03/18/2009 | Ï 232 | *Global Alphabet's* ANSWER to 124 Amended Complaint,,, COUNTERCLAIM against Balthaser Online, Inc. by Global Alphabet, Inc..(Morey, Candace) (Entered: 03/18/2009) |
| 03/18/2009 | Ï 233 | CORPORATE DISCLOSURE STATEMENT (Adding Various as parent corporation) filed by Global Alphabet, Inc. (Morey, Candace) Modified on 3/18/2009 (sm, ). (Entered: 03/18/2009) |
| 03/18/2009 | Ï 234 | *Various, Inc.'s* ANSWER to 124 Amended Complaint,,, COUNTERCLAIM against Balthaser Online, Inc. by Various Inc..(Morey, Candace) (Entered: 03/18/2009) |
| 03/18/2009 | Ï 235 | |

| | | |
|---|---|---|
| | | CORPORATE DISCLOSURE STATEMENT (adding Interactive Network, Inc as parent corp) filed by Various Inc. (Morey, Candace) Modified on 3/18/2009 (sm, ). (Entered: 03/18/2009) |
| 03/20/2009 | 236 | APPLICATION to Appear Pro Hac Vice by Attorney Matthew P Sgro for Puma North America, Inc. (APPROVED FEE PAID) 2–1–4586. (ch, ) (Entered: 03/20/2009) |
| 03/20/2009 | 237 | APPLICATION to Appear Pro Hac Vice by Attorney Edward J Naughton for Puma North America, Inc. (APPROVED FEE PAID) 2–1–4586. (ch, ) (Entered: 03/20/2009) |
| 03/23/2009 | 238 | NOTICE by Puma North America, Inc. re 168 Joint MOTION to Change Venue – *Notice of Joinder to California Defendants' Joint Motion to Transfer Venue Under 28 U.S.C. § 1404(a)* (Attachments: # 1 Exhibit A)(Heartfield, J) (Entered: 03/23/2009) |
| 03/23/2009 | 239 | REPLY TO RESPONSE in Support re 168 Joint MOTION to Change Venue *Under 28 U.S.C. 1404(a) filed by Friendster Inc., Imeem, Inc., Live Journal Inc., Ning, Inc., Electronic Arts Inc., Capcom USA, Inc., FriendFinder California Inc., Various Inc., Global Alphabet, Inc., Cyworld, Inc., Hi5 Networks, Inc., Gaia Interactive Inc..* (Attachments: # 1 Affidavit of Michael J. Sacksteder In Support of California Defendants' Joint Reply In Support of Motionto Transfer Venue Under 28 U.S.C. 1404(a) and Exhibits 1–14, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14)(Sacksteder, Michael) Modified on 3/24/2009 (sm, ). (Entered: 03/23/2009) |
| 03/23/2009 | 240 | Joint MOTION for Leave to File Excess Pages *On Behalf of California Defendants* by Friendster Inc., Imeem, Inc., Live Journal Inc., Ning, Inc., Electronic Arts Inc., Capcom USA, Inc., FriendFinder California Inc., Various Inc., Global Alphabet, Inc., Cyworld, Inc., Hi5 Networks, Inc., Gaia Interactive Inc.. (Attachments: # 1 Text of Proposed Order Granting CA Defs Joint Motion for Leave to Exceed Page Limitation)(Morey, Candace) (Entered: 03/23/2009) |
| 03/24/2009 | 241 | ORDER granting 240 Motion for Leave to File Excess Pages; The Court having considered the motion, it HEREBY GRANTS the California defendants an additional seven (7) page extension and leave to file a Reply Brief in Support of the Motion not to exceed twelve (12) pages.. Signed by Judge David Folsom on 3/24/09. (mrm, ) (Entered: 03/24/2009) |
| 03/27/2009 | 242 | ORDER granting 205 Motion to File a Corrected Brief in Opposition to the California Defendants Joint Motion to Transfer. Signed by Judge David Folsom on 3/27/09. (mrm, ) (Entered: 03/27/2009) |
| 04/07/2009 | 243 | ANSWER to 221 Answer to Amended Complaint, Counterclaim by Balthaser Online, Inc..(Baxter, Samuel) (Entered: 04/07/2009) |
| 04/07/2009 | 244 | ANSWER to 230 Answer to Amended Complaint, Counterclaim by Balthaser Online, Inc..(Baxter, Samuel) (Entered: 04/07/2009) |
| 04/07/2009 | 245 | ANSWER to 232 Answer to Amended Complaint, Counterclaim by Balthaser Online, Inc..(Baxter, Samuel) (Entered: 04/07/2009) |
| 04/07/2009 | 246 | ANSWER to 234 Answer to Amended Complaint, Counterclaim by Balthaser Online, Inc..(Baxter, Samuel) (Entered: 04/07/2009) |
| 04/09/2009 | 247 | Unopposed MOTION for Extension of Time to File Response/Reply as to 168 Joint MOTION to Change Venue by Balthaser Online, Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 04/09/2009) |
| 04/10/2009 | 248 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Appendix A)(Baxter, Samuel) (Entered: 04/10/2009) |
| 04/13/2009 | 249 | |

| | | |
|---|---|---|
| | | ORDER granting 247 Motion for Extension of Time to File Response/Reply re 168 Joint MOTION to Change Venue Surreplies due by 4/13/2009.. Signed by Judge David Folsom on 4/13/09. (mrm, ) (Entered: 04/13/2009) |
| 04/13/2009 | Ï 250 | Unopposed MOTION for Leave to File Excess Pages by Balthaser Online, Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 04/13/2009) |
| 04/13/2009 | Ï 251 | SUR–REPLY to Reply to Response to Motion re 218 Joint MOTION for Extension of Time to File *Briefing on Defendants' Motion to Transfer Venue Under 28 U.S.C. § 1404(a)*Joint MOTION for Extension of Time to File *Briefing on Defendants' Motion to Transfer Venue Under 28 U.S.C. § 1404(a)*Joint MOTION for Extension of Time to File *Briefing on Defendants' Motion to Transfer Venue Under 28 U.S.C. § 1404(a) filed by Balthaser Online, Inc..* (Attachments: # 1 Exhibit B, # 2 Exhibit 19, # 3 Exhibit 20, # 4 Exhibit 21, # 5 Exhibit 22, # 6 Exhibit 23, # 7 Exhibit 24)(Baxter, Samuel) (Entered: 04/13/2009) |
| 04/13/2009 | Ï 252 | ***FILED IN ERROR, PLEASE IGNORE.*** <br><br> REPORT of Rule 26(f) Planning Meeting. (DeRieux, Elizabeth) Modified on 4/14/2009 (sm, ). (Entered: 04/13/2009) |
| 04/13/2009 | Ï 253 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Appendix A)(DeRieux, Elizabeth) (Entered: 04/13/2009) |
| 04/14/2009 | Ï | ***FILED IN ERROR, PER ATTY, ATTY HAS REFILED (SEE #253). Document # 252, Report of Rule 26f Planned Mtg. PLEASE IGNORE.*** <br><br> (sm, ) (Entered: 04/14/2009) |
| 04/14/2009 | Ï 254 | ORDER granting 250 Motion for A PAGE LIMIT EXTENSION FOR ITS SURREPLY; ORDERED that Plaintiff Balthaser Online, Inc. is granted an order granting Plaintiff a page limit extension of eight (8) pages for its Surreply brief to increase the total permitted pages to thirteen (13) pages. Signed by Judge David Folsom on 4/14/09. (mrm, ) (Entered: 04/14/2009) |
| 04/15/2009 | Ï 255 | Minute Entry for proceedings held before Judge David Folsom: Scheduling Conference held on 4/15/2009. (Court Reporter Libby Crawford.) (mrm, ) (Entered: 04/15/2009) |
| 04/16/2009 | Ï 256 | ORDER re: motion practice. Signed by Judge David Folsom on 4/16/09. (mrm, ) (Entered: 04/16/2009) |
| 04/24/2009 | Ï 257 | ***FILED IN ERROR. PER ATTORNEY. PLEASE IGNORE.*** <br><br> NOTICE of Attorney Appearance by Daymon Jeffrey Rambin on behalf of Network Solutions LLC (Rambin, Daymon) Modified on 4/24/2009 (ch, ). (Entered: 04/24/2009) |
| 04/24/2009 | Ï | ***FILED IN ERROR. PER ATTORNEY Document # 257, Notice of Appearance. PLEASE IGNORE.*** <br><br> (ch, ) (Entered: 04/24/2009) |
| 05/01/2009 | Ï 258 | MOTION PARTIALLY OPPOSED MOTION FOR ENTRY OF DISCOVERY ORDER by Balthaser Online, Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 05/01/2009) |
| 05/01/2009 | Ï 259 | MOTION PARTIALLY OPPOSED MOTION FOR ENTRY OF DOCKET CONTROL ORDER by Balthaser Online, Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 05/01/2009) |
| 05/01/2009 | Ï 260 | |

| | | MOTION for Extension of Time to File *PARTIALLY OPPOSED MOTION FOR EXTENSION OF TIME TO FILE AGREED PROTECTIVE ORDER OR COMPETING PROPOSALS* by Balthaser Online, Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 05/01/2009) |
|---|---|---|
| 05/04/2009 | Ï 261 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on April 15, 2009, Scheduling Conference, 25 pages before The Honorable Chief Judge David Folsom. Court Reporter/Transcriber: Libby Crawford, CSR, Telephone number: 903.794.4067 Ext. 237, lcrawford@cableone.net.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be purchased from the Court Reporter or PACER.. Redaction Request due 5/26/2009. Redacted Transcript Deadline set for 6/4/2009. Release of Transcript Restriction set for 8/3/2009. (aec, ) (Entered: 05/04/2009) |
| 05/11/2009 | Ï 262 | NOTICE of Disclosure by Balthaser Online, Inc. (Baxter, Samuel) (Entered: 05/11/2009) |
| 05/12/2009 | Ï 263 | ORDER Re–Setting Hearing on Motion 168 Joint MOTION to Change Venue : Motion Hearing reset for 6/10/2009 10:00 AM in Ctrm 319 (Texarkana) before Judge David Folsom. Each side will have 30 minutes for oral argument. Signed by Judge David Folsom on 5/12/09. (mrm, ) (Entered: 05/12/2009) |
| 05/13/2009 | Ï 264 | Joint MOTION for Extension of Time to File *AGREED PROTECTIVE ORDER OR COMPETING PROPOSALS* by Friendster Inc., Ebaum's World Inc., Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Nike, Inc., Ning, Inc., Swatchbox Technologies, Inc., Electronic Arts Inc., Balthaser Online, Inc., Hookumu Inc., Meredith Corp., Capcom USA, Inc., Network Solutions LLC, The Knot, Inc., FriendFinder California Inc., Various Inc., Puma North America, Inc., Art Star Design LLC, Interaria, Big Jump Media, Inc., Global Alphabet, Inc., Insider Guides, Inc., Cyworld, Inc., Hi5 Networks, Inc., Freewebs, Inc., Gaia Interactive Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 05/13/2009) |
| 05/15/2009 | Ï 265 | Joint MOTION for Protective Order by Friendster Inc., Ebaum's World Inc., Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Nike, Inc., Ning, Inc., Swatchbox Technologies, Inc., Electronic Arts Inc., Balthaser Online, Inc., Hookumu Inc., Meredith Corp., Capcom USA, Inc., Network Solutions LLC, The Knot, Inc., FriendFinder California Inc., Various Inc., Puma North America, Inc., Art Star Design LLC, Interaria, Big Jump Media, Inc., Global Alphabet, Inc., Insider Guides, Inc., Cyworld, Inc., Hi5 Networks, Inc., Freewebs, Inc., Gaia Interactive Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 05/15/2009) |
| 05/18/2009 | Ï 266 | ORDER granting 264 Motion for Extension of Time to File Agreed Protective Order or Competing Proposals. Signed by Judge David Folsom on 5/18/09. (ch, ) (Entered: 05/18/2009) |
| 05/19/2009 | Ï 267 | STIPULATED PROTECTIVE ORDER. Signed by Judge David Folsom on 5/19/09. (ch, ) (Entered: 05/19/2009) |
| 05/19/2009 | Ï 268 | PARTIALLY OPPOSED MOTION for Extension of Time to File AGREED ORDER FOR DOCUMENT PRODUCTION FORMAT OR COMPETING PROPOSALS by Balthaser Online, Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) Modified on 5/20/2009 (sm, ). (Entered: 05/19/2009) |

| | | |
|---|---|---|
| 05/20/2009 | Ï 269 | Partiall Opposed MOTION for Extension of Time to File *Agree ORDER FOR DOCUMENT PRODUCTION FORMAT OR COMPETING PROPOSALS* by Balthaser Online, Inc.. (Attachments: #1 Text of Proposed Order)(Baxter, Samuel) Modified on 5/21/2009 (sm, ). (Entered: 05/20/2009) |
| 05/26/2009 | Ï 270 | MOTION Partially Opposed Motion for Entry of Stipulated Order for Document Production Format by Balthaser Online, Inc.. (Attachments: #1 Text of Proposed Order)(Baxter, Samuel) (Entered: 05/26/2009) |
| 05/28/2009 | Ï 271 | NOTICE OF SUPPLEMENTAL AUTHORITY by Friendster Inc., Imeem, Inc., Live Journal Inc., Ning, Inc., Electronic Arts Inc., Capcom USA, Inc., FriendFinder California Inc., Various Inc., Global Alphabet, Inc., Cyworld, Inc., Hi5 Networks, Inc., Gaia Interactive Inc. re 168 Joint MOTION to Change Venue (Attachments: #1 Exhibit 1, #2 Exhibit 2)(Sacksteder, Michael) Modified on 5/29/2009 (sm, ). (Entered: 05/28/2009) |
| 05/29/2009 | Ï 272 | ***FILED IN ERROR, PLEASE IGNORE.***<br><br>First MOTION for Disclosure by Swatchbox Technologies, Inc.. (Johnson, Logan) Modified on 5/29/2009 (sm, ). (Entered: 05/29/2009) |
| 05/29/2009 | Ï | ***FILED IN ERROR, WRONG EVENT, ATTY MUST REFILE USING CORRECT EVENT. Document # 272, Motion for Disclosure. PLEASE IGNORE.***<br><br>(sm, ) (Entered: 05/29/2009) |
| 05/29/2009 | Ï 273 | NOTICE of Disclosure by Swatchbox Technologies, Inc. *Swatchbox's Discovery Ofer Disclosures* (Johnson, Logan) (Entered: 05/29/2009) |
| 05/29/2009 | Ï 274 | NOTICE of Disclosure by Hookumu Inc. (Palter, John) (Entered: 05/29/2009) |
| 05/29/2009 | Ï 275 | NOTICE of Disclosure by Friendster Inc. (Ackermann, Timothy) (Entered: 05/29/2009) |
| 05/29/2009 | Ï 276 | NOTICE of Disclosure by Hi5 Networks, Inc. (Cunningham, Iain) (Entered: 05/29/2009) |
| 05/29/2009 | Ï 277 | NOTICE of Disclosure by The Knot, Inc. (Jackson, John) (Entered: 05/29/2009) |
| 05/29/2009 | Ï 278 | NOTICE of Disclosure by Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Ning, Inc., Electronic Arts Inc., Meredith Corp., Insider Guides, Inc., Cyworld, Inc., Freewebs, Inc., Gaia Interactive Inc. (Piepmeier, Sarah) (Entered: 05/29/2009) |
| 05/29/2009 | Ï 279 | NOTICE of Disclosure by Capcom USA, Inc. *to Plaintiff Balthaser Online, Inc. In Compliance With Fed.R.Civ.P. 26(a)(1)* (Morey, Candace) (Entered: 05/29/2009) |
| 05/29/2009 | Ï 280 | NOTICE of Disclosure by FriendFinder California Inc. *to Plaintiff Balthaser Online, Inc. In Compliance With Fed.R.Civ.P. 26(a)(1)* (Morey, Candace) (Entered: 05/29/2009) |
| 05/29/2009 | Ï 281 | NOTICE of Disclosure by Global Alphabet, Inc. *to Plaintiff Balthaser Online, Inc. In Compliance With Fed.R.Civ.P. 26(a)(1)* (Morey, Candace) (Entered: 05/29/2009) |
| 05/29/2009 | Ï 282 | NOTICE of Disclosure by Various Inc. *to Plaintiff Balthaser Online, Inc. In Compliance With Fed.R.Civ.P. 26(a)(1)* (Morey, Candace) (Entered: 05/29/2009) |
| 05/29/2009 | Ï 283 | Agreed MOTION for Extension of Time to File */Serve NSI's Initial Disclosures* by Balthaser Online, Inc.. (Attachments: #1 Text of Proposed Order)(Baxter, Samuel) (Entered: 05/29/2009) |
| 06/01/2009 | Ï 284 | NOTICE of Disclosure by Puma North America, Inc. *Pursuant to Local Rule CV−26(c)* (Sgro, Matthew) (Entered: 06/01/2009) |
| 06/01/2009 | Ï 285 | |

| | | |
|---|---|---|
| | | ORDER granting 283 Motion for Extension of Deadline; It is therefore ORDERED that NSIs deadline to serve its initial disclosures is extended from May 29, 2009 to June 5, 2009.. Signed by Judge David Folsom on 6/1/09. (mrm, ) (Entered: 06/01/2009) |
| 06/01/2009 | Ï 286 | Additional Attachments to Main Document (Cert of Service): 276 Notice of Disclosure.. (Cunningham, Iain) Modified on 6/1/2009 (sm, ). (Entered: 06/01/2009) |
| 06/01/2009 | Ï 287 | NOTICE of Attorney Appearance by Kristi Jean Thomas on behalf of Balthaser Online, Inc. (Thomas, Kristi) (Entered: 06/01/2009) |
| 06/01/2009 | Ï 288 | NOTICE by Balthaser Online, Inc. *NOTICE OF COMPLIANCE WITH LOCAL PATENT RULE 3−2* (Baxter, Samuel) (Entered: 06/01/2009) |
| 06/01/2009 | Ï 289 | NOTICE of Disclosure by Balthaser Online, Inc. (Baxter, Samuel) (Entered: 06/01/2009) |
| 06/01/2009 | Ï 292 | APPLICATION to Appear Pro Hac Vice by Attorney Julie M Zankel for Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Ning, Inc., Electronic Arts Inc., Meredith Corp., Insider Guides, Inc., Cyworld, Inc., Freewebs, Inc. and Gaia Interactive Inc. (APPROVED FEE PAID) 1−1−7337. (ch, ) (Entered: 06/03/2009) |
| 06/02/2009 | Ï 290 | NOTICE by Balthaser Online, Inc. *BALTHASER ONLINE, INC.'S AMENDED NOTICE OF COMPLIANCE WITH LOCAL PATENT RULE 3−2* (Baxter, Samuel) (Entered: 06/02/2009) |
| 06/02/2009 | Ï 291 | NOTICE of Disclosure by Balthaser Online, Inc. *AMENDED NOTICE OF COMPLIANCE WITH LOCAL PATENT RULE 3−2* (Baxter, Samuel) (Entered: 06/02/2009) |
| 06/03/2009 | Ï 293 | NOTICE by Balthaser Online, Inc. *and Certain Defendants of Mediator Selection* (Baxter, Samuel) (Entered: 06/03/2009) |
| 06/05/2009 | Ï 294 | Agreed MOTION TO EXTEND THE DEADLINE FOR NETWORK SOLUTIONS, LLC TO SERVE ITS INITIAL DISCLOSURES by Balthaser Online, Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) Modified on 6/8/2009 (sm, ). (Entered: 06/05/2009) |
| 06/08/2009 | Ï 295 | ORDER granting 294 Motion for Extension of Time to Serve its Initial Disclosures; It is therefore ORDERED that NSIs deadline to serve its initial disclosures is extended from June 5, 2009 to June 12, 2009.. Signed by Judge David Folsom on 6/8/09. (mrm, ) (Entered: 06/08/2009) |
| 06/09/2009 | Ï 296 | NOTICE of Attorney Appearance by Eric Hugh Findlay on behalf of Hi5 Networks, Inc. (Findlay, Eric) (Entered: 06/09/2009) |
| 06/10/2009 | Ï 297 | Minute Entry for proceedings held before Judge David Folsom: Motion Hearing held on 6/10/2009 re 168 Joint MOTION to Change Venue filed by FriendFinder California Inc., Friendster Inc., Capcom USA, Inc., Gaia Interactive Inc., Hi5 Networks, Inc., Ning, Inc., Global Alphabet, Inc., Live Journal Inc., Electronic Arts Inc., Various Inc., Imeem, Inc., Cyworld, Inc.. (Court Reporter Libby Crawford.) (mrm, ) (Entered: 06/10/2009) |
| 06/11/2009 | Ï 298 | NOTICE by Friendster Inc., Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Nike, Inc., Ning, Inc., Swatchbox Technologies, Inc., Electronic Arts Inc., Hookumu Inc., Meredith Corp., Capcom USA, Inc., The Knot, Inc., FriendFinder California Inc., Various Inc., Puma North America, Inc., Global Alphabet, Inc., Insider Guides, Inc., Cyworld, Inc., Hi5 Networks, Inc., Freewebs, Inc., Gaia Interactive Inc. re 168 Joint MOTION to Change Venue *and SUBMISSION OF INITIAL DISCLOSURES SERVED AS OF JUNE 11, 2009* (Attachments: # 1 Exhibit 1 Balthaser Online, Inc., # 2 Exhibit 2 Capcom USA, Inc., # 3 Exhibit 3 Cyworld Inc., # 4 Exhibit 4 Ebaum's World, Inc., # 5 Exhibit 5 Electronic Arts Inc., # 6 Exhibit 6 Freewebs, Inc., # 7 Exhibit 7 Friendfinder California, Inc., # 8 Exhibit 8 Friendster, Inc., # 9 Exhibit 9 Gaia Interactive Inc., # 10 Exhibit 10 Global Alphabet, Inc., # 11 Exhibit 11 H15 Networks, Inc., # 12 Exhibit 12 Hookumu Inc., # 13 Exhibit 13 Imeem, Inc., # 14 Exhibit 14 Insider Guides, Inc., # 15 Exhibit 15 Live Journal Inc., # 16 Exhibit 16 Meredith Corp., # 17 Exhibit 17 Nike, Inc., # 18 |

| | | |
|---|---|---|
| | | Exhibit 18 Ning, Inc., #_19 Exhibit 19 Puma North America, Inc., #_20 Exhibit 20 Scripps Networks, LLC, #_21 Exhibit 21 Swatchbox Technologies, Inc., #_22 Exhibit 22 The Knot, Inc., #_23 Exhibit 23 Various, Inc., #_24 Exhibit 24 Slides 7–10 From 06.10.09 Hearing)(Sacksteder, Michael) (Entered: 06/11/2009) |
| 06/12/2009 | Ï 299 | Agreed MOTION for Extension of Time to File *AGREED MOTION TO EXTEND THE DEADLINE FOR NETWORK SOLUTIONS, LLC TO SERVE ITS INITIAL DISCLOSURES* by Balthaser Online, Inc.. (Attachments: #_1 Text of Proposed Order)(Baxter, Samuel) (Entered: 06/12/2009) |
| 06/16/2009 | Ï 300 | ORDER granting _299 Motion for Extension of Time to File initial disclosures is extended from June 12, 2090 to June 19, 2009.. Signed by Judge David Folsom on 6/16/2009. (sm, ) (Entered: 06/16/2009) |
| 06/18/2009 | Ï 301 | APPLICATION to Appear Pro Hac Vice by Attorney Stephen K Rush for Ebaum' and s World Inc. (APPROVED FEE PAID) 2–1–4760. (ch, ) (Entered: 06/18/2009) |
| 06/19/2009 | Ï 302 | NOTICE of Attorney Appearance by Jeffrey V Lasker on behalf of Capcom USA, Inc., FriendFinder California Inc., Various Inc., Global Alphabet, Inc. (Lasker, Jeffrey) (Entered: 06/19/2009) |
| 06/23/2009 | Ï 303 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on June 10, 2009, Motion to Transfer hearing, 37 pages, before The Honorable Chief Judge David Folsom. Court Reporter/Transcriber: Libby Crawford, Telephone number: 903.794.4067 Ext 237 or lcrawford@cableone.net. <br><br> **<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov</span>** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be purchased from the Court Reporter or PACER. Redaction Request due 7/14/2009. Redacted Transcript Deadline set for 7/24/2009. Release of Transcript Restriction set for 9/21/2009. (aec, ) (Entered: 06/23/2009) |
| 06/24/2009 | Ï 304 | Joint MOTION to Dismiss *WITH PREJUDICE* by Balthaser Online, Inc., Network Solutions LLC. (Attachments: #_1 Text of Proposed Order)(Baxter, Samuel) (Entered: 06/24/2009) |
| 06/25/2009 | Ï 305 | ORDER granting _304 Motion to Dismiss all claims and counterclaims between Balthaser and Network Solutions and all unresolved pending motions between thse setting parties are denied as moot.. Signed by Judge David Folsom on 6/25/2009. (sm, ) (Entered: 06/25/2009) |
| 06/26/2009 | Ï 306 | MOTION to Compel *Sufficient Patent Local Rule 3–1 Disclosures From Plaintiff* by Friendster Inc., Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Nike, Inc., Ning, Inc., Electronic Arts Inc., Hookumu Inc., Meredith Corp., Capcom USA, Inc., FriendFinder California Inc., Various Inc., Puma North America, Inc., Global Alphabet, Inc., Insider Guides, Inc., Cyworld, Inc., Freewebs, Inc., Gaia Interactive Inc.. (Attachments: #_1 Exhibit Exh A to Piepmeier Decl, #_2 Exhibit Exh B to Piepmeier Decl, #_3 Exhibit Exh C to Piepmeier Decl, #_4 Exhibit Exh D to Piepmeier Decl, #_5 Exhibit Exh E to Piepmeier Decl, #_6 Exhibit Exh E to Piepmeier Decl, #_7 Exhibit Exh G to Piepmeier Decl, #_8 Exhibit Exh H to Piepmeier Decl, #_9 Exhibit Exh I to Piepmeier Decl, #_10 Exhibit Exh J to Piepmeier Decl, #_11 Exhibit Exh K to Piepmeier Decl, #_12 Exhibit Exh L to Piepmeier Decl, #_13 Exhibit Exh M to Piepmeier Decl, #_14 Affidavit Piepmeier Decl, #_15 Text of Proposed Order Proposed Order)(Piepmeier, Sarah) (Entered: |

| | | |
|---|---|---|
| | | 06/26/2009) |
| 07/06/2009 | Ï307 | NOTICE of Attorney Appearance by Kimberly J Sims on behalf of Hookumu Inc. (Sims, Kimberly) (Entered: 07/06/2009) |
| 07/06/2009 | Ï308 | NOTICE of Attorney Appearance by Bruce Knox Packard on behalf of Hookumu Inc. (Packard, Bruce) (Entered: 07/06/2009) |
| 07/13/2009 | Ï309 | Joint MOTION for Extension of Time to File *for Plaintiff's Opposition to Motion to Compel and Defendant's Invalidity Contentions* by Capcom USA, Inc., FriendFinder California Inc., Various Inc., Global Alphabet, Inc.. (Attachments: #1 Text of Proposed Order [Proposed] Order Granting Unopposed Joint Motion for Extensions of Time for Plaintiff's Opposition to Motion to Compel and Defendant's Invalidity Contentions)(Sacksteder, Michael) (Entered: 07/13/2009) |
| 07/14/2009 | Ï310 | ORDER granting 309 Motion for Extension of Time to File PLAINTIFFS OPPOSITION TO MOTION TO COMPEL AND DEFENDANTS INVALIDITY CONTENTIONS. Signed by Judge David Folsom on 7/14/09. (mrm, ) (Entered: 07/14/2009) |
| 07/23/2009 | Ï311 | RESPONSE in Opposition re 306 MOTION to Compel *Sufficient Patent Local Rule 3−1 Disclosures From Plaintiff* filed by Balthaser Online, Inc.. (Attachments: #1 Affidavit Declaration of Peter Lambrianakos, #2 Exhibit A, #3 Exhibit B Part 1, #4 Exhibit B Part 2, #5 Exhibit B Part 3, #6 Exhibit B Part 4, #7 Exhibit C)(Baxter, Samuel) (Entered: 07/23/2009) |
| 07/30/2009 | Ï312 | ORDER requesting additional briefing re 168 Joint MOTION to Change Venue filed by FriendFinder California Inc., Friendster Inc., Capcom USA, Inc., Gaia Interactive Inc., Hi5 Networks, Inc., Ning, Inc., Global Alphabet, Inc., Live Journal Inc., Electronic Arts Inc., Various Inc., Imeem, Inc., Cyworld, Inc. (1) California Defendants Brief (limited to 5 pages) is due by 5PM CST on August 14, 2009; (2) Plaintiffs Responsive Brief (limited to 5 pages) is due by 5PM CST on August 21, 2009. Signed by Judge David Folsom on 7/30/09. (mrm, ) (Entered: 07/30/2009) |
| 08/03/2009 | Ï313 | NOTICE of Change of Address by Lawrence C Drucker (Drucker, Lawrence) (Entered: 08/03/2009) |
| 08/03/2009 | Ï314 | NOTICE of Change of Address by Bryan N DeMatteo (DeMatteo, Bryan) (Entered: 08/03/2009) |
| 08/03/2009 | Ï315 | NOTICE of Change of Address by Peter Lambrianakos (Lambrianakos, Peter) (Entered: 08/03/2009) |
| 08/03/2009 | Ï316 | NOTICE of Change of Address by Dawn Rudenko Albert (Albert, Dawn) (Entered: 08/03/2009) |
| 08/03/2009 | Ï317 | REPLY to Response to Motion re 306 MOTION to Compel *Sufficient Patent Local Rule 3−1 Disclosures From Plaintiff* filed by Friendster Inc., Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Nike, Inc., Ning, Inc., Electronic Arts Inc., Hookumu Inc., Meredith Corp., Capcom USA, Inc., FriendFinder California Inc., Various Inc., Puma North America, Inc., Global Alphabet, Inc., Insider Guides, Inc., Cyworld, Inc., Freewebs, Inc., Gaia Interactive Inc.. (Piepmeier, Sarah) (Entered: 08/03/2009) |
| 08/03/2009 | Ï318 | Joint MOTION for Extension of Time to File *[Time to comply with PR 3−4(a)]* by Friendster Inc., Balthaser Online, Inc.. (Attachments: #1 Text of Proposed Order extending time to comply with PR 3−4(a))(Selinger, Jerry) (Entered: 08/03/2009) |
| 08/03/2009 | Ï319 | Joint MOTION for Extension of Time to File *to Make its P.R. 3−4(a) Disclosures* by The Knot, Inc.. (Attachments: #1 Text of Proposed Order)(Jackson, John) (Entered: 08/03/2009) |
| 08/03/2009 | Ï320 | Joint MOTION for Extension of Time to File *to Serve P.R. 3−4(a) Disclosures* by Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Ning, Inc., Electronic Arts Inc., Meredith Corp., Insider Guides, Inc., Cyworld, Inc., Freewebs, Inc., Gaia Interactive Inc.. (Attachments: #1 Text |

| | | |
|---|---|---|
| | | of Proposed Order)(Watkins, Alison) (Entered: 08/03/2009) |
| 08/04/2009 | 321 | Unopposed MOTION for Leave to File Excess Pages *for Reply Brief in Support of Motion to Compel* by Friendster Inc., Imeem, Inc., Scripps Networks LLC, Live Journal Inc., Nike, Inc., Ning, Inc., Electronic Arts Inc., Hookumu Inc., Meredith Corp., Capcom USA, Inc., FriendFinder California Inc., Various Inc., Puma North America, Inc., Global Alphabet, Inc., Insider Guides, Inc., Cyworld, Inc., Freewebs, Inc., Gaia Interactive Inc.. (Attachments: # 1 Text of Proposed Order Granting Motion for Leave)(Piepmeier, Sarah) (Additional attachment(s) added on 8/4/2009: # 2 Revised Order) (sm, ). (Entered: 08/04/2009) |
| 08/04/2009 | 322 | First MOTION for Extension of Time to File by Swatchbox Technologies, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Johnson, Logan) (Entered: 08/04/2009) |
| 08/04/2009 | 323 | ORDER GRANTING UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME FOR FRIENDSTERS COMPLIANCE WITH PATENT LOCAL RULE 3–4(A); granting 318 Motion for Extension of Time to File; HEREBY GRANTS Defendant Friendster, Inc. an additional seven (7) calendar days to comply with Patent Local Rule 3–4(a); thereby, extending the deadline from August 3, 2009 to August 10, 2009.. Signed by Judge David Folsom on 8/4/09. (mrm, ) (Entered: 08/04/2009) |
| 08/04/2009 | 324 | ORDER GRANTING UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME FOR COMPLIANCE WITH PATENT LOCAL RULE 3–4(A) FOR CYWORLD, ELECTRONIC ARTS, FREEWEBS, GAIA INTERACTIVE, INSIDER GUIDES, IMEEM, LIVE JOURNAL, MEREDITH, NING, AND SCRIPPS NETWORKS; granting 320 Motion for Extension of Time to File. Signed by Judge David Folsom on 8/4/09. (mrm, ) (Entered: 08/04/2009) |
| 08/04/2009 | 325 | NOTICE of Change of Address by Cindy Yang (Yang, Cindy) (Entered: 08/04/2009) |
| 08/04/2009 | 326 | NOTICE of Change of Address by Alfred R Fabricant (Fabricant, Alfred) (Entered: 08/04/2009) |
| 08/04/2009 | 327 | Joint MOTION for Extension of Time to File *to Make its P.R. 3–4(a) Disclosures* by Ebaum's World Inc.. (Attachments: # 1 Text of Proposed Order)(Rush, Stephen) (Additional attachment(s) added on 8/11/2009: # 2 Revised Order) (sm, ). (Entered: 08/04/2009) |
| 08/04/2009 | 328 | Joint MOTION for Extension of Time to File *to Make its P.R. 3–4(a) Disclosures* by Puma North America, Inc.. (Sgro, Matthew) (Additional attachment(s) added on 8/5/2009: # 1 REVISED ORDER) (sm, ). (Entered: 08/04/2009) |
| 08/04/2009 | 329 | ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT THE KNOT, INC. TO PRODUCE LOCAL PATENT RULE 3–4(a) DISCLOSURES; granting 319 Motion for Extension of Time to File. Signed by Judge David Folsom on 8/4/09. (mrm, ) (Entered: 08/04/2009) |
| 08/05/2009 | 330 | ORDER granting 321 Motion for Leave to File Excess Pages. Signed by Judge David Folsom on 8/5/09. (mrm, ) (Entered: 08/05/2009) |
| 08/05/2009 | 331 | ORDER granting 322 Motion for LEAVE TO EXCEED PAGE LIMITATION. Signed by Judge David Folsom on 8/5/09. (mrm, ) (Entered: 08/05/2009) |
| 08/05/2009 | 332 | ORDER granting 328 Motion for Extension of Time FOR DEFENDANT PUMA NORTH AMERICA, INC.'S COMPLIANCE WITH PATENT LOCAL RULE 3–4(a). Signed by Judge David Folsom on 8/4/09. (mrm, ) (Entered: 08/05/2009) |
| 08/06/2009 | 333 | Unopposed MOTION for Extension of Time to File *for Compliance with Patent Local Rule 3–4(a)* by Hookumu Inc.. (Packard, Bruce) (Additional attachment(s) added on 8/7/2009: # 1 REVISED ORDER) (ch, ). (Entered: 08/06/2009) |
| 08/10/2009 | 334 | |

| | | |
|---|---|---|
| | | ORDER granting 333 Motion for Extension of Time FOR 20–20 ICOVIA INC., FIKIA HOOKUMU, INC.'S COMPLIANCE WITH PATENT LOCAL RULE 3–4(a). Signed by Judge David Folsom on 8/10/09. (mrm, ) (Entered: 08/10/2009) |
| 08/10/2009 | Ï 335 | NOTICE by The Knot, Inc. *NOTICE OF COMPLIANCE WITH P.R. 3–4(a)* (Jackson, John) (Entered: 08/10/2009) |
| 08/10/2009 | Ï 336 | NOTICE by Friendster Inc. *Compliance with Local Patent Rule 3–4(A)* (Ackermann, Timothy) (Entered: 08/10/2009) |
| 08/10/2009 | Ï 337 | NOTICE by Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Ning, Inc., Electronic Arts Inc., Meredith Corp., Insider Guides, Inc., Cyworld, Inc., Freewebs, Inc., Gaia Interactive Inc. *Notice of Compliance With Patent Rule 3–4(A) Document Production by Defendants Cyworld, Electronic Arts, Freewebs, Gaia Interactive, Insider Guides, imeem, Live Journal, Meredith, Ning, and Scripps Networks* (Watkins, Alison) (Entered: 08/10/2009) |
| 08/10/2009 | Ï 338 | NOTICE by Swatchbox Technologies, Inc. *Notice of Compliance with P.R. 3–4(a)* (Johnson, Logan) (Entered: 08/10/2009) |
| 08/10/2009 | Ï 339 | NOTICE by Ebaum's World Inc. *NOTICE OF COMPLIANCE WITH P.R. 3–4(a)* (Rush, Stephen) (Entered: 08/10/2009) |
| 08/10/2009 | Ï 340 | NOTICE by Capcom USA, Inc., FriendFinder California Inc., Various Inc., Global Alphabet, Inc. *Notice of Compliance with Patent Rule 3–4(A) Document Production* (Lasker, Jeffrey) (Entered: 08/10/2009) |
| 08/10/2009 | Ï 341 | NOTICE by Hookumu Inc. *of Compliance With Local Patent Rule 3–4(A)* (Palter, John) (Entered: 08/10/2009) |
| 08/10/2009 | Ï 342 | NOTICE by Hi5 Networks, Inc. *of Compliance with P.R. 3–4(a)* (Cunningham, Iain) (Entered: 08/10/2009) |
| 08/11/2009 | Ï 343 | ORDER granting 327 Motion for Extension of Time for Ebaum's World's Compliance with Patent Local Rule 3–4(A). Signed by Judge David Folsom on 8/11/09. (mrm, ) (Entered: 08/11/2009) |
| 08/11/2009 | Ï 344 | NOTICE by Puma North America, Inc. *of Compliance with P.R. 3–4(a)* (Sgro, Matthew) (Entered: 08/11/2009) |
| 08/13/2009 | Ï 345 | SUR–REPLY to Reply to Response to Motion re 306 MOTION to Compel *Sufficient Patent Local Rule 3–1 Disclosures From Plaintiff filed by Balthaser Online, Inc.*. (Baxter, Samuel) (Entered: 08/13/2009) |
| 08/14/2009 | Ï 346 | SUPPLEMENTAL BRIEF filed *in Response to Order Dated July 30, 2009 re Motion to Transfer by Capcom USA, Inc., FriendFinder California Inc., Various Inc., Global Alphabet, Inc.*. (Attachments: # 1 Affidavit Declaration of Mark Heyert for Ebaum's World, Inc., # 2 Affidavit Declaration of Steve Street (Hookumu), # 3 Affidavit Declaration of Georffrey Cook (Insider Guides, Inc.), # 4 Affidavit Declaration of Douglas D. Olson (Meredith), # 5 Affidavit Declaration of Julianne R. davis (Nike), # 6 Affidavit Declaration of Peter P. Mastrostefano (Puma North America, Inc.), # 7 Affidavit Declaration of David JB Arroyo (Scripps), # 8 Affidavit Declaration of Michael Brunzell (Swatchbox), # 9 Affidavit Declaration of Jerremy Lechtzin (The Knot, Inc.), # 10 Affidavit Declaration of Janet Van Pelt (Webs), # 11 Affidavit Declaration of Candace J. Morey, # 12 Exhibit A to Morey Declaration, # 13 Exhibit B to Morey Declaration, # 14 Exhibit C to Morey Declaration, # 15 Exhibit D to Morey Declaration, # 16 Exhibit E to Morey Declaration, # 17 Exhibit F to Morey Declaration, # 18 Exhibit G to Morey Declaration, # 19 Exhibit H to Morey Declaration, # 20 Exhibit I to Morey Declaration)(Sacksteder, Michael) Modified on 8/17/2009 (sm, ). (Entered: 08/14/2009) |

| | | |
|---|---|---|
| 08/21/2009 | 347 | RESPONSE in Opposition re 168 Joint MOTION to Change Venue *SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO THE CALIFORNIA DEFENDANTS' JOINT MOTION TO TRANSFER VENUE UNDER 28 U.S.C. SECTION 1401(a) (PURSUANT TO ORDER DATED JULY 30, 2009 [DKT. NO. 312]) filed by Balthaser Online, Inc..* (Baxter, Samuel) (Entered: 08/21/2009) |
| 08/21/2009 | 349 | APPLICATION to Appear Pro Hac Vice by Attorney Robert G Gingher for Balthaser Online, Inc. (APPROVED FEE PAID) 2–1–4877. (ch, ) (Entered: 08/25/2009) |
| 08/25/2009 | 348 | Unopposed MOTION for Extension of Time to File *Unopposed Joint Motion for Extension of Time for Compliance with Patent Local Rules 3–3 and 3–4 (B)* by Capcom USA, Inc., FriendFinder California Inc., Various Inc., Global Alphabet, Inc.. (Attachments: # 1 Text of Proposed Order Granting Unopposed Joint Motion for Extension of Time for Compliance with Patent Local Rules 3–3 and 3–4(B))(Lasker, Jeffrey) (Additional attachment(s) added on 8/26/2009: # 2 Revised Order) (sm, ). (Entered: 08/25/2009) |
| 08/27/2009 | 350 | ORDER granting 348 Motion for Extension of Time FOR COMPLIANCE WITH PATENT LOCAL RULES 3–3 AND 3–4(B); With the extension, Defendants will have up and until August 28, 2009 to comply with Patent Local Rules 3–3 and 3–4(b).. Signed by Judge David Folsom on 8/27/09. (mrm, ) (Entered: 08/27/2009) |
| 08/28/2009 | 351 | NOTICE of Disclosure by Friendster Inc., Ebaum's World Inc., Imeem, Inc., Scripps Networks, LLC, Live Journal Inc., Nike, Inc., Ning, Inc., Swatchbox Technologies, Inc., Electronic Arts Inc., Meredith Corp., Capcom USA, Inc., The Knot, Inc., FriendFinder California Inc., Various Inc., Puma North America, Inc., Interaria, Global Alphabet, Inc., Insider Guides, Inc., Cyworld, Inc., Hi5 Networks, Inc., Freewebs, Inc., Gaia Interactive Inc *Defendants' Notice of Disclosure* (Piepmeier, Sarah) (Entered: 08/28/2009) |
| 08/31/2009 | 352 | NOTICE of Disclosure by Hookumu Inc. (Palter, John) (Entered: 08/31/2009) |
| 09/11/2009 | 353 | Unopposed MOTION to Withdraw as Attorney by Capcom USA, Inc., FriendFinder California Inc., Various Inc., Global Alphabet, Inc.. (Attachments: # 1 Text of Proposed Order Granting Motion of Candace J. Morey to Withdraw As Counsel)(Morey, Candace) (Entered: 09/11/2009) |
| 09/14/2009 | 354 | ORDER, granting 353 Unopposed MOTION to Withdraw as Attorney filed by Global Alphabet, Inc., FriendFinder California Inc., Various Inc., Capcom USA, Inc.., Attorney Candace J Morey terminated.. Signed by Judge David Folsom on 9/14/09. (mrm, ) (Entered: 09/14/2009) |
| 09/15/2009 | 355 | ORDER granting in part and denying in part 168 Motion to Change Venue. The Court hereby directs the Clerk of Court to restyle the case as: Balthasar Online, Inc. v. Art Star Design LLC, Interaria, Big Jump Media, Inc., and shameblame.com. Signed by Judge David Folsom on 9/15/09. (mrm, ) Modified on 9/15/2009 (mrm, ). (Entered: 09/15/2009) |
| 10/01/2009 | 356 | AMENDED ORDER re: motion practice. Signed by Judge David Folsom on 10/1/09. (mrm, ) (Entered: 10/01/2009) |
| 10/22/2009 | 357 | ORDER denying as moot 306 Motion to Compel. Signed by Judge David Folsom on 10/22/09. (mrm, ) (Entered: 10/22/2009) |