JAMES B. HARDIN, ESQ. 205071
Call, Jensen & Ferrell APC
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tele: (949) 717-3000
email: jhardin@calljensen.com

**FILED**

2009 DEC 14 P 3:09

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA.-SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

BALTHASER ONLINE, INC.

Plaintiff(s),

v.

ART STAR DESIGN LLC, et al.

Defendant(s).

CASE NO. 5:09-cv-05422-PVT

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Thomas K. Pratt, an active member in good standing of the bar of Supreme Court of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Nike, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
James B. Hardin
Call, Jensen & Ferrell APC
610 Newport Center Drive, Suite 700
Newport Beach, California 92660
Tele: (949) 717-3000; Fax: (949) 717-3100
email: jhardin@calljensen.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 14, 2009

THOMAS K. PRATT

NDC-16