

JAMES B. HARDIN, ESQ. 205071
Call, Jensen & Ferrell APC
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tele: (949) 717-3000
email: jhardin@calljensen.com

FILED

2009 DEC 14 P 3:09

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA.-SAN JOSE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BALTHASER ONLINE, INC.

Plaintiff(s),

v.

ART STAR DESIGN LLC, *et al.*

Defendant(s).

**CASE NO.** 5:09-cv-05422-PVT

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Christopher J. Renk , an active member in good standing of the bar of Supreme Court of Illinois , hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Nike, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    James B. Hardin
    Call, Jensen & Ferrell APC
    610 Newport Center Drive, Suite 700
    Newport Beach, California 92660
    Tele: (949) 717-3000; Fax: (949) 717-3100
    email: jhardin@calljensen.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 14, 2009

CHRISTOPHER J. RENK

FAXED

NDC-16

Clerk's Use Only

Initial for fee pd.: