```
                                                          FILED
JAMES B. HARDIN, ESQ. 205071
Call, Jensen & Ferrell APC
610 Newport Center Drive, Suite 700                  2009 DEC 14  P 3:09
Newport Beach, CA 92660
Tele: (949) 717-3000                                 RICHARD W. WIEKING
email: jhardin@calljensen.com                        CLERK, U.S. DISTRICT COURT
                                                     N.D. CA.-SAN JOSE
```



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BALTHASER ONLINE, INC.

              Plaintiff(s),

    v.

ART STAR DESIGN LLC, et al.

              Defendant(s).

CASE NO. 5:09-cv-05422-PVT

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, __Timothy C. Meece__, an active member in good standing of the bar of __Supreme Court of Illinois__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Nike, Inc.__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    James B. Hardin
    Call, Jensen & Ferrell APC
    610 Newport Center Drive, Suite 700
    Newport Beach, California 92660
    Tele: (949) 717-3000; Fax: (949) 717-3100
    email: jhardin@calljensen.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __December 14, 2009__

                                          TIMOTHY C. MEECE



NDC-16