**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **BALTHASER ONLINE INC.,** | **C 09-5422 PVT** |
| Plaintiff(s), | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| VS. | |
| **ART STAR DESIGN LLC., ET AL.,** | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for March 23, 2010 before Magistrate Judge Patricia V. Trumbull has been rescheduled for **March 26, 2010 at 10:30 a.m.,** before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before **March 19, 2010.**

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: December 15, 2009            RICHARD W. WIEKING,
                                    Clerk of Court

                                    /s/ Corinne Lew
                                    Corinne Lew
                                    Courtroom Deputy