David R. Sugden, Esq., SBN 218465
James B. Hardin, Esq., SBN 205071
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tele: (949) 717-3000
Fax: (949) 717-3100
dsugden@calljensen.com
jhardin@calljensen.com

Thomas K. Pratt (*Pro Hac Vice* Pending)
Christopher J. Renk (*Pro Hac Vice* Pending)
Timothy C. Meece (*Pro Hac Vice* Pending)
Banner & Witcoff, Ltd.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Tele: (312) 463-5000
Fax: (312) 463-5001
tpratt@bannerwitcoff.com
crenk@bannerwitcoff.com
tmeece@bannerwitcoff.com

Attorneys for Defendant NIKE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ART STAR DESIGN LLC, et al.<br><br>　　　　Defendants. | Case No. 5:09-cv-05422-PVT<br><br>**NOTICE OF APPEARANCE OF DAVID R. SUGDEN AND JAMES B. HARDIN OF CALL, JENSEN & FERRELL AS COUNSEL FOR NIKE, INC.**<br><br>Complaint Filed: 11/20/2009<br>Trial Date: None Set |

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

NIK01-01:596155_1:12-15-09                                      - 1 -
NOTICE OF APPEARANCE OF DAVID R. SUGDEN AND JAMES B. HARDIN OF CALL, JENSEN & FERRELL AS COUNSEL FOR NIKE, INC.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that David R. Sugden and James B. Hardin of Call, Jensen & Ferrell hereby enter their appearances in the above-captioned action as counsel on behalf of Nike, Inc. and respectfully request service of pleadings and other papers filed in this action and any order and notices from this Court using the contact information provided below:

>David R. Sugden, Esq.
>James B. Hardin, Esq.
>Call, Jensen & Ferrell
>610 Newport Center Drive
>Suite 700
>Newport Beach, CA 92660
>Tele: (949) 717-3000
>Fax: (949) 717-3100
>Email:  dsugden@calljensen.com
>          jhardin@calljensen.com

Dated:  December 15, 2009

CALL, JENSEN & FERRELL
A Professional Corporation


By: *s/JAMES B. HARDIN*
     James B. Hardin

Attorneys for defendant NIKE, INC.

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

NIK01-01:596155_1:12-15-09                      - 2 -
NOTICE OF APPEARANCE OF DAVID R. SUGDEN AND JAMES B. HARDIN OF CALL, JENSEN & FERRELL AS COUNSEL FOR NIKE, INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 15, 2009. Any other counsel of record will be served by first class mail.

By: *s/JAMES B. HARDIN*
James B. Hardin

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

NIK01-01:596155_1:12-15-09                                       - 3 -
NOTICE OF APPEARANCE OF DAVID R. SUGDEN AND JAMES B. HARDIN OF CALL, JENSEN & FERRELL AS COUNSEL FOR NIKE, INC.