James C. Mills, SBN 203783
Law Office of James Mills
1300 Clay Street, Suite 600
Oakland, California 94612
Tel: 510-521-8748; email: james@jamesmillslaw.com

Clerk's Use Only

Initial for fee pd.:

_____

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BALTHASER ONLINE, INC.

CASE NO. 5:09-CV-05422-PVT

Plaintiff(s),

v.

ART STAR DESIGN LLC, et al.

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

_____ Defendant(s). _____/

Pursuant to Civil L.R. 11-3, Logan E. Johnson                    , an active member in good standing of the bar of  Supreme Court of Texas                    , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing  Swatchbox Technologies, Inc.        in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

James Mills, SBN: 203783; 1300 Clay Street, Suite 600, Oakland, CA 94612;
Tel: 510-521-8748; Fax: 510-277-1413; email: james@jamesmillslaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/15/09

Logan E. Johnson

Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BALTHASER ONLINE, INC.

Plaintiff(s),

v.

ART STAR DESIGN LLC, et al.

Defendant(s).                    /

**CASE NO.** 5:09-CV-05422-PVT

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

LOGAN E. JOHNSON , an active member in good standing of the bar of Supreme Court of Texas whose business address and telephone number
(particular court to which applicant is admitted)
is Logan E. Johnson, Schiffer Odom Hicks & Johnson, PLLC, Phoenix Tower, 3200 Southwest Freeway, Suite 2390, Houston, Texas 77207; Tel: 713-357-5150; 713-357-5160; email: ljohnson@sohlawfirm.com
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Swatchbox Technologies, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

United States District        Judge