TOWNSEND AND TOWNSEND AND CREW LLP
Theodore T. Herhold (State Bar No. 122895)
Andrew T. Oliver (State Bar No. 226098)
379 Lytton Avenue
Palo Alto, CA  94301
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email:  ttherhold@townsend.com
Email:  atoliver@townsend.com

Richard S. Meyer *(of counsel)*
1301 K Street, N.W.
Ninth Floor, East Tower
Washington, D.C. 20005
Telephone:  (202) 481-9911
Facsimile:  (202) 481-3972
Email:  rmeyer@townsend.com

CAPSHAW DERIEUX, LLP
Elizabeth L. DeRieux *(of counsel)*
S. Calvin Capshaw *(of counsel)*
1127 Judson Road, Ste 220
Longview, TX 75601-5157
Telephone:  (903) 233-4800
Facsimile:  (903) 236-8787
Email:  ederieux@capshawlaw.com
Email:  ccapshaw@capshawlaw.com

Attorneys for Defendant
NETWORK SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Balthaser Online, Inc.,, <br><br> Plaintiff, <br><br> v. <br><br> Art Star Design, LLC et al., <br><br> Defendant. | Case No. 5:09-CV-05422JF <br><br> **REQUEST FOR TERMINATION OF ELECTRONIC NOTICES** |

S. Calvin Capshaw and Elizabeth L. DeRieux of Capshaw DeRieux, L.L.P., and Ted Herhold, Richard Meyer, and Andrew Oliver of Townsend and Townsend and Crew LLP request that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in this case. Defendant Network Solutions, LLC has been terminated from this case, and thus the above-referenced counsel request to be terminated as well. Moreover, Justin Darrow is not associated with Townsend and Townsend and Crew LLP and Nancy Claire Abernathy is not associated with Capshaw DeRieux, LLP; neither Mr. Darrow nor Ms. Abernathy is counsel for Defendant Network Solutions, LLC in this case.

DATED: December 17, 2009     Respectfully submitted,

By: */s/ Andrew T. Oliver*
Theodore Herhold
Richard S. Meyer
Andrew T. Oliver
TOWNSEND AND TOWNSEND AND CREW LLP

Elizabeth L DeRieux
S. Calvin Capshaw
CAPSHAW DERIEUX, LLP

Attorneys for NETWORK SOLUTIONS, LLC

62365499 v1