Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BALTHASER ONLINE, INC.

Plaintiff(s),

v.

ART STAR DESIGN LLC, et al.

Defendant(s).

CASE NO. 5:09-CV-05422-PVT

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

LOGAN E. JOHNSON, an active member in good standing of the bar of Supreme Court of Texas (particular court to which applicant is admitted) whose business address and telephone number is Logan E. Johnson, Schiffer Odom Hicks & Johnson, PLLC, Phoenix Tower, 3200 Southwest Freeway, Suite 2390, Houston, Texas 77207; Tel: 713-357-5150; 713-357-5160; email: ljohnson@sohlawfirm.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Swatchbox Technologies, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States District Judge