**DICKSTEIN SHAPIRO LLP**
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

**DICKSTEIN SHAPIRO LLP**
Lawrence R. LaPorte CA SBN 130003
laportel@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

Attorneys for Plaintiff
BALTHASER ONLINE, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., | No. 5:09-cv-05422-JF |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF LAWRENCE R. LaPORTE** |
| ART STAR DESIGN LLC, et al. | |
| Defendants. | |

1 **NOTICE IS HEREBY GIVEN** that the undersigned attorney, Lawrence R.

2 LaPorte, enters his appearance in this matter as counsel for Plaintiff, Balthasrer Online, Inc., for the

3 purpose of receiving court filings, notices and orders from the Court, at the Los Angeles offices of

4 Plaintiff's attorneys-of-record : Dickstein Shapiro, LLP : 2049 Century Park East, 7th Floor, Los

5 Angeles, California 90067; Telephone : (310) 772-8300; Facsimile : (310) 772-8301; email address :

6 laportel@dicksteinshapiro.com.

9 DATED: December 21, 2009          DICKSTEIN SHAPIRO LLP

11 By:   /s/Lawrence R. LaPorte
         Lawrence R. LaPorte
12       Laportel@dicksteinshapiro.com
         **DICKSTEIN SHAPIRO LLP**
13       2049 Century Park East, 7th Floor
         Los Angeles, CA 90067
14       Telephone: (310) 772-8300
         Fax: (310) 772-8301
15
16       Alfred R Fabricant*
         fabricanta@dicksteinshapiro.com
17       Lawrence C. Drucker*
         druckerl@dicksteinshapiro.com
18       Cindy Yang*
         yangc@dicksteinshapiro.com
19       Bryan N. DeMatteo*
         dematteob@dicksteinshapiro.com
20       **DICKSTEIN SHAPIRO LLP**
21       1633 Broadway
         New York, NY 10019-6708
22       Telephone: (212) 277-6500
23       Fax: (212) 277-6501
         *Admitted *pro hac vice*
24
25       ATTORNEYS FOR PLAINTIFF
         Balthaser Online, Inc.
26
27
28