James B. Hardin, Esq., SBN 205071
CALL, JENSEN & FERRELL APC
610 Newport Center Dr., Ste. 700
Newport Beach, CA 92660
Tele: (949) 717-3000
email:jhardin@calljensen.com

RECEIVED

2009 DEC 14 P 3:10

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA.-SAN JOSE

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

BALTHASER ONLINE, INC.

            Plaintiff(s),

    v.

ART STAR DESIGN LLC, et al.

            Defendant(s).

CASE NO. 5:09-CV-05422-PVT

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

    Timothy C. Meece, an active member in good standing of the bar of Supreme Court of Illinois whose business address and telephone number (particular court to which applicant is admitted) is Timothy C. Meece, Banner & Witcoff, Ltd., 10 South Wacker Drive, Suite 3000, Chicago, Illinois 60606; tele: 312-463-5000; fax: 312-463-5001; email:TMeece@bannerwitcoff.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Nike, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/17/09

United States District/~~Magistrate~~ Judge
~~PATRICIA V. TRUMBULL~~ JEREMY FOGEL

NDC-15

