DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

Attorneys for Plaintiff
Balthaser Online, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BALTHASER ONLINE, INC. <br><br> Plaintiff, <br><br> v. <br><br> ART STAR DESIGN LLC, et al. <br><br> Defendants. | **CASE NO. 5:09-cv-05422-JF** <br><br> **CERTIFICATE OF SERVICE** |

I am employed in the County of New York, State of New York. I am over the age of eighteen years and not a party to the action. My business address is, 1633 Broadway, New York, NY 10019.

I hereby certify that on December 21 2009, I served the **STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES.**

By placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows: **SEE ATTACHED SERVICE LIST**

☐ **BY MAIL**: The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with

1   postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.
2   I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for
3   mailing in affidavit.

4   ☒   **BY OVERNIGHT DELIVERY**:  By causing such envelope to be deposited or delivered in a box or other facility regularly maintained by Federal Express authorized to receive
5   documents, or delivering to a courier or driver authorized by said express service carrier to receive documents, the copy of the foregoing document in a sealed envelope designated by
6   the express service carrier, addressed as stated above, with fees for overnight (next business day) delivery paid or provided for and causing such envelope to be delivered by said express
7   service carrier on December 21 2009.
8

9   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
10

11   Executed on December 21 2009, at New York, New York .

12
                                                                        */s/ Cindy Yang*
13                                                                        Cindy Yang

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DICKSTEIN
SHAPIRO LLP

2
CERTIFICATE OF SERVICE

395860

# SERVICE LIST

*Balthaser Online, Inc. v. Art Star Design, et al.*
Civil Action No. 5:09-cv-05422-JF (N.D. Ca.)

| | |
|---|---|
| John M. Hintz<br>Martin E. Gilmore<br>Paul B. Keller<br>WILMER HALE<br>399 Park Avenue<br>New York, NY 10022 | *Attorneys for Defendant*<br>*The Knot, Inc.* |
| John M. Jackson<br>JACKSON WALKER<br>901 Main Street<br>Suite 6000<br>Dallas, TX 75202-4207 | *Attorneys for Defendant*<br>*The Knot, Inc.* |
| Karen Lee Koniuszy<br>WILMER HALE<br>1117 California Avenue<br>Palo Alto, CA 94304 | *Attorneys for Defendant*<br>*The Knot, Inc.* |
| David Andrew Segal<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92614 | *Attorneys for Defendants*<br>*Insider Guides, Inc.*<br>*Cyworld, Inc.*<br>*Freewebs, Inc.*<br>*Gaia Interactive Inc.*<br>*Imeem, Inc.*<br>*Ning, Inc.*<br>*Electronic Arts, Inc.*<br>*Meredith Corp.*<br>*Scripps Networks, LLC*<br>*Live Journal Inc.* |
| Alison R. Watkins<br>GIBSON DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304 | *Attorneys for Defendants*<br>*Insider Guides, Inc.*<br>*Cyworld, Inc.*<br>*Freewebs, Inc.*<br>*Gaia Interactive Inc.*<br>*Imeem, Inc.*<br>*Ning, Inc.*<br>*Electronic Arts, Inc.*<br>*Meredith Corp.*<br>*Scripps Networks, LLC*<br>*Live Journal Inc.* |

| | | |
|---|---|---|
| 1 | Sarah E. Piepmeier<br>GIBSON DUNN & CRUTCHER LLP<br>555 Mission Street ,Ste 3000<br>San Francisco, CA 94105-2933 | *Attorneys for Defendants*<br>*Insider Guides, Inc.*<br>*Cyworld, Inc.*<br>*Freewebs, Inc.*<br>*Gaia Interactive Inc.*<br>*Imeem, Inc.*<br>*Ning, Inc.*<br>*Electronic Arts, Inc.*<br>*Meredith Corp.*<br>*Scripps Networks, LLC*<br>*Live Journal Inc.* |
| 8 | Wayne M. Barsky<br>GIBSON DUNN & CRUTCHER, LLP<br>2029 Century Park East<br>Suite 4000<br>Los Angeles, CA 90067 | *Attorneys for Defendants*<br>*Insider Guides, Inc.*<br>*Cyworld, Inc.*<br>*Freewebs, Inc.*<br>*Gaia Interactive Inc.*<br>*Imeem, Inc.*<br>*Ning, Inc.*<br>*Electronic Arts, Inc.*<br>*Meredith Corp.*<br>*Scripps Networks, LLC*<br>*Live Journal Inc.* |
| 14 | Julie M. Zankel<br>GIBSON DUNN & CRUTCHER, LLP<br>333 South Grand Avenue, 47th Floor<br>Los Angeles, CA 90071 | *Attorneys for Defendants*<br>*Insider Guides, Inc.*<br>*Cyworld, Inc.*<br>*Freewebs, Inc.*<br>*Gaia Interactive Inc.*<br>*Imeem, Inc.*<br>*Ning, Inc.*<br>*Electronic Arts, Inc.*<br>*Meredith Corp.*<br>*Scripps Networks, LLC*<br>*Live Journal Inc.* |
| 20 | Darryl M. Woo<br>Michael J. Sacksteder<br>Jeffrey V. Lasker<br>FENWICK & WEST, LLP<br>555 California Street<br>12th Floor<br>San Francisco, CA 94104 | *Attorneys for Defendants*<br>*FriendFinder California, Inc.*<br>*Global Alphabet, Inc.,*<br>*Various, Inc.,*<br>*Capcom USA, Inc.* |
| 24 | Ira P. Rothken<br>ROTHKEN LAW FIRM<br>3 Hamilton Landing, Suite 280<br>Novato, CA 94949 | *Attorneys for Defendants*<br>*FriendFinder California, Inc.*<br>*Global Alphabet, Inc.,*<br>*Various, Inc.,*<br>*Capcom USA, Inc.* |

DICKSTEIN
SHAPIRO LLP

4
CERTIFICATE OF SERVICE

395860

| | |
|---|---|
| Timothy S. Teter<br>Iain R. Cunningham<br>COOLEY GODWARD KRONISH LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155 | *Attorneys for Defendant*<br>*Hi5 Networks, Inc.* |
| Eric H. Findlay<br>FINDLAY CRAFT, LLP<br>6760 Old Jacksonville Hwy<br>Suite 101<br>Tyler, TX 75703 | *Attorneys for Defendant*<br>*Hi5 Networks, Inc.* |
| Jerry R. Selinger<br>Timothy G. Ackermann<br>PATTERSON & SHERIDAN LLP<br>1700 Pacific<br>Suite 2650<br>Dallas, TX 75201 | *Attorneys for Defendant*<br>*Friendster Inc.* |
| Monique Raub<br>PATTERSON & SHERIDAN, LLP<br>3040 Post Oak Blvd.<br>Suite 1500<br>Houston, TX 77056 | *Attorneys for Defendant*<br>*Friendster Inc.* |
| Stephen Rush<br>RUSH LAW GROUP<br>1209 16th Avenue South<br>Nashville, TN 37212 | *Attorney for Defendant*<br>*Ebaum's World, Inc.* |
| L. Peter Ryan<br>MBV LAW LLP<br>855 Front Street<br>San Francisco, CA 94111 | *Attorneys for Defendant*<br>*Live Journal Inc.* |
| Christopher J. Renk<br>Michael J. Harris<br>Thomas K. Pratt<br>Timothy C. Meece<br>BANNER & WITCOFF<br>Ten South Wacker<br>Suite 3000<br>Chicago, IL 60606 | *Attorneys for Defendant*<br>*Nike, Inc.* |
| Jack Wesley Hill<br>IRELAND CARROLL & KELLEY<br>6101 S Broadway<br>Suite 500<br>Tyler, TX 75703 | *Attorneys for Defendant*<br>*Nike, Inc.* |

| | |
|---|---|
| David R. Sugden<br>James B. Hardin<br>CALL, JENSEN & FERRELL, P.C.<br>610 Newport Center Drive<br>Suite 700<br>Newport Beach, CA 92660 | *Attorneys for Defendant*<br>*Nike, Inc.* |
| John T. Palter<br>Bruce K. Packard<br>Kimberly M.J. Sims<br>RINEY PALTER<br>5949 Sherry Lane<br>Suite 1616<br>Dallas, TX 75225 | *Attorneys for Defendant*<br>*Hookumu Inc.* |
| Edward J. Naughton<br>Matthew P. Sgro<br>BROWN RUDNICK LLP<br>One Financial Center<br>Boston, MA 02111 | *Attorneys for Defendant*<br>*Puma North America, Inc.* |
| J. Thad Heartfield<br>THE HEARTFIELD LAW FIRM<br>2195 Dowlen Road<br>Beaumont, Texas 77706 | *Attorneys for Defendant*<br>*Puma North America, Inc.* |
| Michael E. Dergosits<br>DERGOSITS & NOAH LLP<br>Three Embarcadero Center, Suite 410<br>San Francisco, CA 94111 | *Attorneys for Defendant*<br>*Puma North America, Inc.* |
| Logan E. Johnson<br>SCHIFFER ODOM HICKS & JOHNSON PLLC<br>Phoenix Tower<br>3200 Southwest Freeway<br>Suite 2390<br>Houston, Texas 77027 | *Attorneys for Defendant*<br>*Swatchbox Technologies, Inc.* |
| James Mills<br>LAW OFFICE OF JAMES MILLS<br>1300 Clay Street<br>Suite 600<br>Oakland, CA 94612 | *Attorneys for Defendant*<br>*Swatchbox Technologies, Inc.* |
| Brik Booker<br>BOOKER ENTITIES<br>1900 Preston Road, Suite #267,<br>Box #255<br>Plano, TX 75093 | *Representative for Defendant*<br>*Booker Entities* |

DICKSTEIN
SHAPIRO LLP

6
CERTIFICATE OF SERVICE

395860