GIBSON, DUNN & CRUTCHER LLP
Wayne M. Barsky, SBN 116731
*wbarsky@gibsondunn.com*
Sarah E. Piepmeier, SBN 227094
*spiepmeier@gibsondunn.com*
555 Mission Street, Suite 3000
San Francisco, California  94105
Telephone:     (415) 393-8200
Facsimile:     (415) 374-8404

Attorneys for Defendants
CYWORLD, INC., ELECTRONIC ARTS, INC.,
FREEWEBS, INC., GAIA, INC., IMEEM, INC.,
INSIDER GUIDES, INC., LIVE JOURNAL, INC.,
MEREDITH CORP., NING, INC., and SCRIPPS
NETWORKS, LLC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALTHASER ONLINE, INC.<br><br>               Plaintiff,<br><br>   v.<br><br>ART STAR DESIGN LLC, et al.,<br><br>               Defendants. | CASE NO. 5:09-cv-05422 JF<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR IMEEM, INC.**<br><br>*[Declaration of Sarah E. Piepmeier and Proposed Order Filed Currently Herewith]*<br><br>Date:      No Oral Argument Requested<br>Judge:     Honorable Jeremy Fogel<br>Location:  Courtroom 3, 5th Floor<br><br>Trial Date:  None Set |

Gibson, Dunn & Crutcher LLP

1

Case No. 5:09-cv-05422 JF
NOTICE OF MOTION AND UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR IMEEM, INC.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Gibson, Dunn & Crutcher LLP ("Gibson Dunn") will and hereby does move to withdraw as counsel of record for imeem, Inc. ("imeem"). Because this motion is unopposed and will be submitted on the papers, no oral argument is requested.[1]

Pursuant to Local Rule 11-5(a), Gibson Dunn seeks leave of this Court to hereby withdraw as counsel of record for defendant imeem. Such withdrawal would include the following counsel:

Wayne M. Barsky
David A. Segal
Sarah E. Piepmeier
Alison R. Watkins
Julie M. Zankel
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105

Gibson Dunn moves to withdraw on the basis that imeem is no longer an operating entity and will no longer pay attorney's fees or costs on a going-forward basis. On December 14, 2009, Gibson Dunn received notification that imeem had concluded normal business operations and had initiated a voluntary shutdown and liquidation of the company. (Piepmeier Decl. at ¶ 2.) Prior to this notification, Gibson Dunn had no notice that imeem was winding up and dissolving. (*Id*. at ¶¶ 3-4.)

As imeem is no longer an operating entity, the withdrawal of Gibson Dunn should not cause delay in the prosecution of the above-captioned action. (*Id*. ¶ 5.)

Gibson Dunn has provided notice to imeem of its intention to file a motion to withdraw as imeem's counsel of record on two separate occasions. (*Id.* at ¶¶ 6-7.) First, on December 22, 2009, written notification was sent via electronic mail to Gibson Dunn's contact at imeem, and also to Diablo Management Group, the company hired to oversee imeem's dissolution. (*Id*. at ¶ 6.) Second, on December 28, 2009, written notification was sent via U.S. mail to those same individuals. (*Id*. at

---

[1] On January 4, 2010, Gibson Dunn confirmed with this Court's Calendar Clerk that the instant motion, at least as an initial matter, may be submitted on the papers. (Piepmeier Decl. at ¶ 12.)

2
Case No. 5:09-cv-05422 JF
NOTICE OF MOTION AND UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR IMEEM, INC.

Gibson, Dunn & Crutcher LLP

¶ 7.) Gibson Dunn has not received any objection from the notified individuals or any other person or entity associated with the former imeem. (*Id.* at ¶ 8.)

Finally, on December 29, 2009, written notification of Gibson Dunn's intention to withdraw was sent by electronic mail to all counsel of record. (*Id.* at ¶ 9.) No objections have been received from any co-defendants. (*Id.* at ¶ 10.) Further, in response, on January 4, 2010, counsel for plaintiff notified Gibson Dunn that plaintiff has no objections to Gibson Dunn's filing of its motion to withdraw as counsel for imeem. (*Id.* at ¶ 11.)

Accordingly, Gibson Dunn requests that the Court grant the instant motion.

DATED: January 6, 2010                                  GIBSON, DUNN & CRUTCHER LLP

By:　　　　　　/s/　　　　　　
　　　　Wayne M. Barsky

Attorneys for Defendants
CYWORLD, INC., ELECTRONIC ARTS, INC., FREEWEBS, INC., GAIA, INC., IMEEM, INC., INSIDER GUIDES, INC., LIVE JOURNAL, INC., MEREDITH CORP., NING, INC., and SCRIPPS NETWORKS, LLC.

100780198_3.DOC

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from the signatory to this document.

By: _____/s/_____
       Sarah E. Piepmeier

4

Gibson, Dunn & Crutcher LLP

Case No. 5:09-cv-05422 JF
NOTICE OF MOTION AND UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR IMEEM, INC.