DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

Attorneys for Plaintiff
BALTHASER ONLINE, INC.


PATTERSON & SHERIDAN LLP
John C. Carey (SBN 214800)
250 Cambridge Ave., Suite 300
Palo Alto, CA 94306
Telephone: 650-330-2310
Fax: 650-330-2314
jcarey@pattersonsheridan.com

Attorneys for Defendant
FRIENDSTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ART STAR DESIGN LLC, et al. <br><br> Defendants. | No. 5:09-cv-05422-JF <br><br> [~~PROPOSED~~] **ORDER RE STIPULATION ON DISMISSAL OF DEFENDANT FRIENDSTER, INC.** |

**WHEREAS,** (1) on November, 4, 2008, Plaintiff Balthaser Online, Inc. ("Balthaser") filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) (the "E.D. Texas Action") against, among others, Defendant Friendster, Inc. ("Friendster"); (2) on January 5, 2009, Friendster filed an Answer and Affirmative Defenses to Plaintiff's Complaint; (3) on January 15, 2009, Balthaser filed a First Amended Complaint; (4) on February 2, 2009, Friendster filed an Answer and Affirmative Defenses to Plaintiff's First Amended Complaint; (5) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the E.D. Texas Action with respect to California Defendants, including Friendster, to this District; (6) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbell; and (7) on December 15, 2009, the E.D. Texas Action was reassigned to this Court.

**WHEREAS,** Balthaser and Friendster (individually, the "Party"; collectively, the "Parties") have reached a mutually satisfactory resolution of all issues between them that were the subject of the E.D. Texas Action and the above-styled action (collectively, "the Action");

**WHEREAS,** Balthaser and Friendster have filed a Stipulation on Dismissal of Defendant Friendster, Inc. and [Proposed] Order (the "Stipulation") with this Court advising the Court that the Parties have reached a mutually satisfactory resolution of all issues between them that were subject of the Action;

**NOW, THEREFORE,** after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

1. All claims and counterclaims asserted by either Party in the Action against the other are hereby dismissed with prejudice;

2. Each Party shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of the Action;

3. All unresolved pending motions in the Action between the Parties shall be denied as moot; and

4. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

January 4, 2010
DATED:  ~~December ----, 2009~~             _____
                                             Honorable Jeremy Fogel
                                             United States District Judge