UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Balthaser Online Inc.,

Plaintiff(s),

v.

Art Start Design LLC et al.

Defendant(s).

CASE NO. 5:09-CV-05422-PVT JF

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

John M. Hintz , an active member in good standing of the bar of New York (particular court to which applicant is admitted) whose business address and telephone number is Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, NY 10022, (212) 295-6451

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant The Knot, Inc.;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: 1/4/10

United States ~~Magistrate~~ District Judge

RECEIVED
2009 DEC 21 P 3:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA.-SAN JOSE