** E-Filed 1/15/2010 **

GIBSON, DUNN & CRUTCHER LLP
Wayne M. Barsky, SBN 116731
*wbarsky@gibsondunn.com*
Sarah E. Piepmeier, SBN 227094
*spiepmeier@gibsondunn.com*
555 Mission Street, Suite 3000
San Francisco, California  94105
Telephone:    (415) 393-8200
Facsimile:    (415) 374-8404

Attorneys for Defendants
CYWORLD, INC., ELECTRONIC ARTS, INC.,
FREEWEBS, INC., GAIA, INC., IMEEM, INC.,
INSIDER GUIDES, INC., LIVE JOURNAL, INC.,
MEREDITH CORP., NING, INC., and SCRIPPS
NETWORKS, LLC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALTHASER ONLINE, INC.<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ART STAR DESIGN LLC, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 5:09-cv-05422 JF<br><br>**ORDER GRANTING**<br>**GIBSON, DUNN & CRUTCHER LLP'S**<br>**UNOPPOSED MOTION TO WITHDRAW**<br>**AS COUNSEL FOR IMEEM, INC.** |

Gibson, Dunn & Crutcher LLP

1

Case No. 5:09-cv-05422 JF
[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR IMEEM, INC.

1   After full consideration of Gibson, Dunn & Crutcher LLP's motion to withdraw as counsel for
2   imeem, Inc., the court's record and file in this matter, and good cause appearing, **IT IS HEREBY**
3   **ORDERED**:
4   Gibson, Dunn & Crutcher LLP's motion is **GRANTED** in its entirety.  Gibson, Dunn &
5   Crutcher LLP has leave to withdraw as counsel of record for imeem, Inc. in the above-captioned
6   matter and is hereby relieved from serving as counsel of record for imeem, Inc.

Date: January 15, 2010

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP

1
Case No. 5:09-cv-05422 JF
[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR IMEEM, INC.