

Clerk's Use Only
Initial for fee pd.:

Robert G. Gingher
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10036
(212) 277-6537

**FILED**
JAN 2 5 2010
RICHARD ...
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BALTHASER ONLINE INC.,

        Plaintiff(s),

v.

ART STAR DESIGN LLC,

        Defendant(s).

CASE NO. 5:09-CV-05422-PVT

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Robert G. Gingher, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Balthaser Online Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Lawrence LaPorte, DICKSTEIN SHAPIRO LLP, 2049 Century Park East, Los Angeles, CA 90067, (310) 772-8374

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 11, 2009

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611006678
Cashier ID: harwellt
Transaction Date: 01/25/2010
Payer Name: Dickstein Shapiro LLP
-----------------------------------
PRO HAC VICE
 For: Robert G. Gingher
 Case/Party: D-CAN-5-10-AT-PROHAC-001
 Amount:        $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 371931
 Amt Tendered:  $210.00
-----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 09-5422-JF - PVT


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```