**RECEIVED**

JAN 25 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALTHASER ONLINE INC., | CASE NO. 5:09-CV-05422-PVT |
| Plaintiff, | (Proposed) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | |
| ART STAR DESIGN LLC, | |
| Defendant. | |

Robert G. Gingher, whose business address and telephone number is DICKSTEIN SHAPIRO LLP, 1633 Broadway, New York, NY 10036, (212) 277-6537

and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Balthaser Online Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States Magistrate Judge