Stephen K. Rush
Rush Law Group
1209 16th Ave. S.
Nashville, TN 37212
615-327-7370

FILED
2010 JAN 26  P 1: 20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Balthaser Online, Inc.

Plaintiff(s),

v.

Art Star Design LLC

Defendant(s).

CASE NO. 5:09-CV-05422-JF

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Stephen K. Rush, an active member in good standing of the bar of the State of Tennessee, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Ebaum's World, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Bob Friese, Shartsis Friese LLP
One Maritime Plaza, 18th Floor, San Francisco, CA 94111, 415-421-6500

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2010

[signature]

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611006691
Cashier ID: harwellt
Transaction Date: 01/26/2010
Payer Name: Rush Law Group
----------------------------------------
PRO HAC VICE
 For: Stephen K. Rush
 Case/Party: D-CAN-5-10-AT-PROHAC-001
 Amount:        $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 10724
 Amt Tendered: $210.00
----------------------------------------
Total Due:        $210.00
Total Tendered:   $210.00
Change Amt:         $0.00

Case # 09-cv-5422-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```