RECEIVED
JAN 25 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BALTHASER ONLINE INC.,

    Plaintiff,

v.

ART STAR DESIGN LLC,

    Defendant.

CASE NO. 5:09-CV-05422-PVT

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Robert G. Gingher, whose business address and telephone number is DICKSTEIN SHAPIRO LLP, 1633 Broadway, New York, NY 10036, (212) 277-6537

and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Balthaser Online Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/26/10

_____
United States ~~Magistrate~~ Judge
         District