UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED 2010 JAN 26 P 1:20

Balthaser Online, Inc.

Plaintiff(s),

v.

Art Star Design LLC

Defendant(s).

CASE NO. 5:09-CV-05422-JF

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Stephen K. Rush , an active member in good standing of the bar of the State of Tennessee
(particular court to which applicant is admitted) whose business address and telephone number
is Rush Law Group
1209 16th Ave. S.
Nashville, TN 37212
615-327-7370
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Ebaum's World, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: 1/29/10

United States ~~Magistrate~~ Judge
District