1  Duane R. Valz (CA Bar No. 184586)
   CHADBOURNE & PARKE LLP
2  350 South Grand Avenue, 32nd Floor
   Los Angeles, California  90071
3  Telephone:  213-892-1000
4  Fax: 213-892-2045
   Email:  dvalz@chadbourne.com
5
6  John M. Hintz (*admitted pro hac vice*)
   CHADBOURNE & PARKE LLP
7  30 Rockefeller Plaza
   New York, New York  10112-0127
8  Tel.:  212-408-5100
   Fax:  212-541-5369
9  Email:  jhintz@chadbourne.com

10  COUNSEL FOR DEFENDANT THE KNOT, INC.

11                 **UNITED STATES DISTRICT COURT**

12                 **NORTHERN DISTRICT OF CALIFORNIA**

13                       **SAN JOSE DIVISION**

14  BALTHASER ONLINE, INC.,

15                              Plaintiff,        Civil Action No: 09-5422-JF-PVT

16          v.                                    NOTICE OF CHANGE OF ADDRESS FOR
17                                                COUNSEL FOR DEFENDANT
    ART STAR DESIGN LLC ET AL.,                   THE KNOT, INC.
18
19                              Defendants.

20

21          Please take notice that lead counsel for defendant The Knot, Inc. has the following new address,

22  telephone number, fax number, and email address:
23
                    John M. Hintz
24                  CHADBOURNE & PARKE LLP
                    30 Rockefeller Plaza
25                  New York, NY 10112-0127
                    Tel.:  212-408-5100
26                  Fax:  212-541-5369
27                  Email:  jhintz@chadbourne.com

28

    CHANGE OF ADDRESS FOR COUNSEL -- Civil Action NO. 09-5422-JF-PVT

Dated:  February 3, 2010                                    Respectfully submitted,


By  /s/ Duane R. Valz

    Duane R. Valz (CA Bar No. 184586)
    CHADBOURNE & PARKE LLP
    350 South Grand Avenue, 32nd Floor
    Los Angeles, California 90071
    Telephone: 213-892-1000
    Facsimile: 213-892-2045
    Email:  dvalz@chadbourne.com

    John M. Hintz (*admitted pro hac vice*)
    CHADBOURNE & PARKE LLP
    30 Rockefeller Plaza
    New York, New York  10112-0127
    Tel.:  212-408-5100
    Fax: 212-541-5369
    Email:  jhintz@chadbourne.com

    COUNSEL FOR DEFENDANT
    THE KNOT, INC.


## ATTESTATION OF SIGNATORY

The undersigned attests that concurrence for the filing of this document has been obtained from the signatory above.

    /s/ John M. Hintz
    John M. Hintz (*admitted pro hac vice*)


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in accordance with G.O. 45 on this day, February 3, 2010.

    /s/ John M. Hintz
    John M. Hintz (*admitted pro hac vice*)

CHANGE OF ADDRESS FOR COUNSEL -- Civil Action No. 09-5422-JF-PVT