DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@docksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ART STAR DESIGN LLC, et al. <br><br> Defendants. | No. 5:09-cv-05422-JF (PVT) <br><br> **PLAINTIFF BALTHASER ONLINE INC.'S ADR CERTIFICATION** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED: March 5, 2010     BALTHASER ONLINE, INC.


By: __/s/ Ken Balthaser_____
    Ken Balthaser
    Chief Operating Officer


DATED: March 5, 2010     DICKSTEIN SHAPIRO LLP


By:__/s/ Alfred R. Fabricant_____
    Alfred R Fabricant*
    fabricanta@dicksteinshapiro.com
    Lawrence C. Drucker*
    druckerl@dicksteinshapiro.com
    Cindy Yang*
    yangc@dicksteinshapiro.com
    Bryan N. DeMatteo*
    dematteob@dicksteinshapiro.com
    DICKSTEIN SHAPIRO LLP
    1633 Broadway
    New York, NY 10019-6708

Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@docksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067

*Admitted *pro hac vice*

Attorneys for Plaintiff Balthaser Online, Inc.

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

  Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

                By: /s/  Alfred R. Fabricant