DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Attorneys for Plaintiff
BALTHASER ONLINE, INC.

*Additional Counsel Listed Below*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., | No. 5:09-cv-05422-JF (PVT) |
| Plaintiff, | |
| v. | **NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
| ART STAR DESIGN LLC, et al. | |
| Defendants. | |

Counsel for Plaintiff Balthaser Online, Inc. and counsel for defendants Hi5 Networks, Inc., Puma North America, Inc., The Knot, Inc., Nike, Inc., CyWorld, Inc., Electronic Arts, Inc., Freewebs, Inc., Gaia, Inc., Insider Guides, Inc., Live Journal, Inc., Meredith Corp., Ning, Inc., Scripps Networks, LLC, Friendfinder California, Inc., Various, Inc., Global Alphabet, Inc., Capcom USA, and Swatchbox Technologies, Inc. report that they have not yet reached an agreement to an ADR process, and will meet and confer regarding ADR during the week of March 8, 2010 to resolve this issue.[1] After the meet and confer, the above parties shall file either a Stipulation and [Proposed] Order Selecting ADR Process or a Supplemental Notice of Need for ADR Phone Conference with the Court no later than March 12, 2010.

The current date of the Case Management Conference ("CMC") is March 26, 2010. Since Alfred R. Fabricant, lead counsel for Plaintiff Balthaser Online, Inc., is unable to attend the March 26th CMC due to a scheduling conflict with another matter in the District of Delaware, the parties are currently working on alternative dates for the CMC, and will file during the week of March 8, 2010 a stipulation regarding same.

In the event of an ADR phone conference, the following counsel will participate in the ADR phone conference:

---

[1] Defendant Imeem, Inc. is currently without legal representation for this litigation. See D.I. 402 (Order Granting Gibson, Dunn & Crutcher LLP's Unopposed Motion to Withdraw as Counsel for Imeem, Inc.).

Defendant Booker Entities, Inc. has not made an appearance in this litigation.

Counsel of record for defendant Hookumu, Inc. indicated that they no longer represent defendant Hookumu, Inc., and hence do not have the authority to execute this Notice on behalf of the defendant. Plaintiff's counsel has requested information regarding defendant's new counsel, but has yet to be provided with such requested information.

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Alfred R. Fabricant & Cindy Yang | Plaintiff Balthaser Online, Inc. | (212) 277-6500 | fabricanta@dicksteinshapiro.com; yangc@dicksteinshapiro.com |
| Timothy S. Teter & Lowell D. Mead | Defendant Hi5 Networks, Inc. | (650) 843-5275 | teterts@cooley.com; lmead@cooley.com |
| Matthew P. Sgro | Defendant Puma North America, Inc. | (617) 856-8570 | msgro@brownrudnick.com |
| John Hintz | Defendant The Knot, Inc. | (212) 408-1036 | jhintz@chadbourne.com |
| Thomas K. Pratt | Defendant Nike, Inc. | (312) 463-5436 | tpratt@bannerwitcoff.com |
| Wayne Barsky & Sarah Piepmeier | Defendants CyWorld, Inc., Electronic Arts, Inc., Freewebs, Inc., Gaia, Inc., Insider Guides, Inc., Live Journal, Inc., Meredith Corp., Ning, Inc. and Scripps Networks, LLC | (310) 557-8183; (415) 393-8270 | wbarsky@gibsondunn.com; spiepmeier@gibsondunn.com |
| Michael Sacksteder | Defendants Friendfinder California, Inc., Various, Inc., Global Alphabet, Inc. and Capcom USA | (415) 875-2300 | msacksteder@fenwick.com |
| Ira Rothken | Defendants Friendfinder California, Inc., Various, Inc., and Global Alphabet, Inc | (415) 924-4250 | ira@techfirm.net |
| Logan Johnson | Defendant Swatchbox Technologies, Inc. | (713) 357-5161 | ljohnson@sohlawfirm.com |
| Stephen K. Rush | Defendant Ebaum's World, Inc. | (615) 327-7370 | srush@rushlawgroup.com |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  March 5, 2010 | DICKSTEIN SHAPIRO LLP |
| 3 | | |
| 4 | | By:___/s/ Alfred R. Fabricant_____ |
| | | Alfred R Fabricant* |
| 5 | | fabricanta@dicksteinshapiro.com |
| | | Lawrence C. Drucker* |
| 6 | | druckerl@dicksteinshapiro.com |
| | | Cindy Yang* |
| 7 | | yangc@dicksteinshapiro.com |
| | | Bryan N. DeMatteo* |
| 8 | | dematteob@dicksteinshapiro.com |
| | | DICKSTEIN SHAPIRO LLP |
| 9 | | 1633 Broadway |
| 10 | | New York, NY 10019-6708 |
| | | Telephone: (212) 277-6500 |
| 11 | | Fax: (212) 277-6501 |
| 12 | | and |
| 13 | | Lawrence R. LaPorte (SBN 130003) |
| 14 | | laporte@dicksteinshapiro.com |
| | | DICKSTEIN SHAPIRO LLP |
| 15 | | 2049 Century Park East, Suite 700 |
| | | Los Angeles, CA 90067 |
| 16 | | |
| 17 | | *Admitted *pro hac vice* |
| 18 | | Attorneys for Plaintiff BALTHASER ONLINE, INC. |
| 19 | | |
| 20 | | |
| 21 | DATED:  March 5, 2010 | GIBSON, DUNN & CRUTCHER LLP |
| 22 | | By : __/s/ Wayne M. Barsky_____ |
| | | Wayne M. Barsky (SBN 116731) |
| 23 | | Sarah E. Piepmeier (SBN 227094) |
| | | GIBSON, DUNN & CRUTCHER LLP |
| 24 | | 555 Mission Street, Suite 3000 |
| | | San Francisco, CA 94105 |
| 25 | | Telephone: (415) 393-8200 |
| 26 | | Facsimile: (415) 374-8404 |
| 27 | | |
| 28 | | |

| | |
|---|---|
| | Attorneys for Defendants CYWORLD, INC., ELECTRONIC ARTS, INC., FREEWEBS, INC., GAIA, INC., INSIDER GUIDES, INC., LIVE JOURNAL, INC., MEREDITH CORP., NING, INC., and SCRIPPS NETWORKS, LLC |
| DATED:  March 5, 2010 | FENWICK & WEST LLP<br><br>By : __/s/ Michael J. Sacksteder_____<br>    Darryl M. Woo (SBN 100513)<br>    Michael J. Sacksteder (SBN 191605)<br>    FENWICK & WEST LLP<br>    555 California Street, 12th Floor<br>    San Francisco, CA 94104<br>    Telephone: (415) 875-2300<br>    Facsimile: (415) 281-1350 |
| | Attorneys for Defendants FRIENDFINDER CALIFORNIA, INC., VARIOUS, INC, GLOBAL ALPHABET, INC., and CAPCOM USA |
| DATED:  March 5, 2010 | ROTHKEN LAW FIRM<br><br>By : __/s/ Ira P. Rothken_____<br>    Ira P. Rothken (SBN 160029)<br>    ROTHKEN LAW FIRM<br>    53 Hamilton Landing, Suite 280<br>    Novato, CA 94949<br>    Telephone: (415) 924-4250<br>    Facsimile: (415) 924-2905 |
| | Attorneys for Defendants FRIENDFINDER CALIFORNIA, INC., VARIOUS, INC, and GLOBAL ALPHABET, INC. |
| DATED:  March 5, 2010 | COOLEY GODWARD KRONISH LLP<br><br>By : ___/s/ Timothy S. Teter_____<br>    Timothy S. Teter (SBN 171451)<br>    Iain R. Cunningham (SBN 232357)<br>    Lowell D. Mead (SBN 223989) |

5

|   |   |   |
|---|---|---|
| 1 |   | COOLEY GODWARD KRONISH LLP |
| 2 |   | Five Palo Alto Square |
| 3 |   | 3000 El Camino Real |
|   |   | Palo Alto, CA 94306-2155 |
| 4 |   | Telephone: (650) 843-5000 |
|   |   | Facsimile: (650) 857-0663 |

Attorneys for Defendant HI5 NETWORKS, INC.

DATED: March 5, 2010   CHADBOURNE & PARKE LLP

By : /s/ John M. Hintz
   John M. Hintz*
   CHADBOURNE & PARKE LLP
   30 Rockefeller Plaza
   New York, NY 10112
   Telephone: (212) 408-1036
   Fax: (212) 541-5369
   Email: jhintz@chadbourne.com

   and

   Duane R. Valz (CA Bar No. 184586)
   CHADBOURNE & PARKE LLP
   350 South Grand Avenue, 32nd Floor
   Los Angeles, CA  90071
   Telephone:  213-892-1000
   Fax:  213-892-2045
   Email:  dvalz@chadbourne.com

*Admitted *pro hac vice*

Attorneys for Defendant THE KNOT, INC.

DATED:  March 5, 2010   BANNER & WITCOFF, LTD.

By : /s/ Thomas K. Pratt
   Christopher J. Renk, IL 6199012*
   Thomas K. Pratt, IL 6209761*
   Timothy C. Meece, IL 6226967*
   BANNER & WITCOFF, LTD.
   10 S. Wacker Drive, Ste. 3000

| | |
|---|---|
| 1 | Chicago, IL 60606 |
| | Telephone : (312) 463-5000 |
| 2 | Facsimile : (312) 463-5001 |
| 3 | and |
| 4 | David R. Sugden (SBN 218465) |
| 5 | CALL JENSEN & FERRELL |
| | 610 Newport Center Drive, Suite 700 |
| 6 | Newport Beach, CA 92660 |
| | Telephone: (949) 717-3000 |
| 7 | Facsimile: (949) 717-3100 |
| 8 | Attorneys for Defendant NIKE, INC. |
| 9 | *Admitted *pro hac vice* |

DATED: March 5, 2010                     DERGOSITS & NOAH LLP

By : __/s/ Michael E. Dergosits_____
    Michael E. Dergosits (SBN 118206)
    Teddy K. Joe (SBN 242589)
    DERGOSITS & NOAH LLP
    Three Embarcadero Center, Suite 410
    San Francisco, CA 94111
    Telephone: (415) 705-6377
    Facsimile: (415) 705-6383

    and

    Edward J. Naughton
    Matthew P. Sgro
    BROWN RUDNICK LLP
    One Financial Center
    Boston, MA 02111
    Telephone: (617) 856-8200
    Fax: (617) 856-8201

Attorneys for DEFENDANT PUMA NORTH AMERICA, INC.

DATED: March 5, 2010                     SCHIFFER ODOM HICKS & JOHNSON

DICKSTEIN SHAPIRO LLP

|     |     |     |
| --- | --- | --- |
|     |     | By : __/s/ Logan E. Johnson_____ |
|     |     | Logan E. Johnson* |
|     |     | SCHIFFER ODOM HICKS & JOHNSON |
|     |     | 3200 Southwest Freeway, Suite 2390 |
|     |     | Houston, Texas 77027 |
|     |     | Tel: 713-357-5150 |
|     |     | Fax: 713-357-5160 |

Attorneys for Defendant SWATCHBOX TECHNOLOGIES, INC.

*Admitted *pro hac vice*

DATED:  March 5, 2010                RUSH LAW GROUP

By : _/s/ Stephen K. Rush_____
  Stephen K. Rush*
  RUSH LAW GROUP
  1209 16th Avenue South
  Nashville, TN 37212
  Telephone: 615-327-7370
  Facsimile: 615-327-0811

*Admitted *pro hac vice*

Attorneys for Defendant EBAUM'S WORLD, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/ Alfred R. Fabricant