UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BALTHASER ONLINE, INC.
                Plaintiff(s),

v.

ART STAR DESIGN LLC, et al.
                Defendant(s).
_____/

Case No. 5:09-cv-05422 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 5, 2010

/s/ Estela Lemus
[Party]
On behalf of
Capcom USA, Inc.

Dated: March 5, 2010

/s/ Michael J. Sacksteder
[Counsel]
Michael J. Sacksteder
Fenwick & West LLP
555 California Street
San Francisco, CA  94104

Attorneys for Defendant
Capcom USA, Inc.

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com

## ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

DATED: March 5, 2010        FENWICK & WEST LLP

By:     /s/ Michael J. Sacksteder
Michael J. Sacksteder
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Telephone: (650) 335-7460
Facsimile: (650) 663-7499

Attorneys for Defendant CAPCOM USA, INC.