UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BALTHASER ONLINE, INC.
                Plaintiff(s),

     v.

ART STAR DESIGN LLC, et al.
                Defendant(s).
_____/

Case No. 5:09-cv-05422 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 5, 2010

                                                            /s/ David S. Bloom
                                                            [Party]
                                                           On behalf of
                                                           Global Alphabet Inc.

Dated: March 5, 2010

                                                           /s/ Michael J. Sacksteder
                                                          [Counsel]
                                                          Michael J. Sacksteder
                                                          Fenwick & West LLP
                                                          555 California Street
                                                          San Francisco, CA  94104

                                                          Attorneys for Defendant
                                                          Global Alphabet Inc.

American LegalNet, Inc.
www.USCourtForms.com

Rev. 12/05

## ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

DATED: March 5, 2010  FENWICK & WEST LLP

By: **/s/ Michael J. Sacksteder**
Michael J. Sacksteder
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: (650) 335-7460
Facsimile: (650) 663-7499

Attorneys for Defendant GLOBAL ALPHABET INC.