UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Balthaser Online, Inc., <br>             Plaintiff(s), <br>   v. <br> Art Star Design LLC, et al., <br>             Defendant(s). | No. 5:09-cv-05422-JF <br><br> **ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L. R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned entities certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing Program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/10/10

[Party] <br>
On behalf of PUMA NORTH AMERICA, INC.

Dated: 3/10/10

[Counsel] <br>
Edward J. Naughton <br>
BROWN RUDNICK LLP <br>
One Financial Center <br>
Boston, MA 02111

Attorneys for DEFENDANT PUMA NORTH AMERICA, INC.

No. 5:09-cv-05422-JF <br>
**ADR CERTIFICATION BY PARTIES AND COUNSEL**