IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC.<br><br>Plaintiff,<br><br>v.<br><br>ART STAR DESIGN, LLC, ET AL.<br><br>Defendants. | Civil Action No. 5:09-cv-05422-pvy<br><br>Jury Trial Demanded |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT
20-20 ICOVIA, INC. AND MOTION TO SUBSTITUTE COUNSEL**

Pursuant to Civil L.R. 11-5, Riney Palter PLLC, attorneys for Defendant 20-20 Icovia, Inc., f/k/a Hookumu, Inc. ("Icovia") hereby file this Motion to Withdraw as Counsel for Icovia and Motioon to Substitute.

1. The undersigned counsel has appeared on behalf of Defendant Icovia in this matter.

2. Icovia has been informed that Riney Palter PLLC seeks to withdraw as counsel, has been provided with a copy of this motion, and does not oppose this motion.

3. Icovia has obtained substitute counsel and can be served with pleadings and orders at:

> James Mills, Esq.
> SBN: 203783
> Law Office of James Mills
> 1300 Clay Street, Suite 600
> Oakland, California  94612
> Tel: 510-521-8748
> Fax: 510-277-1413
> james@jamesmillslaw.com

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT 20-20 ICOVIA, INC AND MOTION TO
SUBSTITUTE COUNSEL – Page 1**

4. Counsel for Plaintiff, Balthaser Online, Inc. does not oppose this motion.

5. Allowing Riney Palter, LLP to withdraw as counsel for Icovia will not delay these proceedings.

Accordingly, the undersigned counsel respectfully requests that the Court grant this Motion to Withdraw and for such other and further relief as appropriate.

DATE:  March 11, 2010

Respectfully submitted,

  /s/ James Mills
_____
James Mills
SBN: 203783
Law Office of James Mills
1300 Clay Street, Suite 600
Oakland, California  94612
Tel: 510-521-8748
Fax: 510-277-1413

ATTORNEY FOR DEFENDANT 20-20 ICOVIA, INC. FORMERLY KNOWN AS HOOKUMU INC.

and

  /s/ John T. Palter
_____
John T. Palter
Theodore J. Riney
Bruce K. Packard
RINEY PALTER PLLC
5949 Sherry Lane, STE 1616
Dallas, Texas 75225-8009
Tel: 214-461-1200
Fax: 214-461-1210

FORMER ATTORNEYS FOR DEFENDANT 20-20 ICOVIA, INC. FORMERLY KNOWN AS HOOKUMU INC.

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT 20-20 ICOVIA, INC AND MOTION TO SUBSTITUTE COUNSEL – Page 2**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served on March 11, 2010 via ECF for the United States District Court for the Northern District of California, San Jose Division.

/s/ James Mills

_____

James Mills