Edward J. Naughton
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02211
Telephone: 617-856-8200

RECEIVED
MAR 1 0 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Balthaser Online, Inc.,

    Plaintiff(s),

v.

Art Star Design LLC, et al.,

    Defendant(s).

No. 5:09-cv-05422-JF

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

    Edward J. Naughton, an active member in good standing of the bars of Massachusetts (BBO #600059), District of Columbia, and Maryland, whose business address and telephone number is: BROWN RUDNICK LLP, One Financial Center, Boston, MA 02111, Telephone: 617-856-8200, having applied in the above-entitled action admission to practice in the Northern District of California on a *pro hac vice* basis, representing Puma North America, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                        United States District Judge
                        Hon. Jeremy Fogel