
Clerk's Use Only
Initial for fee pd.:

Matthew P. Sgro
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: 617-856-8200

**FILED**
MAR 10 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Balthaser Online, Inc.,

          Plaintiff(s),

v.

Art Star Design LLC, et al.,

          Defendant(s).

CASE NO. 5:09-cv-05422-JF

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Matthew P. Sgro, an active member in good standing of the bar of Massachusetts (BBO #655825), hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Puma North America, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Michael E. Dergosits, Dergosits & Noah LLP, Three Embarcadero Center, Suite 410, San Francisco, CA (415) 705-6377

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/12/10

_____
Matthew P. Sgro

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611006968
Cashier ID: harwellt
Transaction Date: 03/11/2010
Payer Name: Dergosits and Noah LLP
------------------------------------
PRO HAC VICE
 For: Matthew P. Sgro
 Case/Party: D-CAN-5-10-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: Edward J. Naughton
 Case/Party: D-CAN-5-10-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 14412
 Amt Tendered:  $420.00
------------------------------------
Total Due:      $420.00
Total Tendered: $420.00
Change Amt:     $0.00

Case # 09-cv-5422-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```