RECEIVED

Reset Form

MAR 1 0 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT FOURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Balthaser Online, Inc.,

Plaintiff(s),

v.

Art Star Design LLC, et al.,

Defendant(s).      /

CASE NO. 5:09-cv-05422-JF

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Matthew P. Sgro                         , an active member in good standing of the bar of

Massachusetts (BBO #655825)                    whose business address and telephone number
(particular court to which applicant is admitted)

is  BROWN RUDNICK LLP
    One Financial Center
    Boston, MA 02111
    Telephone: 617-856-8200                              , having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing  Puma North America, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated:

United States District      Judge
Hon. Jeremy Fogel