DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.


MURRAY & MURRAY PC
Craig M. Prim (SBN 77820)
cprim@murraylaw.com
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: 650-852-9000
Fax: 650-852-9244

Attorneys for Defendant
IMEEM, INC. (for this Stipulation only)

*Additional Counsel Listed Below*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

Stipulation for Dismissal Without Prejudice of Defendant Imeem, Inc.
No. 5:09-cv-05422-JF (PVT)

DICKSTEIN
SHAPIRO LLP

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ART STAR DESIGN LLC, et al. <br><br> Defendants. | No. 5:09-cv-05422-JF (PVT) <br><br> **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT IMEEM, INC.** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Balthaser Online, Inc. ("Balthaser") and Defendant imeem, inc. ("imeem"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that:

**WHEREAS,** (1) on November 4, 2008, Balthaser filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) (the "E.D. Texas Action") against, among others, imeem; (2) on January 12, 2009, imeem filed an Answer and Affirmative Defenses to Plaintiff's Complaint; (3) on January 15, 2009, Balthaser filed a First Amended Complaint; (4) on February 2, 2009, imeem filed an Answer and Affirmative Defenses to Plaintiff's First Amended Complaint; (5) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the E.D. Texas Action with respect to California Defendants, including imeem, to this District; (6) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbell; and (7) on December 15, 2009, the E.D. Texas Action was reassigned to this Court.

**WHEREAS,** as indicated in a January 6, 2010 Notice of Motion and Unopposed Motion to Withdraw as Counsel for imeem, inc. filed by Gibson, Dunn & Crutcher LLP (imeem's

2
Stipulation for Dismissal Without Prejudice of Defendant imeem, inc.
No. 5:09-cv-05422-JF (PVT)

DICKSTEIN
SHAPIRO LLP

former counsel), imeem is no longer an operating entity and has initiated a voluntary shutdown and liquidation of the company (*see* D.I. 396);

**WHEREAS,** imeem confirmed to Balthaser that it has concluded normal business operations, is no longer operating its www.imeem.com website, and is voluntarily shutting down and liquidating the company;

**WHEREAS,** this Stipulation for Dismissal Without Prejudice of Defendant Imeem, Inc. is being signed by all parties who have appeared in the above-styled action;[1]

**NOW, THEREFORE**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Balthaser and imeem, through their respective counsel, **AGREE AND HEREBY STIPULATE** and respectfully request for entry of an Order providing that:

1. All claims and counterclaims asserted by Balthaser or imeem in the E.D. Texas Action and the above-styled action (collectively, "the Action") against the other are hereby dismissed without prejudice;

2. Balthaser and imeem shall each bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of the Action; and

3. All unresolved pending motions in the Action between Balthaser and imeem are denied as moot.

DATED: March 12, 2010                 DICKSTEIN SHAPIRO LLP

By:   /s/ Alfred R. Fabricant
     Alfred R Fabricant*
     fabricanta@dicksteinshapiro.com
     Lawrence C. Drucker*
     druckerl@dicksteinshapiro.com

---

[1] Defendant Booker Entities, Inc. has not made an appearance in this litigation.

3

Stipulation for Dismissal Without Prejudice of Defendant imeem, inc.
No. 5:09-cv-05422-JF (PVT)

DICKSTEIN SHAPIRO LLP

Cindy Yang*
yangc@dicksteinshapiro.com
Bryan N. DeMatteo*
dematteob@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067

*Admitted *pro hac vice*

Attorneys for Plaintiff BALTHASER ONLINE, INC.

DATED:  March 12, 2010

MURRAY & MURRAY PC

By:___/s/ Craig M. Prim_____
   Craig M. Prim (SBN 77820)
   cprim@murraylaw.com
   19400 Stevens Creek Blvd., Suite 200
   Cupertino, CA 95014-2548
   Telephone: 650-852-9000
   Fax: 650-852-9244

Attorneys for Defendant
IMEEM, INC. (for this Stipulation only)

DATED:  March 12, 2010

GIBSON, DUNN & CRUTCHER LLP

By : __/s/ Sarah E. Piepmeier_____
   Wayne M. Barsky (SBN 116731)
   Sarah E. Piepmeier (SBN 227094)
   GIBSON, DUNN & CRUTCHER LLP

4
Stipulation for Dismissal Without Prejudice of Defendant imeem, inc.
No. 5:09-cv-05422-JF (PVT)

DICKSTEIN
SHAPIRO LLP

|   |   |
|---|---|
| | 555 Mission Street, Suite 3000 |
| | San Francisco, CA 94105 |
| | Telephone: (415) 393-8200 |
| | Facsimile: (415) 374-8404 |
| | |
| | Attorneys for Defendants CYWORLD, INC., ELECTRONIC ARTS, INC., FREEWEBS, INC., GAIA, INC., INSIDER GUIDES, INC., LIVE JOURNAL, INC., MEREDITH CORP., NING, INC., and SCRIPPS NETWORKS, LLC |
| DATED: March 12, 2010 | FENWICK & WEST LLP |
| | By : __/s/ Michael J. Sacksteder_____ |
| | Darryl M. Woo (SBN 100513) |
| | Michael J. Sacksteder (SBN 191605) |
| | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| | San Francisco, CA 94104 |
| | Telephone: (415) 875-2300 |
| | Facsimile: (415) 281-1350 |
| | |
| | Attorneys for Defendants FRIENDFINDER CALIFORNIA, INC., VARIOUS, INC, GLOBAL ALPHABET, INC., and CAPCOM USA |
| DATED: March 12, 2010 | ROTHKEN LAW FIRM |
| | By : __/s/ Ira P. Rothken_____ |
| | Ira P. Rothken (SBN 160029) |
| | ROTHKEN LAW FIRM |
| | 53 Hamilton Landing, Suite 280 |
| | Novato, CA 94949 |
| | Telephone: (415) 924-4250 |
| | Facsimile: (415) 924-2905 |
| | |
| | Attorneys for Defendants FRIENDFINDER CALIFORNIA, INC., VARIOUS, INC, and GLOBAL ALPHABET, INC. |
| DATED: March 12, 2010 | COOLEY GODWARD KRONISH LLP |

By : ___/s/ Timothy S. Teter_____
Timothy S. Teter (SBN 171451)
Iain R. Cunningham (SBN 232357)
Lowell D. Mead (SBN 223989)
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant HI5 NETWORKS, INC.

DATED: March 12, 2010                CHADBOURNE & PARKE LLP

By : _/s/ John M. Hintz_____
John M. Hintz*
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-1036
Fax: (212) 541-5369
Email: jhintz@chadbourne.com

and

Duane R. Valz (CA Bar No. 184586)
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071
Telephone: 213-892-1000
Fax: 213-892-2045
Email: dvalz@chadbourne.com

*Admitted *pro hac vice*

Attorneys for Defendant THE KNOT, INC.

DATED: March 12, 2010                BANNER & WITCOFF, LTD.

By : __/s/ Thomas K. Pratt_____

6

Stipulation for Dismissal Without Prejudice of Defendant imeem, inc.
No. 5:09-cv-05422-JF (PVT)

|   |   |
|---|---|
| 1 | Christopher J. Renk, IL 6199012* |
| 2 | Thomas K. Pratt, IL 6209761* |
|   | Timothy C. Meece, IL 6226967* |
| 3 | BANNER & WITCOFF, LTD. |
|   | 10 S. Wacker Drive, Ste. 3000 |
| 4 | Chicago, IL 60606 |
|   | Telephone : (312) 463-5000 |
| 5 | Facsimile : (312) 463-5001 |

and

David R. Sugden (SBN 218465)
CALL JENSEN & FERRELL
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 717-3000
Facsimile: (949) 717-3100

Attorneys for Defendant NIKE, INC.

*Admitted *pro hac vice*

DATED:  March 12, 2010         DERGOSITS & NOAH LLP


By : __/s/ Michael E. Dergosits_____
    Michael E. Dergosits (SBN 118206)
    Teddy K. Joe (SBN 242589)
    DERGOSITS & NOAH LLP
    Three Embarcadero Center, Suite 410
    San Francisco, CA 94111
    Telephone: (415) 705-6377
    Facsimile: (415) 705-6383

    and

    Edward J. Naughton**
    Matthew P. Sgro**
    BROWN RUDNICK LLP
    One Financial Center
    Boston, MA 02111
    Telephone: (617) 856-8200
    Fax: (617) 856-8201

    ***Pro hac vice* application pending

7

Stipulation for Dismissal Without Prejudice of Defendant imeem, inc.
No. 5:09-cv-05422-JF (PVT)

Attorneys for DEFENDANT PUMA NORTH AMERICA, INC.

DATED: March 12, 2010              SCHIFFER ODOM HICKS & JOHNSON

By : __/s/ Logan E. Johnson_____
   Logan E. Johnson*
   SCHIFFER ODOM HICKS & JOHNSON
   3200 Southwest Freeway, Suite 2390
   Houston, Texas 77027
   Tel: 713-357-5150
   Fax: 713-357-5160

Attorneys for Defendant SWATCHBOX TECHNOLOGIES, INC.

*Admitted *pro hac vice*

DATED: March 12, 2010              LAW OFFICES OF JAMES MILLS

By : __/s/ James Mills_____
   James Mills (SBN 203783)
   1300 Clay Street, Suite 600
   Oakland, CA  94612
   Telephone: 510-521-8748
   Facsimile: 510-277-1413

Attorneys for Defendant 20/20 ICOVIA, INC. (f/k/a HOOKUMU INC.)

DATED: March 12, 2010              RUSH LAW GROUP

By : __/s/ Stephen K. Rush_____
   Stephen K. Rush*
   RUSH LAW GROUP
   1209 16th Avenue South
   Nashville, TN 37212
   Telephone: 615-327-7370
   Facsimile: 615-327-0811

*Admitted *pro hac vice*

8
Stipulation for Dismissal Without Prejudice of Defendant imeem, inc.
No. 5:09-cv-05422-JF (PVT)

DICKSTEIN SHAPIRO LLP

Attorneys for Defendant EBAUM'S WORLD, INC.

Stipulation for Dismissal Without Prejudice of Defendant imeem, inc.
No. 5:09-cv-05422-JF (PVT)

DICKSTEIN SHAPIRO LLP

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/ Alfred R. Fabricant

10

Stipulation for Dismissal Without Prejudice of Defendant imeem, inc.
No. 5:09-cv-05422-JF (PVT)

DICKSTEIN
SHAPIRO LLP