DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.

*Additional Counsel Listed Below*

**E-Filed 3/15/2010**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ART STAR DESIGN LLC, et al.<br><br>Defendants. | No. 5:09-cv-05422-JF (PVT)<br><br>[PROPOSED] **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current Date: March 26, 2010<br>Proposed Date: April 9, 2010<br>Time: 10:30 a.m.<br><br>Judge:  Hon. Jeremy Fogel<br>Courtroom: #3, 5th Floor |

[Proposed] Order To Continue Case Management Conference
No. 5:09-cv-05422-JF (PVT)

DICKSTEIN
SHAPIRO LLP

DOCSNY-406203v01

Pursuant to the Stipulation to Continue Case Management Conference and counsel and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The last date for the parties to meet and confer regarding issues pursuant to Federal Rule of Civil Procedure 26(f) and ADR process selection shall be extended through March 19, 2010.

2. The last date for the parties to file a Joint ADR Certification with Stipulation to ADR Process or a Supplemental Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be extended through March 19, 2010.

3. The last date for the parties to file a Joint Case Management Statement shall be extended to April 2, 2010.

4. The Case Management Conference scheduled for March 26, 2010 at 10:30 a.m. shall be continued for April 9, 2010 at 10:30 a.m.

DATED: 3/15/2010

By: _____
Hon. Jeremy Fogel
United States District Court Judge