Edward J. Naughton
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02211
Telephone: 617-856-8200

RECEIVED

MAR 10 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Balthaser Online, Inc.,

   Plaintiff(s),

v.

Art Star Design LLC, et al.,

   Defendant(s).

No. 5:09-cv-05422-JF

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Edward J. Naughton, an active member in good standing of the bars of Massachusetts (BBO #600059), District of Columbia, and Maryland, whose business address and telephone number is: BROWN RUDNICK LLP, One Financial Center, Boston, MA 02111, Telephone: 617-856-8200, having applied in the above-entitled action admission to practice in the Northern District of California on a *pro hac vice* basis, representing Puma North America, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/15/10

United States District Judge
Hon. Jeremy Fogel