1  DICKSTEIN SHAPIRO LLP
   Alfred R. Fabricant (*pro hac vice*)
2  Lawrence C. Drucker (*pro hac vice*)
   Cindy Yang (*pro hac vice*)
3  Bryan N. DeMatteo (*pro hac vice*)
4  1633 Broadway
   New York, New York 10019
5  Telephone: (212) 277-6500
   Facsimile: (212) 277-6501
6
7  and
8  Lawrence R. LaPorte (SBN 130003)
   laporte@dicksteinshapiro.com
9  2049 Century Park East, Suite 700
   Los Angeles, CA 90067
10
11 Attorneys for Plaintiff
   BALTHASER ONLINE, INC.
12

13 MURRAY & MURRAY PC
   Craig M. Prim (SBN 77820)
14 cprim@murraylaw.com
   19400 Stevens Creek Blvd., Suite 200
15 Cupertino, CA 95014-2548
   Telephone: 650-852-9000
16 Fax: 650-852-9244
17
18 Attorneys for Defendant
   IMEEM, INC.
19
20                **UNITED STATES DISTRICT COURT**
21             **NORTHERN DISTRICT OF CALIFORNIA**
22                    **SAN JOSE DIVISION**
23
24  BALTHASER ONLINE, INC.,
25              Plaintiff,              No. 5:09-cv-05422-JF
26  v.
27                                      **[PROPOSED] ORDER RE
                                        STIPULATION FOR DISMISSAL**
28

DICKSTEIN
SHAPIRO LLP        [Proposed] Order re Stipulation for Dismissal of Defendant imeem, inc.

ART STAR DESIGN LLC, et al.

Defendants.

**WITHOUT PREJUDICE OF
DEFENDANT IMEEM, INC.**

**WHEREAS,** (1) on November 4, 2008, Balthaser Online, Inc. ("Balthaser") filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) (the "E.D. Texas Action") against, among others, Defendant imeem, inc. ("imeem"); (2) on January 12, 2009, imeem filed an Answer and Affirmative Defenses to Plaintiff's Complaint; (3) on January 15, 2009, Balthaser filed a First Amended Complaint; (4) on February 2, 2009, imeem filed an Answer and Affirmative Defenses to Plaintiff's First Amended Complaint; (5) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the E.D. Texas Action with respect to California Defendants, including imeem, to this District; (6) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbell; and (7) on December 15, 2009, the E.D. Texas Action was reassigned to this Court.

**WHEREAS,** as indicated in a January 6, 2010 Notice of Motion and Unopposed Motion to Withdraw as Counsel for imeem, inc. filed by Gibson, Dunn & Crutcher LLP (imeem's former counsel), imeem is no longer an operating entity and has initiated a voluntary shutdown and liquidation of the company  (*see* D.I. 396);

**WHEREAS,** imeem confirmed to Balthaser that it has concluded normal business operations, is no longer operating its www.imeem.com website, and is voluntarily shutting down and liquidating the company;

**WHEREAS,** Balthaser and imeem have filed a Stipulation and [Proposed] Order for Dismissal Without Prejudice of Defendant Imeem, Inc. (the "Stipulation") with this Court, and such Stipulation was signed by all parties who have appeared in the above-styled action;

[Proposed] Order re Stipulation for Dismissal of Defendant imeem, inc.

DICKSTEIN
SHAPIRO LLP

1

2

**NOW, THEREFORE**, after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

3

4

     1.     All claims and counterclaims asserted by Balthaser or imeem in the E.D. Texas Action and the above-styled action (collectively, "the Action") against the other are hereby dismissed without prejudice;

5

6

7

     2.     Balthaser and imeem shall each bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of the Action; and

8

9

     3.     All unresolved pending motions in the Action between Balthaser and imeem are denied as moot.

10

11

12

13

Dated: ___3/15/10_____

14

_____
Honorable Jeremy Fogel
United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DICKSTEIN
SHAPIRO LLP

[Proposed] Order re Stipulation for Dismissal of Defendant imeem, inc.