DICKSTEIN SHAPIRO LLP
Alfred R. Fabricant (*pro hac vice*)
Lawrence C. Drucker (*pro hac vice*)
Cindy Yang (*pro hac vice*)
Bryan N. DeMatteo (*pro hac vice*)
1633 Broadway
New York, New York 10019
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.


MURRAY & MURRAY PC
Craig M. Prim (SBN 77820)
cprim@murraylaw.com
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: 650-852-9000
Fax: 650-852-9244

Attorneys for Defendant
IMEEM, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, <br><br> v. | No. 5:09-cv-05422-JF <br><br> [~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL |

---

[Proposed] Order re Stipulation for Dismissal of Defendant imeem, inc.

| | |
|---|---|
| ART STAR DESIGN LLC, et al.<br><br>Defendants. | **WITHOUT PREJUDICE OF DEFENDANT IMEEM, INC.** |

**WHEREAS,** (1) on November 4, 2008, Balthaser Online, Inc. ("Balthaser") filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) (the "E.D. Texas Action") against, among others, Defendant imeem, inc. ("imeem"); (2) on January 12, 2009, imeem filed an Answer and Affirmative Defenses to Plaintiff's Complaint; (3) on January 15, 2009, Balthaser filed a First Amended Complaint; (4) on February 2, 2009, imeem filed an Answer and Affirmative Defenses to Plaintiff's First Amended Complaint; (5) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the E.D. Texas Action with respect to California Defendants, including imeem, to this District; (6) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbell; and (7) on December 15, 2009, the E.D. Texas Action was reassigned to this Court.

**WHEREAS,** as indicated in a January 6, 2010 Notice of Motion and Unopposed Motion to Withdraw as Counsel for imeem, inc. filed by Gibson, Dunn & Crutcher LLP (imeem's former counsel), imeem is no longer an operating entity and has initiated a voluntary shutdown and liquidation of the company (*see* D.I. 396);

**WHEREAS,** imeem confirmed to Balthaser that it has concluded normal business operations, is no longer operating its www.imeem.com website, and is voluntarily shutting down and liquidating the company;

**WHEREAS,** Balthaser and imeem have filed a Stipulation and [Proposed] Order for Dismissal Without Prejudice of Defendant Imeem, Inc. (the "Stipulation") with this Court, and such Stipulation was signed by all parties who have appeared in the above-styled action;

DICKSTEIN SHAPIRO LLP

2

[Proposed] Order re Stipulation for Dismissal of Defendant imeem, inc.

**NOW, THEREFORE**, after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

1. All claims and counterclaims asserted by Balthaser or imeem in the E.D. Texas Action and the above-styled action (collectively, "the Action") against the other are hereby dismissed without prejudice;

2. Balthaser and imeem shall each bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of the Action; and

3. All unresolved pending motions in the Action between Balthaser and imeem are denied as moot.

Dated: 3/15/10

Honorable Jeremy Fogel
United States District Court Judge

DICKSTEIN SHAPIRO LLP

3

[Proposed] Order re Stipulation for Dismissal of Defendant imeem, inc.