UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Balthaser Online, Inc.

                Plaintiff(s),

    v.

Art Star Design LLC et al.

                Defendant(s).

_____/

Case No. 5:09-cv-5422-JF

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/19/2010

/s/ Craig Sheldon
[Party]

Dated: 3/19/2010

/s/ Sarah E. Piepmeier
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/
Sarah E. Piepmeier

*Gibson, Dunn & Crutcher LLP*