UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ART STAR DESIGN LLC, et al., <br><br> Defendants. | Case No.: 5:09-cv-05422-JF <br><br> **ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned entities certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov. *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing Program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provide by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/19/10

Julianne Davis
On behalf of NIKE, Inc.

Dated: March 19, 2010

/s/ Thomas K. Pratt
Christopher J. Renk (IL 6199012)
Thomas K. Pratt (IL 6209761)
Timothy C. Meece (IL 6226967)
BANNER & WITCOFF, LTD.
10 S. Wacker Drive – Suite 3000
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

ADR CERTIFICATION BY PARTIES AND COUNSEL - 1

| | |
|---|---|
| 1 | |
| 2 | David R. Sugden |
| 3 | Call & Jensen |
|   | 610 Newport Center Drive – Suite 700 |
| 4 | Newport Beach, CA 92660 |
|   | Telephone: (949) 717-3000 |
| 5 | Facsimile: (949) 717-3100 |
| 6 | *Attorneys for Defendant, NIKE, Inc.* |

ADR CERTIFICATION BY PARTIES AND COUNSEL - 2

1

<u>**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**</u>

2   Pursuant to General Order No. 45 of the Northern District of California, I attest that
3   concurrence in the filing of this document has been obtained from each of the other signatories to
4   this document.

5

6   Dated: March 19, 2010

/s/ Thomas K. Pratt
Thomas K. Pratt (IL 6209761)
BANNER & WITCOFF, LTD.
10 S. Wacker Drive – Suite 3000
Chicago, IL  60606
Telephone:  (312) 463-5000
Facsimile:   (312) 463-5001

*Attorneys for Defendant, NIKE, Inc.*

ADR CERTIFICATION BY PARTIES AND COUNSEL - 3