COOLEY GODWARD KRONISH LLP
TIMOTHY S. TETER (171451) (teterts@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

*E-Filed 3/29/2010*

Attorneys for Defendant
Hi5 Networks, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Balthaser Online, Inc., | Case No.  3:09-cv-05422 RS |
| Plaintiff, | **[PROPOSED]** **ORDER GRANTING DEFENDANT HI5 NETWORKS, INC. UNOPPOSED MOTION TO WITHDRAW IAIN R. CUNNINGHAM AS COUNSEL** |
| v. | |
| Art Star Design, LLC, et al., | |
| Defendant. | |

Before this Court is the Motion to Withdrawal Appearance of Iain R. Cunningham as Counsel of Record by Defendant Hi5 Networks, Inc. ("Hi5").  The Court concludes that the Motion should be granted, and it is therefore:

ORDERED that Iain R. Cunningham of the law firm of Cooley Godward Kronish LLP be permitted to withdraw as attorney of record for Defendant Hi5.

Dated:  March 29, 2010

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.  **[PROPOSED]** ORDER GRANTING DEF. HI5 NETWORKS INC.'S UNOPPOSED MOTION TO WITHDRAW IAIN R. CUNNINGHAM AS COUNSEL