**\*\*E-filed 03/30/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., | No. C 09-5422 RS |
| Plaintiff, | **ORDER GRANTING MOTIONS TO WITHDRAW** |
| v. | |
| ART STAR DESIGN, LLC, et al., | |
| Defendants. | |

Good cause appearing, the motion of Riney Palter PLLC to withdraw from representation of defendant 20-20 Icovia, Inc., f/k/a Hookumu, Inc. (Dkt. No. 421), is granted, and James Mills, Esq. is substituted in its stead. Good cause appearing, the motion of Steven K. Rush, Rush Law Group to withdraw from representation of defendant Ebaum's World, Inc. (Dkt. No. 416) is granted. Ebaum's is advised that it cannot appear in this action except through counsel. Pursuant to Civil Local Rule 11-5(b), until such time as new counsel may appear for Ebaum's, papers may continue to be served on Steven K. Rush, Rush Law Group for forwarding purposes. All counsel is reminded that proposed orders should accompany any motions filed herein.

Dated: 03/30/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE