*E-Filed 04/09/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., | No. C 09-05422 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| ART STAR DESIGN, LLC, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

A Case Management Conference in the instant case shall be held before the Honorable Richard Seeborg on **May 12, 2010 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties need not file a Joint Case Management Statement. Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 04/09/2010

For the Court,
RICHARD W. WEIKING, Clerk

By: /s/ Corinne Lew
Courtroom Deputy Clerk