COOLEY GODWARD KRONISH LLP
TIMOTHY S. TETER (171451) (teterts@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

COOLEY GODWARD KRONISH LLP
LOWELL D. MEAD (223989) (lmead@cooley.com)
101 California Street
6th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
HI5 NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., | Case No. 3:09-cv-05422-RS |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| ART STAR DESIGN, LLC, ET AL., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Lowell D. Mead of Cooley Godward Kronish LLP, 101 California Street, 6th Floor, San Francisco, CA 94111, (415) 693-2000, hereby appears as additional counsel of record on behalf of Defendant Hi5 Networks, Inc., in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced above.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.                    NOTICE OF APPEARANCE OF COUNSEL
                                    3:09-CV-05422-RS

Dated: April 12, 2010 COOLEY GODWARD KRONISH LLP

*/s/ Lowell D. Mead*
Lowell D. Mead (223989)

Attorneys for Defendant
HI5 NETWORKS, INC.

1170309 v1/SF

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2. NOTICE OF APPEARANCE OF COUNSEL
3:09-CV-05422-RS