DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.


RUSH LAW GROUP
Stephen K. Rush
1209 16th Avenue South
Nashville, TN 37212
Telephone: 615-327-7370
 Facsimile: 615-327-0811

Attorneys for Defendant EBAUM'S WORLD, INC. (for this Stipulation only)

*Additional Counsel Listed Below*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

Stipulation for Dismissal Without Prejudice of Defendant Ebaum's World, Inc.
No. 3:09-cv-05422-RS

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ART STAR DESIGN LLC, et al. <br><br> Defendants. | No. 3:09-cv-05422-RS <br><br> **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT EBAUM'S WORLD, INC.** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Balthaser Online, Inc. ("Balthaser") and Defendant Ebaum's World, Inc. ("Ebaum's World"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that:

**WHEREAS,** (1) on November 4, 2008, Balthaser filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) (the "E.D. Texas Action") against, among others, Ebaum's World; (2) on January 15, 2009, Balthaser filed a First Amended Complaint; (3) on February 2, 2009, Ebaum's World filed an Original Answer to Plaintiff's First Amended Complaint; (4) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the E.D. Texas Action with respect to California Defendants, including Ebaum's World, to this District; (5) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbull; (6) on December 15, 2009, the above-styled action was reassigned to Honorable Jeremy Fogel; and (7) on March 18, 2010, the above-styled action was reassigned to this Court.

**WHEREAS,** as indicated in a February 24, 2010 Notice of Motion and Unopposed Motion to Withdraw as Counsel for Ebaum's World, Inc. filed by Rush Law Group, Ebaum's World

is no longer an operating entity and has initiated a voluntary shutdown and liquidation of the company (*see* D.I. 416 & 417);

**WHEREAS,** Ebaum's World confirmed to Balthaser that it has concluded normal business operations, is no longer operating the http://www.ebaumsworld.com/ website, and is voluntarily shutting down and liquidating the company;

**WHEREAS,** this Stipulation for Dismissal Without Prejudice of Defendant Ebaum's World, Inc. is being signed by all parties who have appeared in the above-styled action;[1]

**NOW, THEREFORE**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Balthaser and Ebaum's World, through their respective counsel, **AGREE AND HEREBY STIPULATE** and respectfully request for entry of an Order providing that:

1. All claims and counterclaims asserted by Balthaser or Ebaum's World in the E.D. Texas Action and the above-styled action (collectively, "the Action") against the other are hereby dismissed without prejudice; and

2. Balthaser and Ebaum's World shall each bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of the Action.

DATED: April 13, 2010                    DICKSTEIN SHAPIRO LLP

By:___/s/ Alfred R. Fabricant_____
    Alfred R Fabricant*
    fabricanta@dicksteinshapiro.com
    Lawrence C. Drucker*
    druckerl@dicksteinshapiro.com
    Cindy Yang*
    yangc@dicksteinshapiro.com
    Bryan N. DeMatteo*
    dematteob@dicksteinshapiro.com

---

[1] Defendant Booker Entities, Inc. has not made an appearance in this litigation.

```
                              DICKSTEIN SHAPIRO LLP
                              1633 Broadway
                              New York, NY 10019-6708
                              Telephone: (212) 277-6500
                              Fax: (212) 277-6501

                              and

                              Lawrence R. LaPorte (SBN 130003)
                              laporte@dicksteinshapiro.com
                              DICKSTEIN SHAPIRO LLP
                              2049 Century Park East, Suite 700
                              Los Angeles, CA 90067

                              *Admitted *pro hac vice*

                              Attorneys for Plaintiff BALTHASER
                              ONLINE, INC.


DATED:   April 13, 2010       RUSH LAW GROUP

                              By : __/s/ Stephen K. Rush_____
                                  Stephen K. Rush
                                  RUSH LAW GROUP
                                  1209 16th Avenue South
                                  Nashville, TN 37212
                                  Telephone: 615-327-7370
                                  Facsimile: 615-327-0811

                              Attorneys for Defendant EBAUM'S WORLD,
                              INC. (for this Stipulation only)


DATED:  April 13, 2010        GIBSON, DUNN & CRUTCHER LLP

                              By : ___/s/ Sarah E. Piepmeier_____
                                   Wayne M. Barsky (SBN 116731)
                                   Sarah E. Piepmeier (SBN 227094)
                                   GIBSON, DUNN & CRUTCHER LLP
                                   555 Mission Street, Suite 3000
                                   San Francisco, CA 94105
                                   Telephone: (415) 393-8200
                                   Facsimile: (415) 374-8404
```

4

Stipulation for Dismissal Without Prejudice of Defendant Ebaum's World, Inc.
No. 3:09-cv-05422-RS (PVT)

DICKSTEIN
SHAPIRO LLP

| | |
|---|---|
| | Attorneys for Defendants CYWORLD, INC., ELECTRONIC ARTS, INC., FREEWEBS, INC., GAIA, INC., INSIDER GUIDES, INC., LIVE JOURNAL, INC., MEREDITH CORP., NING, INC., and SCRIPPS NETWORKS, LLC |
| DATED:   April 13, 2010 | FENWICK & WEST LLP<br><br>By : __/s/ Michael J. Sacksteder_____<br>   Darryl M. Woo (SBN 100513)<br>   Michael J. Sacksteder (SBN 191605)<br>   FENWICK & WEST LLP<br>   555 California Street, 12th Floor<br>   San Francisco, CA 94104<br>   Telephone: (415) 875-2300<br>   Facsimile: (415) 281-1350<br><br>Attorneys for Defendants<br>FRIENDFINDER CALIFORNIA, INC., VARIOUS, INC, GLOBAL ALPHABET, INC., and CAPCOM USA |
| DATED:   April 13, 2010 | ROTHKEN LAW FIRM<br><br>By : ___/s/ Ira Rothken_____<br>   Ira P. Rothken (SBN 160029)<br>   ROTHKEN LAW FIRM<br>   53 Hamilton Landing, Suite 280<br>   Novato, CA 94949<br>   Telephone: (415) 924-4250<br>   Facsimile: (415) 924-2905<br><br>Attorneys for Defendants FRIENDFINDER CALIFORNIA, INC., VARIOUS, INC, and GLOBAL ALPHABET, INC. |
| DATED:   April 13, 2010 | COOLEY GODWARD KRONISH LLP<br><br>By : ____/s/ Lowell D. Mead_____<br>   Timothy S. Teter (SBN 171451)<br>   Lowell D. Mead (SBN 223989) |

|   |   |   |
|---|---|---|
| | | COOLEY GODWARD KRONISH LLP |
| | | Five Palo Alto Square |
| | | 3000 El Camino Real |
| | | Palo Alto, CA 94306-2155 |
| | | Telephone: (650) 843-5000 |
| | | Facsimile: (650) 857-0663 |

Attorneys for Defendant HI5 NETWORKS, INC.

DATED: April 13, 2010         CHADBOURNE & PARKE LLP

By : /s/ John M. Hintz
  John M. Hintz*
  CHADBOURNE & PARKE LLP
  30 Rockefeller Plaza
  New York, NY 10112
  Telephone: (212) 408-1036
  Fax: (212) 541-5369
  Email: jhintz@chadbourne.com

  and

  Duane R. Valz (CA Bar No. 184586)
  CHADBOURNE & PARKE LLP
  350 South Grand Avenue, 32nd Floor
  Los Angeles, CA 90071
  Telephone: 213-892-1000
  Fax: 213-892-2045
  Email: dvalz@chadbourne.com

*Admitted *pro hac vice*

Attorneys for Defendant THE KNOT, INC.

DATED: April 13, 2010         BANNER & WITCOFF, LTD.

By : /s/ Christopher J. Renk
  Christopher J. Renk, IL 6199012*
  Thomas K. Pratt, IL 6209761*
  Timothy C. Meece, IL 6226967*
  BANNER & WITCOFF, LTD.
  10 S. Wacker Drive, Ste. 3000

Chicago, IL 60606
Telephone : (312) 463-5000
Facsimile : (312) 463-5001

and

David R. Sugden (SBN 218465)
CALL JENSEN & FERRELL
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 717-3000
Facsimile: (949) 717-3100

Attorneys for Defendant NIKE, INC.

*Admitted *pro hac vice*

DATED:    April 13, 2010

DERGOSITS & NOAH LLP

By :   /s/ Michael E. Dergosits
Michael E. Dergosits (SBN 118206)
Teddy K. Joe (SBN 242589)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

and

Edward J. Naughton**
Matthew P. Sgro**
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Fax: (617) 856-8201

***Pro hac vice* application pending

Attorneys for DEFENDANT PUMA NORTH AMERICA, INC.

DATED:  April 13, 2010						SCHIFFER ODOM HICKS & JOHNSON

								By :   /s/ Logan E. Johnson
								    Logan E. Johnson*
								    SCHIFFER ODOM HICKS & JOHNSON
								    3200 Southwest Freeway, Suite 2390
								    Houston, Texas 77027
								    Tel: 713-357-5150
								    Fax: 713-357-5160

								Attorneys for Defendant SWATCHBOX
								TECHNOLOGIES, INC.

								*Admitted *pro hac vice*

DATED:    April 13, 2010					LAW OFFICES OF JAMES MILLS

								By :   /s/ James Mills
								    James Mills (SBN 203783)
								    1300 Clay Street, Suite 600
								    Oakland, CA  94612
								    Telephone: 510-521-8748
								    Facsimile: 510-277-1413

								Attorneys for Defendant 20/20 ICOVIA, INC.
								(f/k/a HOOKUMU INC.)

...

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/ Alfred R. Fabricant