1  DICKSTEIN SHAPIRO LLP
2  Alfred R Fabricant (admitted *pro hac vice*)
   fabricanta@dicksteinshapiro.com
3  Lawrence C. Drucker (admitted *pro hac vice*)
   druckerl@dicksteinshapiro.com
4  Cindy Yang (admitted *pro hac vice*)
   yangc@dicksteinshapiro.com
5  Bryan N. DeMatteo (admitted *pro hac vice*)
   dematteob@dicksteinshapiro.com
6  1633 Broadway
7  New York, NY 10019-6708
   Telephone: (212) 277-6500
8  Fax: (212) 277-6501

9  and

10 Lawrence R. LaPorte (SBN 130003)
11 laporte@dicksteinshapiro.com
   2049 Century Park East, Suite 700
12 Los Angeles, CA 90067

13 Attorneys for Plaintiff
14 BALTHASER ONLINE, INC.

15
16 GIBSON, DUNN & CRUTCHER LLP
   Wayne M. Barsky (SBN 116731)
17 Sarah E. Piepmeier (SBN 227094)
   555 Mission Street, Suite 3000
18 San Francisco, CA 94105
   Telephone: (415) 393-8200
19 Facsimile: (415) 374-8404

20 Attorneys for Defendant
21 CYWORLD, INC.

22 *Additional Counsel Listed Below*

23                 **UNITED STATES DISTRICT COURT**

24                **NORTHERN DISTRICT OF CALIFORNIA**

25                   **SAN FRANCISCO DIVISION**

26
27
28

DICKSTEIN
SHAPIRO LLP

Stipulation for Dismissal Without Prejudice of Defendant Cyworld, Inc.
No. 3:09-cv-05422-RS

DOCSNY-409492v01

1   BALTHASER ONLINE, INC.,                    No. 3:09-cv-05422-RS

2                          Plaintiff,

3   v.                                          **STIPULATION FOR DISMISSAL
                                                WITHOUT PREJUDICE OF
4                                               DEFENDANT CYWORLD, INC.**

5   ART STAR DESIGN LLC, et al.

6                          Defendants.

7

8          **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Balthaser

9   Online, Inc. ("Balthaser") and Defendant Cyworld, Incorporated (sued herein as Cyworld, Inc.)

10  ("Cyworld"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that:

11         **WHEREAS,** (1) on November 4, 2008, Balthaser filed a Complaint in the United

12  States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action

13  No. 2:08-cv-430 (DF) (the "E.D. Texas Action") against, among others, Cyworld; (2) on January 12,

14  2009, Cyworld filed an Answer and Affirmative Defenses to Plaintiff's Complaint; (3) on January

15  15, 2009, Balthaser filed a First Amended Complaint; (4) on February 2, 2009, Cyworld filed an

16  Answer and Affirmative Defenses to Plaintiff's First Amended Complaint; (5) on September 15,

17  2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring

18  the E.D. Texas Action with respect to California Defendants, including Cyworld, to this District; (6)

19  on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the

20  Honorable Patricia V. Trumbull; (7) on December 15, 2009, the above-styled action was reassigned

21  to Honorable Jeremy Fogel; and (8) on March 18, 2010, the above-styled action was reassigned to

22  this Court.

23

24

25

26

27

28

**WHEREAS,** Cyworld is no longer an operating entity, has shutdown operations of its website - http://us.cyworld.com - as of February 19, 2010, has disconnected all of its servers from the internet, and is voluntarily liquidating the company;

**WHEREAS,** Cyworld confirmed to Balthaser that it has concluded normal business operations, is no longer operating nor planning to operate in the future its http://us.cyworld.com website, and is voluntarily liquidating the company;

**WHEREAS,** this Stipulation for Dismissal Without Prejudice of Defendant Cyworld, Inc. is being signed by all parties who have appeared in the above-styled action;[1]

**NOW, THEREFORE**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Balthaser and Cyworld, through their respective counsel, **AGREE AND HEREBY STIPULATE** and respectfully request for entry of an Order providing that:

1.     All claims and counterclaims asserted by Balthaser or Cyworld in the E.D. Texas Action and the above-styled action (collectively, "the Action") against the other are hereby dismissed without prejudice; and

2.     Balthaser and Cyworld shall each bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of the Action.

DATED:  April 13, 2010                          DICKSTEIN SHAPIRO LLP


                                                By:___/s/ Alfred R. Fabricant_____
                                                     Alfred R Fabricant*
                                                     fabricanta@dicksteinshapiro.com
                                                     Lawrence C. Drucker*
                                                     druckerl@dicksteinshapiro.com
                                                     Cindy Yang*
                                                     yangc@dicksteinshapiro.com
                                                     Bryan N. DeMatteo*

---

[1] Defendant Booker Entities, Inc. has not made an appearance in this litigation.

DICKSTEIN
SHAPIRO LLP

DOCSNY-409492v01

1    dematteob@dicksteinshapiro.com
     DICKSTEIN SHAPIRO LLP
2    1633 Broadway
     New York, NY 10019-6708
3    Telephone: (212) 277-6500
     Fax: (212) 277-6501
4
5    and
6    Lawrence R. LaPorte (SBN 130003)
     laporte@dicksteinshapiro.com
7    DICKSTEIN SHAPIRO LLP
     2049 Century Park East, Suite 700
8    Los Angeles, CA 90067
9    *Admitted *pro hac vice*
10
11   Attorneys for Plaintiff BALTHASER
     ONLINE, INC.
12
13   DATED:  April 13, 2010              GIBSON, DUNN & CRUTCHER LLP
14
                                         By : __/s/ Sarah E. Piepmeier_____
15                                           Wayne M. Barsky (SBN 116731)
                                             Sarah E. Piepmeier (SBN 227094)
16                                           GIBSON, DUNN & CRUTCHER LLP
                                             555 Mission Street, Suite 3000
17                                           San Francisco, CA 94105
                                             Telephone: (415) 393-8200
18                                           Facsimile: (415) 374-8404
19
                                         Attorneys for Defendants CYWORLD, INC.,
20                                       ELECTRONIC ARTS, INC., FREEWEBS,
                                         INC., GAIA, INC., INSIDER GUIDES, INC.,
21                                       LIVE JOURNAL, INC., MEREDITH CORP.,
                                         NING, INC., and SCRIPPS NETWORKS,
22                                       LLC
23
24   DATED:    April 13, 2010            FENWICK & WEST LLP
25
                                         By : __/s/ Michael J. Sacksteder_____
26                                           Darryl M. Woo (SBN 100513)
                                             Michael J. Sacksteder (SBN 191605)
27

                                    4

28

1

FENWICK & WEST LLP
555 California Street, 12th Floor
2
San Francisco, CA 94104
Telephone: (415) 875-2300
3
Facsimile: (415) 281-1350

4

Attorneys for Defendants
FRIENDFINDER CALIFORNIA, INC.,
5
VARIOUS, INC, GLOBAL ALPHABET,
INC., and CAPCOM USA
6

7

DATED:    April 13, 2010                 ROTHKEN LAW FIRM
8

9                                        By : ___/s/ Ira P. Rothken_____
Ira P. Rothken (SBN 160029)
10                                       ROTHKEN LAW FIRM
53 Hamilton Landing, Suite 280
11                                       Novato, CA 94949
Telephone: (415) 924-4250
12                                       Facsimile: (415) 924-2905

13                                       Attorneys for Defendants FRIENDFINDER
CALIFORNIA, INC., VARIOUS, INC, and
14                                       GLOBAL ALPHABET, INC.

15

16
DATED:    April 13, 2010                 COOLEY GODWARD KRONISH LLP
17
By : ____/s/ Lowell D. Mead_____
18                                       Timothy S. Teter (SBN 171451)
Lowell D. Mead (SBN 223989)
19                                       COOLEY GODWARD KRONISH
LLP
20                                       Five Palo Alto Square
3000 El Camino Real
21                                       Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
22                                       Facsimile: (650) 857-0663

23                                       Attorneys for Defendant HI5 NETWORKS,
INC.
24

25

26

27
                                              5
28

DICKSTEIN
SHAPIRO LLP

DOCSNY-409492v01

DATED:    April 13, 2010

CHADBOURNE & PARKE LLP

By :   /s/ John M. Hintz
  John M. Hintz*
  CHADBOURNE & PARKE LLP
  30 Rockefeller Plaza
  New York, NY 10112
  Telephone: (212) 408-1036
  Fax: (212) 541-5369
  Email:  jhintz@chadbourne.com

  and

  Duane R. Valz (CA Bar No. 184586)
  CHADBOURNE & PARKE LLP
  350 South Grand Avenue, 32nd Floor
  Los Angeles, CA  90071
  Telephone:  213-892-1000
  Fax:  213-892-2045
  Email:  dvalz@chadbourne.com

*Admitted *pro hac vice*

Attorneys for Defendant THE KNOT, INC.

DATED:    April 13, 2010

BANNER & WITCOFF, LTD.

By :   /s/ Christopher J. Renk
  Christopher J. Renk, IL 6199012*
  Thomas K. Pratt, IL 6209761*
  Timothy C. Meece, IL 6226967*
  BANNER & WITCOFF, LTD.
  10 S. Wacker Drive, Ste. 3000
  Chicago, IL 60606
  Telephone : (312) 463-5000
  Facsimile : (312) 463-5001

  and

  David R. Sugden (SBN 218465)
  CALL JENSEN & FERRELL
  610 Newport Center Drive, Suite 700
  Newport Beach, CA 92660
  Telephone: (949) 717-3000

Stipulation for Dismissal Without Prejudice of Defendant Cyworld, Inc.
No. 3:09-cv-05422-RS

DICKSTEIN
SHAPIRO LLP

DOCSNY-409492v01

1
    Facsimile: (949) 717-3100

2
    Attorneys for Defendant NIKE, INC.

3
    *Admitted *pro hac vice*

4

5
DATED:    April 13, 2010        DERGOSITS & NOAH LLP

6
    By :   /s/ Michael E. Dergosits
        Michael E. Dergosits (SBN 118206)

7
        Teddy K. Joe (SBN 242589)
        DERGOSITS & NOAH LLP

8
        Three Embarcadero Center, Suite 410
        San Francisco, CA 94111

9
        Telephone: (415) 705-6377
        Facsimile: (415) 705-6383

10

11
        and

12
        Edward J. Naughton**
        Matthew P. Sgro**

13
        BROWN RUDNICK LLP

14
        One Financial Center
        Boston, MA 02111

15
        Telephone: (617) 856-8200
        Fax: (617) 856-8201

16

17
    **Pro hac vice* application pending

18
    Attorneys for DEFENDANT PUMA
    NORTH AMERICA, INC.

19

20
DATED:  April 13, 2010        SCHIFFER ODOM HICKS & JOHNSON

21
    By :   /s/ Logan E. Johnson

22
        Logan E. Johnson*
        SCHIFFER ODOM HICKS & JOHNSON

23
        3200 Southwest Freeway, Suite 2390
        Houston, Texas 77027

24
        Tel: 713-357-5150
        Fax: 713-357-5160

25

26
    Attorneys for Defendant SWATCHBOX
    TECHNOLOGIES, INC.

27

28

7

DICKSTEIN
SHAPIRO LLP

DOCSNY-409492v01

*Admitted *pro hac vice*

DATED:   April 13, 2010                     LAW OFFICES OF JAMES MILLS

By :   /s/ James Mills_____
                James Mills (SBN 203783)
                1300 Clay Street, Suite 600
                Oakland, CA  94612
                Telephone: 510-521-8748
                Facsimile: 510-277-1413

Attorneys for Defendant 20/20 ICOVIA, INC.
(f/k/a HOOKUMU INC.)

DATED:   April 13, 2010                     RUSH LAW GROUP

By :   /s/ Stephen K. Rush_____
                Stephen K. Rush
                RUSH LAW GROUP
                1209 16th Avenue South
                Nashville, TN 37212
                Telephone: 615-327-7370
                Facsimile: 615-327-0811

Attorneys for Defendant EBAUM'S WORLD,
INC. (for this Stipulation only)

Stipulation for Dismissal Without Prejudice of Defendant Cyworld, Inc.
No. 3:09-cv-05422-RS

DICKSTEIN
SHAPIRO LLP

DOCSNY-409492v01

## ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/ Alfred R. Fabricant

Stipulation for Dismissal Without Prejudice of Defendant Cyworld, Inc.
No. 3:09-cv-05422-RS

DICKSTEIN
SHAPIRO LLP

DOCSNY-409492v01