1 PILLSBURY WINTHROP SHAW PITTMAN LLP
VERNON H. GRANNEMAN (SBN 083532)
2   vernon.granneman@pillsburylaw.com
2475 Hanover Street
3 Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
4 Facsimile: (650) 233-4545

5 PILLSBURY WINTHROP SHAW PITTMAN LLP
COLIN T. KEMP (SBN 215408)
6   colin.kemp@pillsburylaw.com
50 Fremont Street
7 San Francisco, CA 94105-2228
Telephone: (415) 983-1000
8 Facsimile: (415) 983-1200

9 Attorneys for Defendant and Counter-Claimant
NIKE, INC.
10

11                UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

14

15 BALTHASER ONLINE, INC.,       )   No. 3:09-cv-05422-RS (PVT)

16             Plaintiff,   **SUBSTITUTION OF COUNSEL**

17   vs.   Complaint Filed: 11/24/2008
  Judge: Hon. Richard Seeborg
18 ART STAR DESIGN LLC, et al.,

19            Defendants.

20

21     TO THE COURT AND ALL PARTIES OF RECORD:

22     PLEASE TAKE NOTICE that Defendant and Counter-Claimant, NIKE, INC., hereby

23 substitutes the above-named counsel, Pillsbury Winthrop Shaw Pittman LLP, as their new legal

24 representative in place of their former legal representative Call & Jensen.

25

26

27

28

1  PILLSBURY WINTHROP SHAW PITTMAN LLP accepts to this substitution.
2  Dated: 4·13·10                              PILLSBURY WINTHROP SHAW PITTMAN LLP
3
4                                              By: _____
5                                                          Vernon H. Granneman
6  NIKE, INC. consents to this substitution.
7  Dated: 4/12/10                              NIKE, INC.
8
9
                                                By: _____
10                                                          Julianne R. Davis
11  CALL & JENSEN consents to this substitution.
12  Dated: 4/9/2010                             CALL & JENSEN
13
14
                                                By: _____
15                                                          David R. Sugden
16                                              **ORDER**
17  IT IS SO ORDERED.
18
19  Dated:_____                    _____
20                                              Hon. Richard Seeborg
                                                United States District Court Judge
21
22
23
24
25
26
27
28