*E-Filed 4/14/10*

1  DICKSTEIN SHAPIRO LLP
   Alfred R Fabricant (admitted *pro hac vice*)
2  fabricanta@dicksteinshapiro.com
   Lawrence C. Drucker (admitted *pro hac vice*)
3  druckerl@dicksteinshapiro.com
4  Cindy Yang (admitted *pro hac vice*)
   yangc@dicksteinshapiro.com
5  Bryan N. DeMatteo (admitted *pro hac vice*)
   dematteob@dicksteinshapiro.com
6  1633 Broadway
7  New York, NY 10019-6708
   Telephone: (212) 277-6500
8  Fax: (212) 277-6501

9  and

10 Lawrence R. LaPorte (SBN 130003)
   laporte@dicksteinshapiro.com
11 2049 Century Park East, Suite 700
12 Los Angeles, CA 90067

13 Attorneys for Plaintiff
   BALTHASER ONLINE, INC.
14

15
   GIBSON, DUNN & CRUTCHER LLP
16 Wayne M. Barsky (SBN 116731)
   Sarah E. Piepmeier (SBN 227094)
17 555 Mission Street, Suite 3000
   San Francisco, CA 94105
18 Telephone: (415) 393-8200
19 Facsimile: (415) 374-8404

20 Attorneys for Defendant
   CYWORLD, INC.
21

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BALTHASER ONLINE, INC., | |
| Plaintiff, | No. 3:09-cv-05422-RS |

[Proposed] Order re Stipulation for Dismissal Without Prejudice of Defendant Cyworld, Inc.

DOCSNY-409496v01

DICKSTEIN SHAPIRO LLP

v.

ART STAR DESIGN LLC, et al.

Defendants.

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CYWORLD, INC.**

**WHEREAS,** (1) on November 4, 2008, Balthaser filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) (the "E.D. Texas Action") against, among others, Cyworld Incorporated (sued herein as Cyworld, Inc.) ("Cyworld"); (2) on January 12, 2009, Cyworld filed an Answer and Affirmative Defenses to Plaintiff's Complaint; (3) on January 15, 2009, Balthaser filed a First Amended Complaint; (4) on February 2, 2009, Cyworld filed an Answer and Affirmative Defenses to Plaintiff's First Amended Complaint; (5) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the E.D. Texas Action with respect to California Defendants, including Cyworld, to this District; (6) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbull; (7) on December 15, 2009, the above-styled action was reassigned to Honorable Jeremy Fogel; and (8) on March 18, 2010, the above-styled action was reassigned to this Court.

**WHEREAS,** Cyworld is no longer an operating entity, has shutdown operations of its website - http://us.cyworld.com - as of February 19, 2010, has disconnected all of its servers from the internet, and is voluntarily liquidating the company;

**WHEREAS,** Cyworld confirmed to Balthaser that it has concluded normal business operations, is no longer operating nor planning to operate in the future its http://us.cyworld.com website, and is voluntarily liquidating the company;

**WHEREAS,** Balthaser and Cyworld have filed a Stipulation and [Proposed] Order for Dismissal Without Prejudice of Defendant Cyworld, Inc. (the "Stipulation") with this Court, and such Stipulation was signed by all parties who have appeared in the above-styled action;

**NOW, THEREFORE**, after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

1. All claims and counterclaims asserted by Balthaser or Cyworld in the E.D. Texas Action and the above-styled action (collectively, "the Action") against the other are hereby dismissed without prejudice; and

2. Balthaser and Cyworld shall each bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of the Action.

Dated: 4/14/10

_____
Honorable Richard Seeborg
United States District Court Judge