*E-Filed 4/14/10*

1  DICKSTEIN SHAPIRO LLP
   Alfred R Fabricant (admitted *pro hac vice*)
2  fabricanta@dicksteinshapiro.com
   Lawrence C. Drucker (admitted *pro hac vice*)
3  druckerl@dicksteinshapiro.com
   Cindy Yang (admitted *pro hac vice*)
4  yangc@dicksteinshapiro.com
   Bryan N. DeMatteo (admitted *pro hac vice*)
5  dematteob@dicksteinshapiro.com
6  1633 Broadway
   New York, NY 10019-6708
7  Telephone: (212) 277-6500
8  Fax: (212) 277-6501

9  and

10 Lawrence R. LaPorte (SBN 130003)
   laporte@dicksteinshapiro.com
11 2049 Century Park East, Suite 700
12 Los Angeles, CA 90067

13 Attorneys for Plaintiff
   BALTHASER ONLINE, INC.
14

15
   RUSH LAW GROUP
16 Stephen K. Rush
   1209 16th Avenue South
17 Nashville, TN 37212
   Telephone: 615-327-7370
18  Facsimile: 615-327-0811

19
   Attorneys for Defendant EBAUM'S WORLD, INC. (for this Stipulation only)
20

21
22            **UNITED STATES DISTRICT COURT**
23            **NORTHERN DISTRICT OF CALIFORNIA**
              **SAN FRANCISCO DIVISION**
24

25  BALTHASER ONLINE, INC.,              | No. 3:09-cv-05422-RS
26                                       |
              Plaintiff,                 |
27                                       | [PROPOSED] **ORDER RE**
    v.                                   | **STIPULATION FOR DISMISSAL**
28

[Proposed] Order re Stipulation for Dismissal Without Prejudice of Defendant Ebaum's World, Inc.

| | |
|---|---|
| ART STAR DESIGN LLC, et al.<br><br>Defendants. | **WITHOUT PREJUDICE OF DEFENDANT EBAUM'S WORLD, INC.** |

**WHEREAS,** (1) on November 4, 2008, Balthaser filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) (the "E.D. Texas Action") against, among others, Ebaum's World, Inc. ("Ebaum's World"); (2) on January 15, 2009, Balthaser filed a First Amended Complaint; (3) on February 2, 2009, Ebaum's World filed an Original Answer to Plaintiff's First Amended Complaint; (4) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the E.D. Texas Action with respect to California Defendants, including Ebaum's World, to this District; (5) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbull; (6) on December 15, 2009, the above-styled action was reassigned to Honorable Jeremy Fogel; and (7) on March 18, 2010, the above-styled action was reassigned to this Court;

**WHEREAS,** as indicated in a February 24, 2010 Notice of Motion and Unopposed Motion to Withdraw as Counsel for Ebaum's World, Inc. by Rush Law Group, Ebaum's World is no longer an operating entity and has initiated a voluntary shutdown and liquidation of the company (*see* D.I. 416 & 417);

**WHEREAS,** Ebaum's World confirmed to Balthaser that it has concluded normal business operations, is no longer operating the http://www.ebaumsworld.com/ website, and is voluntarily shutting down and liquidating the company;

**WHEREAS,** Balthaser and Ebaum's World have filed a Stipulation and [Proposed] Order for Dismissal Without Prejudice of Defendant Ebaum's World, Inc. (the "Stipulation") with

2

[Proposed] Order re Stipulation for Dismissal Without Prejudice of Defendant Ebaum's World, Inc.

this Court, and such Stipulation was signed by all parties who have appeared in the above-styled action;

**NOW, THEREFORE**, after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

1. All claims and counterclaims asserted by Balthaser or Ebaum's World in the E.D. Texas Action and the above-styled action (collectively, "the Action") against the other are hereby dismissed without prejudice; and

2. Balthaser and Ebaum's World shall each bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of the Action.

Dated: __4/14/10_____   _____
Honorable Richard Seeborg
United States District Court Judge

DICKSTEIN SHAPIRO LLP

3

[Proposed] Order re Stipulation for Dismissal Without Prejudice of Defendant Ebaum's World, Inc.