*E-Filed 4/14/10*

1   DICKSTEIN SHAPIRO LLP
2   Alfred R Fabricant (admitted *pro hac vice*)
    fabricanta@dicksteinshapiro.com
3   Lawrence C. Drucker (admitted *pro hac vice*)
    druckerl@dicksteinshapiro.com
4   Cindy Yang (admitted *pro hac vice*)
    yangc@dicksteinshapiro.com
5   Bryan N. DeMatteo (admitted *pro hac vice*)
    dematteob@dicksteinshapiro.com
6   1633 Broadway
7   New York, NY 10019-6708
    Telephone: (212) 277-6500
8   Fax: (212) 277-6501

9   and

10  Lawrence R. LaPorte (SBN 130003)
11  laporte@dicksteinshapiro.com
    2049 Century Park East, Suite 700
12  Los Angeles, CA 90067

13  Attorneys for Plaintiff
14  BALTHASER ONLINE, INC.

15
16  RUSH LAW GROUP
    Stephen K. Rush
17  1209 16th Avenue South
    Nashville, TN 37212
18  Telephone: 615-327-7370
     Facsimile: 615-327-0811
19
20  Attorneys for Defendant EBAUM'S WORLD, INC. (for this Stipulation only)

21
22              **UNITED STATES DISTRICT COURT**
23             **NORTHERN DISTRICT OF CALIFORNIA**
24               **SAN FRANCISCO DIVISION**
25

| | |
|---|---|
| BALTHASER ONLINE, INC., | No. 3:09-cv-05422-RS |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL** |

[Proposed] Order re Stipulation for Dismissal Without Prejudice of Defendant Ebaum's World, Inc.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ART STAR DESIGN LLC, et al.

Defendants.

**WITHOUT PREJUDICE OF
DEFENDANT EBAUM'S WORLD, INC.**

**WHEREAS,** (1) on November 4, 2008, Balthaser filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) (the "E.D. Texas Action") against, among others, Ebaum's World, Inc. ("Ebaum's World"); (2) on January 15, 2009, Balthaser filed a First Amended Complaint; (3) on February 2, 2009, Ebaum's World filed an Original Answer to Plaintiff's First Amended Complaint; (4) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the E.D. Texas Action with respect to California Defendants, including Ebaum's World, to this District; (5) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbull; (6) on December 15, 2009, the above-styled action was reassigned to Honorable Jeremy Fogel; and (7) on March 18, 2010, the above-styled action was reassigned to this Court;

**WHEREAS,** as indicated in a February 24, 2010 Notice of Motion and Unopposed Motion to Withdraw as Counsel for Ebaum's World, Inc. by Rush Law Group, Ebaum's World is no longer an operating entity and has initiated a voluntary shutdown and liquidation of the company (*see* D.I. 416 & 417);

**WHEREAS,** Ebaum's World confirmed to Balthaser that it has concluded normal business operations, is no longer operating the http://www.ebaumsworld.com/ website, and is voluntarily shutting down and liquidating the company;

**WHEREAS,** Balthaser and Ebaum's World have filed a Stipulation and [Proposed] Order for Dismissal Without Prejudice of Defendant Ebaum's World, Inc. (the "Stipulation") with

2

~~[Proposed]~~ Order re Stipulation for Dismissal Without Prejudice of Defendant Ebaum's World, Inc.

DICKSTEIN
SHAPIRO LLP

this Court, and such Stipulation was signed by all parties who have appeared in the above-styled action;

NOW, THEREFORE, after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

1. All claims and counterclaims asserted by Balthaser or Ebaum's World in the E.D. Texas Action and the above-styled action (collectively, "the Action") against the other are hereby dismissed without prejudice; and

2. Balthaser and Ebaum's World shall each bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of the Action.

Dated: __ 4/14/10 _____

_____
Honorable Richard Seeborg
United States District Court Judge

[Proposed] Order re Stipulation for Dismissal Without Prejudice of Defendant Ebaum's World, Inc.

DICKSTEIN
SHAPIRO LLP