1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (SBN 083532)
2  vernon.granneman@pillsburylaw.com
   2475 Hanover Street
3  Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
4  Facsimile: (650) 233-4545

5  PILLSBURY WINTHROP SHAW PITTMAN LLP
   COLIN T. KEMP (SBN 215408)
6  colin.kemp@pillsburylaw.com
   50 Fremont Street
7  San Francisco, CA 94105-2228
   Telephone: (415) 983-1000
8  Facsimile: (415) 983-1200

9  Attorneys for Defendant and Counter-Claimant
   NIKE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ART STAR DESIGN LLC, et al., <br><br> Defendants. | No. 3:09-cv-05422-RS (PVT) <br><br> **SUBSTITUTION OF COUNSEL** <br><br> Complaint Filed: 11/24/2008 <br> Judge: Hon. Richard Seeborg |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Defendant and Counter-Claimant, NIKE, INC., hereby substitutes the above-named counsel, Pillsbury Winthrop Shaw Pittman LLP, as their new legal representative in place of their former legal representative Call & Jensen.

PILLSBURY WINTHROP SHAW PITTMAN LLP accepts to this substitution.

Dated: 4·13·10    PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _____
Vernon H. Granneman

NIKE, INC. consents to this substitution.

Dated: 4/12/10    NIKE, INC.

By: _____
Julianne R. Davis

CALL & JENSEN consents to this substitution.

Dated: 4/9/2010    CALL & JENSEN

By: _____
David R. Sugden

**ORDER**

IT IS SO ORDERED.

Dated: 4-14-10

_____
Hon. Richard Seeborg
United States District Court Judge