| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>VERNON H. GRANNEMAN (SBN 083532) |
| 2 | vernon.granneman@pillsburylaw.com<br>2475 Hanover Street |
| 3 | Palo Alto, CA 94304-1114<br>Telephone: (650) 233-4500 |
| 4 | Facsimile: (650) 233-4545 |
| 5 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>COLIN T. KEMP (SBN 215408) |
| 6 | colin.kemp@pillsburylaw.com<br>50 Fremont Street |
| 7 | San Francisco, CA 94105-2228<br>Telephone: (415) 983-1000 |
| 8 | Facsimile: (415) 983-1200 |
| 9 | Attorneys for Defendant and Counter-Claimant<br>NIKE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., | No. 3:09-cv-05422-RS (PVT) |
| Plaintiff, | **SUBSTITUTION OF COUNSEL** |
| vs. | Complaint Filed: 11/24/2008<br>Judge: Hon. Richard Seeborg |
| ART STAR DESIGN LLC, et al., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Defendant and Counter-Claimant, NIKE, INC., hereby substitutes the above-named counsel, Pillsbury Winthrop Shaw Pittman LLP, as their new legal representative in place of their former legal representative Call & Jensen.

1 | PILLSBURY WINTHROP SHAW PITTMAN LLP accepts to this substitution.

2 | Dated: 4.13.10          PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _____
Vernon H. Granneman

6 | NIKE, INC. consents to this substitution.

7 | Dated: 4/12/10          NIKE, INC.

By: _____
Julianne R. Davis

11 | CALL & JENSEN consents to this substitution.

12 | Dated: 4/9/2010          CALL & JENSEN

By: _____
David R. Sugden

**ORDER**

17 | IT IS SO ORDERED.

19 | Dated: 4-14-10

_____
Hon. Richard Seeborg
United States District Court Judge

702136982v1          - 2 -          SUBSTITUTION OF COUNSEL
3:09-cv-05422-RS (PVT)