DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.


SCHIFFER ODOM HICKS & JOHNSON
Logan E. Johnson (admitted *pro hac vice*)
3200 Southwest Freeway, Suite 2390
Houston, Texas 77027
Tel: 713-357-5150
Fax: 713-357-5160

Attorneys for Defendant
SWATCHBOX TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, | No. 5:09-cv-05422-RS |

~~[Proposed]~~ Order re Stipulation on Dismissal of Defendant Swatchbox Technologies, Inc.

DICKSTEIN
SHAPIRO LLP

|   |   |
|---|---|
| v.<br><br>ART STAR DESIGN LLC, et al.<br><br>Defendants. | [PROPOSED] ORDER RE STIPULATION ON DISMISSAL OF DEFENDANT SWATCHBOX TECHNOLOGIES, INC. |

**WHEREAS,** (1) on November, 4, 2008, Plaintiff Balthaser Online, Inc. ("Balthaser") filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) against, among others, Defendant Swatchbox Technolgies, Inc. ("Swatchbox"); (2) on January 12, 2009, Swatchbox filed an Answer and Affirmative Defenses to Plaintiff's Complaint; (3) on January 15, 2009, Balthaser filed a First Amended Complaint; (4) on February 2, 2009, Swatchbox filed an Answer and Affirmative Defenses to Plaintiff's First Amended Complaint; (5) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the action with respect to California Defendants, including Swatchbox, to this Court; (6) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbull; (7) on December 15, 2009, the above-styled action was reassigned to Honorable Jeremy Fogel; and (8) on March 18, 2010, the above-styled action was reassigned to this Court.

**WHEREAS,** Balthaser and Swatchbox have reached a mutually satisfactory resolution of all issues between them that were the subject of Civil Action No. 2:08-cv-430 (DF) and the above-styled action (collectively, the "Action");

**WHEREAS,** Balthaser and Swatchbox have filed a Stipulation on Dismissal of Defendant Swatchbox Technologies, Inc. (the "Stipulation") with this Court advising the Court that the parties have reached a mutually satisfactory resolution of all issues between them that were subject of this Action;

2
[Proposed] Order re Stipulation on Dismissal of Defendant Swatchbox Technologies, Inc.

DICKSTEIN SHAPIRO LLP

**NOW, THEREFORE,** after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

1. All claims and counterclaims asserted by either party in the Action against the other are hereby dismissed with prejudice;

2. Each party shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action; and

3. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

Dated: May 11, 2010

_____
Honorable Richard Seeborg
United States District Court Judge

3
[Proposed] Order re Stipulation on Dismissal of Defendant Swatchbox Technologies, Inc.

DICKSTEIN
SHAPIRO LLP