# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| BALTHASER ONLINE, INC., | CASE NO. No. 3:09-cv-05422-RS |
|---|---|
| Plaintiff, | Hon. Judge Richard Seeborg |
| v. | [PROPOSED] ORDER GRANTING CIVIL L.R. 6-2 STIPULATED REQUEST FOR ORDER RESCHEDULING HEARING AND ENLARGING TIME TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY |
| ELECTRONIC ARTS, INC. et al., | |
| Defendants. | |

The parties in this litigation have stipulated pursuant to Civil L.R. 6-2 to reschedule the hearing and enlarge time to respond to Defendants' Motion For Summary Judgment Of Invalidity. This Court, having considered the reasons for the extension, finds there is good cause to grant the request pursuant to Civil L.R. 6-2. Accordingly, this Court hereby ORDERS that:

1. The parties' request is GRANTED.

2. The hearing on Defendants' Motion For Summary Judgment Of Invalidity is continued to October 21, 2010 at 1:30 p.m.

3. Plaintiff's Opposition to Defendants' Motion For Summary Judgment Of Invalidity shall be due 28 days before the October 21 hearing (*i.e.*, on or before September 23, 2010).

4. Defendants' Reply, if any, shall be due 14 days before the October 21 hearing (*i.e.*, on or before October 7, 2010).

SO ORDERED:

Dated: __9/17_____, 2010

_____
Honorable Richard Seeborg
United States District Judge