**United States District Court**
For the Northern District of California

1

2

3

4

5

6

**\*\*E-filed 09/27/2010\*\***

7          IN THE UNITED STATES DISTRICT COURT

8      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9           SAN FRANCISCO DIVISION

10

11    BALTHASER ONLINE, INC.                    No. C 09-5422 RS

12              Plaintiff,
          v.                              **ORDER RE REQUEST FOR
13                                          ADMINISTRATIVE ORDER**

14    ART STAR DESIGN LLC, et al.,

15              Defendants.
      _____/

16

17        In this patent infringement action, the parties have been engaged in preparations for a claims

18    construction hearing, presently scheduled for December 1, 2010.  On September 2, 2010, however,

19    defendants moved for summary judgment, contending that the present record permits a

20    determination that the asserted claims of the patent-in-suit are invalid as a matter of law on

21    undisputed facts, without a full-fledged claims construction hearing and order. The hearing on that

22    motion is scheduled for October 21, 2010.

23        On September 23, 2010, plaintiff filed an opposition to the summary judgment motion that

24    argues both that the motion is premature, and that it should be denied on the merits.  Invoking Civil

25    Local Rule 7-11, plaintiff also filed a request that the summary judgment motion either be stricken

26    without prejudice, or that the hearing thereon be deferred until claims construction and expert

27    discovery has taken place.

28

**United States District Court**
For the Northern District of California

1    Plaintiff's request verges on seeking to resolve substantive questions beyond the scope of a

2  Rule 7-11 motion, regarding the extent to which claim construction may be necessary to resolve the

3  summary judgment motion.  At heart, however, plaintiffs are raising questions of case management

4  and scheduling that are appropriately addressed through a motion brought under Rule 7-11 and/or

5  Rule 6-3.

6    That said, an evaluation of whether it might be appropriate to reach the merits of defendants'

7  summary judgment motion prior to claim construction requires a closer examination of the merits of

8  that motion than is practicable at this stage of the briefing.  Because plaintiff has already prepared

9  and filed substantive opposition to the summary judgment motion, it will not be prejudiced if that

10  motion remains on calendar for now.  Accordingly, defendants shall file their reply brief in support

11  of the summary judgment as scheduled.   The parties shall also proceed with preparations for claim

12  construction on the assumption that even if a hearing on the summary judgment motion goes

13  forward on October 21, 2010, the Court may elect not to decide the motion until after the claim

14  construction hearing.  A further order or Clerk's notice will issue if the hearing on the summary

15  judgment motion is to be continued or if the matter is taken under submission without oral

16  argument, pursuant to Civil Local Rule 7-1(b).

17

18  IT IS SO ORDERED.

19

20  Dated: 09/27/10

      _____
21         RICHARD SEEBORG
           UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

2