DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.


GOODWIN PROCTER LLP
Rebecca Unruh (SBN 267881)
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Telephone: 650-752-3236
Fax: 650-853-1038

Attorneys for Defendant
GAIA INTERACTIVE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, | No. 3:09-cv-05422-RS <br><br> [~~PROPOSED~~] ORDER DISMISSING |

|   |   |
|---|---|
| v.<br><br>ELECTRONIC ARTS, INC, et al.<br><br>Defendants. | **DEFENDANT GAIA INTERACTIVE, INC.** |

**WHEREAS,** (1) on November, 4, 2008, Plaintiff Balthaser Online, Inc. ("Balthaser") filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) against, among others, Defendant Gaia Interactive, Inc. ("Gaia"); (2) on January 12, 2009, Gaia filed an Answer and Affirmative Defenses to Plaintiff's Complaint; (3) on January 15, 2009, Balthaser filed a First Amended Complaint; (4) on February 2, 2009, Gaia filed an Answer and Affirmative Defenses to Plaintiff's First Amended Complaint; (5) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the action with respect to California Defendants, and certain other defendants, including Gaia, to this District; (6) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbell; (7) on December 15, 2009, the above-styled action was reassigned to Honorable Jeremy Fogel; and (8) on March 18, 2010, the above-styled action was reassigned to this Court.

**WHEREAS,** Balthaser and Gaia have reached a mutually satisfactory resolution of all issues between them that were the subject of Civil Action No. 2:08-cv-430 (DF) and the above-styled action (collectively, the "Action");

**WHEREAS,** Balthaser and Gaia have filed a Stipulation of Dismissal (the "Stipulation") with this Court advising the Court that the parties have reached a mutually satisfactory resolution of all issues between them that were subject of this Action;

**NOW, THEREFORE,** after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

DICKSTEIN SHAPIRO LLP

1. All claims and counterclaims asserted by Balthaser in the Action against Gaia are hereby dismissed with prejudice;

2. All claims and counterclaims asserted by Gaia in the Action against Balthaser are hereby dismissed with prejudice;

3. Each party shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action; and

4. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

Dated: 10/28/10

_____
Honorable Richard Seeborg
United States District Court Judge