DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.


DERGOSITS & NOAH LLP
Michael E. Dergosits (SBN 118206)
Teddy K. Joe (SBN 242589)
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

and

BROWN RUDNICK LLP
Edward J. Naughton (admitted *pro hac vice*)
Matthew P. Sgro (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Fax: (617) 856-8201

Attorneys for Defendant
PUMA NORTH AMERICA, INC.

[Proposed] Order Dismissing Defendant Puma North America, Inc.
No. 3:09-cv-05422-RS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., | No. 3:09-cv-05422-RS |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER DISMISSING DEFENDANT PUMA NORTH AMERICA, INC. |
| ELECTRONIC ARTS, INC, et al. | |
| Defendants. | |

**WHEREAS,** (1) on November 4, 2008, Plaintiff Balthaser Online, Inc. ("Balthaser") filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF); (2) on January 15, 2009, Balthaser filed a First Amended Complaint against, among others, Defendant Puma North America, Inc. ("Puma"); (3) on March 16, 2009, Puma filed an Answer to First Amended Complaint and Counterclaims for Declaratory Judgment; (4) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the action with respect to California Defendants, and certain other defendants, including Puma, to this District; (5) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbell; (6) on December 15, 2009, the above-styled action was reassigned to Honorable Jeremy Fogel; and (7) on March 18, 2010, the above-styled action was reassigned to this Court (collectively, the "Action");

**WHEREAS,** Balthaser and Puma (individually, the "Party"; collectively, the "Parties") have filed a Stipulation of Dismissal (the "Stipulation") with this Court;

**NOW, THEREFORE,** after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

1.      All claims and counterclaims asserted by either Party in the Action against the other are hereby dismissed with prejudice;

2.      Each Party shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action;

3.      This Court denies all unresolved pending motions in the Action between the Parties as moot; and

4.      This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

**IT IS SO ORDERED.**

Dated: ___10/28/10_____

_____
Honorable Richard Seeborg
United States District Court Judge

3

DICKSTEIN
SHAPIRO LLP