1  DICKSTEIN SHAPIRO LLP
   Alfred R Fabricant (admitted *pro hac vice*)
2  fabricanta@dicksteinshapiro.com
3  Lawrence C. Drucker (admitted *pro hac vice*)
   druckerl@dicksteinshapiro.com
4  Cindy Yang (admitted *pro hac vice*)
   yangc@dicksteinshapiro.com
5  Bryan N. DeMatteo (admitted *pro hac vice*)
   dematteob@dicksteinshapiro.com
6  1633 Broadway
7  New York, NY 10019-6708
   Telephone: (212) 277-6500
8  Fax: (212) 277-6501

9  and

10 Lawrence R. LaPorte (SBN 130003)
11 laporte@dicksteinshapiro.com
   2049 Century Park East, Suite 700
12 Los Angeles, CA 90067

13 Attorneys for Plaintiff
14 BALTHASER ONLINE, INC.

15

16 DERGOSITS & NOAH LLP
   Michael E. Dergosits (SBN 118206)
17 Teddy K. Joe (SBN 242589)
18 Three Embarcadero Center, Suite 410
   San Francisco, CA 94111
19 Telephone: (415) 705-6377
   Facsimile: (415) 705-6383
20
   and
21
22 BROWN RUDNICK LLP
   Edward J. Naughton (admitted *pro hac vice*)
23 Matthew P. Sgro (admitted *pro hac vice*)
   One Financial Center
24 Boston, MA 02111
   Telephone: (617) 856-8200
25 Fax: (617) 856-8201

26
   Attorneys for Defendant
27 PUMA NORTH AMERICA, INC.

28

DICKSTEIN
SHAPIRO LLP

[Proposed] Order Dismissing Defendant Puma North America, Inc.
No. 3:09-cv-05422-RS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELECTRONIC ARTS, INC, et al. <br><br> Defendants. | No. 3:09-cv-05422-RS <br><br> [PROPOSED] ORDER DISMISSING DEFENDANT PUMA NORTH AMERICA, INC. |

**WHEREAS,** (1) on November 4, 2008, Plaintiff Balthaser Online, Inc. ("Balthaser") filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF); (2) on January 15, 2009, Balthaser filed a First Amended Complaint against, among others, Defendant Puma North America, Inc. ("Puma"); (3) on March 16, 2009, Puma filed an Answer to First Amended Complaint and Counterclaims for Declaratory Judgment; (4) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the action with respect to California Defendants, and certain other defendants, including Puma, to this District; (5) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbell; (6) on December 15, 2009, the above-styled action was reassigned to Honorable Jeremy Fogel; and (7) on March 18, 2010, the above-styled action was reassigned to this Court (collectively, the "Action");

**WHEREAS,** Balthaser and Puma (individually, the "Party"; collectively, the "Parties") have filed a Stipulation of Dismissal (the "Stipulation") with this Court;

**NOW, THEREFORE,** after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

1. All claims and counterclaims asserted by either Party in the Action against the other are hereby dismissed with prejudice;

2. Each Party shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action;

3. This Court denies all unresolved pending motions in the Action between the Parties as moot; and

4. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

**IT IS SO ORDERED.**

Dated: __10/28/10_____

_____
Honorable Richard Seeborg
United States District Court Judge