DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.


GIBSON, DUNN & CRUTCHER LLP
Wayne M. Barsky (SBN 116731)
wbarsky@gibsondunn.com
2029 Century Park East
Los Angeles, CA 90067-3026
Telephone: (310) 557-8183
Facsimile: (310) 552-7010

and

Sarah E. Piepmeier (SBN 227094)
spiepmeier@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 374-8404

Attorneys for Defendant
LIVE JOURNAL, INC.

[Proposed] Order re Stipulation on Dismissal of Defendant Live Journal, Inc.
No. 3:09-cv-05422-RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELECTRONIC ARTS, INC, et al. <br><br> Defendants. | No. 3:09-cv-05422-RS <br><br> [~~PROPOSED~~] ORDER RE. STIPULATION ON DISMISSAL OF DEFENDANT LIVE JOURNAL, INC. |

**WHEREAS,** (1) on November, 4, 2008, Plaintiff Balthaser Online, Inc. ("Balthaser") filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) against, among others, Defendant Live Journal, Inc. ("Live Journal"); (2) on January 12, 2009, Live Journal filed an Answer and Affirmative Defenses to the Complaint; (3) on January 15, 2009, Balthaser filed a First Amended Complaint; (4) on February 2, 2009, Live Journal filed an Answer and Affirmative Defenses to the First Amended Complaint; (5) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the action with respect to California Defendants, and certain other defendants, including Live Journal, to this District; (6) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbell; (7) on December 15, 2009, the above-styled action was reassigned to Honorable Jeremy Fogel; and (8) on March 18, 2010, the above-styled action was reassigned to this Court.

**WHEREAS,** Balthaser and Live Journal have reached a mutually satisfactory resolution of all issues between them that were the subject of Civil Action No. 2:08-cv-430 (DF) and the above-styled action (collectively, the "Action");

**WHEREAS,** Balthaser and Live Journal have filed a Stipulation of Dismissal (the "Stipulation") with this Court advising the Court that the parties have reached a mutually satisfactory resolution of all issues between them that were subject of this Action;

**NOW, THEREFORE,** after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

1. All claims and counterclaims asserted by either party in the Action against the other are hereby dismissed with prejudice;

2. Each party shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action; and

3. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

Dated:  11/22/10

_____
Honorable Richard Seeborg
United States District Court Judge