DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.


BANNER & WITCOFF, LTD.
Christopher J. Renk, IL 6199012 (admitted *pro hac vice*)
Thomas K. Pratt, IL 6209761 (admitted *pro hac vice*)
Timothy C. Meece, IL 6226967 (admitted *pro hac vice*)
10 S. Wacker Drive, Ste. 3000
Chicago, IL 60606
Telephone : (312) 463-5000
Facsimile : (312) 463-5001

PILLSBURY WINTHROP SHAW PITTMAN LLP
Vernon H. Granneman (SBN 083532)
2475 Hanover Street
Palo Alto, CA 94304-1114

and

Colin T. Kemp (SBN 215408)
50 Fremont Street
San Francisco, CA 94105-2228

Stipulation on Dismissal of Defendant Nike, Inc.
No. 3:09-cv-05422-RS

DICKSTEIN SHAPIRO LLP

1  Attorneys for Defendant
2  NIKE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., | No. 3:09-cv-05422-RS |
| Plaintiff, | |
| v. | **STIPULATION ON DISMISSAL OF DEFENDANT NIKE, INC.** |
| ELECTRONIC ARTS, INC, et al. | |
| Defendants. | |

**WHEREAS,** (1) on November, 4, 2008, Plaintiff Balthaser Online, Inc. ("Balthaser") filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) against, among others, Defendant Nike, Inc. ("Nike"); (2) on January 2, 2009, Nike filed an Answer and Affirmative Defenses; (3) on January 15, 2009, Balthaser filed a First Amended Complaint; (4) on February 2, 2009, Nike filed an Answer and Affirmative Defenses to the Plaintiff's First Amended Complaint; (5) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the action with respect to California Defendants, and certain other defendants, including Nike, to this District; (6) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbell; (7) on December 15, 2009, the above-styled action was reassigned to Honorable Jeremy Fogel; and (8) on March 18, 2010, the above-styled action was reassigned to this Court.

**WHEREAS,** Balthaser and Nike have reached a mutually satisfactory resolution of all issues between them that were the subject of Civil Action No. 2:08-cv-430 (DF) and the above-styled action (collectively, the "Action");

**NOW, THEREFORE,** Balthaser and Nike, through their undersigned counsel, jointly request and stipulate to the entry of an Order providing that:

1. All claims and counterclaims asserted by either party in the Action against the other are hereby dismissed with prejudice;

2. Each party shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action; and

3. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

November 24, 2010                                          Respectfully submitted,


BANNER & WITCOFF, LTD.                      DICKSTEIN SHAPIRO LLP


By : _/s/ Christopher J. Renk _____         By:_/s/ Alfred R. Fabricant_____
    Christopher J. Renk, IL 6199012*              Alfred R. Fabricant*
    Thomas K. Pratt, IL 6209761*                    fabricanta@dicksteinshapiro.com
    Timothy C. Meece, IL 6226967*                 Lawrence C. Drucker*
    BANNER & WITCOFF, LTD.                         druckerl@dicksteinshapiro.com
    10 S. Wacker Drive, Ste. 3000                      Cindy Yang*
    Chicago, IL 60606                                         yangc@dicksteinshapiro.com
    Telephone : (312) 463-5000                         Bryan N. DeMatteo*
    Facsimile : (312) 463-5001                            dematteob@dicksteinshapiro.com
                                                                        DICKSTEIN SHAPIRO LLP
    Vernon H. Granneman (SBN 083532)       1633 Broadway
    PILLSBURY WINTHROP SHAW                  New York, NY 10019-6708
    PITTMAN LLP                                                 Tel: (212) 277-6500
    2475 Hanover Street                                     Fax: (212) 277-6501
    Palo Alto, CA 94304-1114
                                                                                        and
        and
                                                                        Lawrence R. LaPorte (SBN 130003)

| | |
|---|---|
| Colin T. Kemp (SBN 215408)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>50 Fremont Street<br>San Francisco, CA 94105-2228 | laporte@dicksteinshapiro.com<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067<br><br>*Admitted *pro hac vice* |
| *Admitted *pro hac vice*<br><br>ATTORNEYS FOR DEFENDANT NIKE, INC. | ATTORNEYS FOR PLAINTIFF BALTHASER ONLINE, INC. |

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/ Alfred R. Fabricant