1   DICKSTEIN SHAPIRO LLP
2   Alfred R Fabricant (admitted *pro hac vice*)
    fabricanta@dicksteinshapiro.com
3   Lawrence C. Drucker (admitted *pro hac vice*)
    druckerl@dicksteinshapiro.com
4   Cindy Yang (admitted *pro hac vice*)
    yangc@dicksteinshapiro.com
5   Bryan N. DeMatteo (admitted *pro hac vice*)
    dematteob@dicksteinshapiro.com
6   1633 Broadway
7   New York, NY 10019-6708
    Telephone: (212) 277-6500
8   Fax: (212) 277-6501

9   and

10  Lawrence R. LaPorte (SBN 130003)
11  laporte@dicksteinshapiro.com
    2049 Century Park East, Suite 700
12  Los Angeles, CA 90067

13  Attorneys for Plaintiff
14  BALTHASER ONLINE, INC.

15
    BANNER & WITCOFF, LTD.
16  Christopher J. Renk, IL 6199012 (admitted *pro hac vice*)
    Thomas K. Pratt, IL 6209761 (admitted *pro hac vice*)
17  Timothy C. Meece, IL 6226967 (admitted *pro hac vice*)
18  10 S. Wacker Drive, Ste. 3000
    Chicago, IL 60606
19  Telephone : (312) 463-5000
    Facsimile : (312) 463-5001
20
    PILLSBURY WINTHROP SHAW
21  PITTMAN LLP
22  Vernon H. Granneman (SBN 083532)
    2475 Hanover Street
23  Palo Alto, CA 94304-1114

24  and

25
    Colin T. Kemp (SBN 215408)
26  50 Fremont Street
    San Francisco, CA 94105-2228
27
28

DICKSTEIN
SHAPIRO LLP

[Proposed] Order re Stipulation on Dismissal of Defendant Nike, Inc.
No. 3:09-cv-05422-RS

Attorneys for Defendant
NIKE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> ELECTRONIC ARTS, INC, et al. <br><br> Defendants. | No. 3:09-cv-05422-RS <br><br> [PROPOSED] ORDER RE. STIPULATION ON DISMISSAL OF DEFENDANT NIKE, INC. |

**WHEREAS,** (1) on November, 4, 2008, Plaintiff Balthaser Online, Inc. ("Balthaser") filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) against, among others, Defendant Nike, Inc. ("Nike"); (2) on January 2, 2009, Nike filed an Answer and Affirmative Defenses; (3) on January 15, 2009, Balthaser filed a First Amended Complaint; (4) on February 2, 2009, Nike filed an Answer and Affirmative Defenses to the Plaintiff's First Amended Complaint; (5) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the action with respect to California Defendants, and certain other defendants, including Nike, to this District; (6) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbell; (7) on December 15, 2009, the above-styled action was reassigned to Honorable Jeremy Fogel; and (8) on March 18, 2010, the above-styled action was reassigned to this Court.

**WHEREAS,** Balthaser and Nike have reached a mutually satisfactory resolution of all issues between them that were the subject of Civil Action No. 2:08-cv-430 (DF) and the above-styled action (collectively, the "Action");

**WHEREAS,** Balthaser and Nike have filed a Stipulation of Dismissal (the "Stipulation") with this Court advising the Court that the parties have reached a mutually satisfactory resolution of all issues between them that were subject of this Action;

**NOW, THEREFORE,** after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

1. All claims and counterclaims asserted by either party in the Action against the other are hereby dismissed with prejudice;

2. Each party shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action; and

3. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

Dated: 11/24/10

_____
Honorable Richard Seeborg
United States District Court Judge