DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@docksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@docksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@docksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@docksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@docksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELECTRONIC ARTS, INC, et al. <br><br> Defendants. | No. 3:09-cv-05422-RS <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** <br><br> Judge: Honorable Richard Seeborg |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)

DOCSNY-442556v1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

  **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Balthaser Online, Inc. ("Plaintiff") hereby voluntarily dismisses all claims in the above-identified action without prejudice as to Defendant Booker Entities, Inc. ("Defendant").  Defendant has neither served an answer nor moved for summary judgment.

  Accordingly, this action as it pertains to Defendant shall be dismissed without prejudice and without an Order of the Court.

DATED: November 30, 2010     DICKSTEIN SHAPIRO LLP

            By:  /s/  Alfred R Fabricant
              Alfred R Fabricant*
              fabricanta@dicksteinshapiro.com
              Lawrence C. Drucker*
              druckerl@dicksteinshapiro.com
              Cindy Yang*
              yangc@dicksteinshapiro.com
              Bryan N. DeMatteo*
              dematteob@dicksteinshapiro.com
              DICKSTEIN SHAPIRO LLP
              1633 Broadway
              New York, NY 10019-6708
              Telephone: (212) 277-6500
              Fax: (212) 277-6501

              and

              Lawrence R. LaPorte (SBN 130003)
              laporte@dicksteinshapiro.com
              DICKSTEIN SHAPIRO LLP
              2049 Century Park East, Suite 700
              Los Angeles, CA 90067

              *Admitted *pro hac vice*

              Attorneys for Plaintiff BALTHASER ONLINE, INC.