DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.


FENWICK & WEST LLP
Darryl M. Woo (SBN 100513)
Michael J. Sacksteder (SBN 191605)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants
FRIENDFINDER CALIFORNIA, INC., VARIOUS, INC.,
 and GLOBAL ALPHABET, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

Stipulation on Dismissal of Defendants FriendFinder California, Inc., Various, Inc.,
and Global Alphabet, Inc.
No. 3:09-cv-05422-RS

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELECTRONIC ARTS, INC, et al. <br><br> Defendants. | No. 3:09-cv-05422-RS <br><br> **STIPULATION ON DISMISSAL OF DEFENDANTS FRIENDFINDER CALIFORNIA, INC., VARIOUS, INC., AND GLOBAL ALPHABET, INC.** |

**WHEREAS,** (1) on January 15, 2009, Plaintiff Balthaser Online, Inc. ("Balthaser") filed a First Amended Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) against, among others, Defendants FriendFinder California, Inc. ("FriendFinder California"), Various, Inc. ("Various"), and Global Alphabet, Inc. ("Global Alphabet") (collectively, the "FriendFinder Entities"); (2) on March 18, 2009, the FriendFinder Entities each individually filed an Answer and Counterclaim to First Amended Complaint; (3) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the action with respect to California Defendants, and certain other defendants, including the FriendFinder Entities, to this District; (4) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbell; (5) on December 15, 2009, the above-styled action was reassigned to the Honorable Jeremy Fogel; and (6) on March 18, 2010, the above-styled action was reassigned to this Court.

**WHEREAS,** Balthaser and the FriendFinder Entities have reached a mutually satisfactory resolution of all issues between them that were the subject of Civil Action No. 2:08-cv-430 (DF) and the above-styled action (collectively, the "Action");

2
Stipulation on Dismissal of Defendants FriendFinder California, Inc., Various, Inc., and Global Alphabet, Inc.
No. 3:09-cv-05422-RS

DICKSTEIN SHAPIRO LLP

**NOW, THEREFORE,** Balthaser and the FriendFinder Entities (individually, the "Party"; collectively, the "Parties"), through their undersigned counsel, jointly request and stipulate to the entry of an Order providing that:

1. All claims and counterclaims asserted by Balthaser or the FriendFinder Entities in the Action against the other are hereby dismissed with prejudice;

2. Each Party shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action;

3. This Court denies all unresolved pending motions in the Action between the Parties as moot; and

4. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

DATED: December 3, 2010                    DICKSTEIN SHAPIRO LLP

By: /s/ Alfred R. Fabricant
   Alfred R Fabricant*
   fabricanta@dicksteinshapiro.com
   Lawrence C. Drucker*
   druckerl@dicksteinshapiro.com
   Cindy Yang*
   yangc@dicksteinshapiro.com
   Bryan N. DeMatteo*
   dematteob@dicksteinshapiro.com
   DICKSTEIN SHAPIRO LLP
   1633 Broadway
   New York, NY 10019-6708
   Telephone: (212) 277-6500
   Fax: (212) 277-6501

   and

   Lawrence R. LaPorte (SBN 130003)
   laporte@dicksteinshapiro.com
   DICKSTEIN SHAPIRO LLP
   2049 Century Park East, Suite 700

3
Stipulation on Dismissal of Defendants FriendFinder California, Inc., Various, Inc., and Global Alphabet, Inc.
No. 3:09-cv-05422-RS

DICKSTEIN SHAPIRO LLP

| | |
|---|---|
| | Los Angeles, CA 90067 |
| | *Admitted *pro hac vice* |
| | Attorneys for Plaintiff BALTHASER ONLINE, INC. |
| DATED: December 3, 2010 | FENWICK & WEST LLP |
| | By : /s/ Michael J. Sacksteder<br>Darryl M. Woo (SBN 100513)<br>Michael J. Sacksteder (SBN 191605)<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350 |
| | Attorneys for Defendants<br>FRIENDFINDER CALIFORNIA, INC., VARIOUS, INC., and GLOBAL ALPHABET, INC. |

4
Stipulation on Dismissal of Defendants FriendFinder California, Inc., Various, Inc., and Global Alphabet, Inc.
No. 3:09-cv-05422-RS

DICKSTEIN
SHAPIRO LLP

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/ Alfred R Fabricant____

5
Stipulation on Dismissal of Defendants FriendFinder California, Inc., Various, Inc.,
and Global Alphabet, Inc.
No. 3:09-cv-05422-RS

DICKSTEIN
SHAPIRO LLP