DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.


GIBSON, DUNN & CRUTCHER LLP
Wayne M. Barsky (SBN 116731)
wbarsky@gibsondunn.com
2029 Century Park East
Los Angeles, CA 90067-3026
Telephone: (310) 557-8183
Facsimile: (310) 552-7010

and

Sarah E. Piepmeier (SBN 227094)
spiepmeier@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 374-8404

Attorneys for Defendant
SCRIPPS NETWORKS, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELECTRONIC ARTS, INC, et al. <br><br> Defendants. | No. 3:09-cv-05422-RS <br><br><br> **STIPULATION ON DISMISSAL OF DEFENDANT SCRIPPS NETWORKS, LLC** |

**WHEREAS,** (1) on November, 4, 2008, Plaintiff Balthaser Online, Inc. ("Balthaser") filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) against, among others, Defendant Scripps Networks, LLC ("Scripps"); (2) on January 12, 2009, Scripps filed an Answer and Affirmative Defenses to the Complaint; (3) on January 15, 2009, Balthaser filed a First Amended Complaint; (4) on February 2, 2009, Scripps filed an Answer and Affirmative Defenses to the First Amended Complaint; (5) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the action with respect to California Defendants, and certain other defendants, including Scripps, to this District; (6) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbell; (7) on December 15, 2009, the above-styled action was reassigned to Honorable Jeremy Fogel; and (8) on March 18, 2010, the above-styled action was reassigned to this Court.

**WHEREAS,** Balthaser and Scripps have reached a mutually satisfactory resolution of all issues between them that were the subject of Civil Action No. 2:08-cv-430 (DF) and the above-styled action (collectively, the "Action");

**NOW, THEREFORE,** Balthaser and Scripps, through their undersigned counsel, jointly request and stipulate to the entry of an Order providing that:

1. All claims and counterclaims asserted by either party in the Action against the other are hereby dismissed with prejudice;

2. Each party shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action; and

3. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

DATED: December 3, 2010                    DICKSTEIN SHAPIRO LLP


By:\_\_\_/s/\_ Alfred R. Fabricant\_\_\_
   Alfred R. Fabricant*
   fabricanta@dicksteinshapiro.com
   Lawrence C. Drucker*
   druckerl@dicksteinshapiro.com
   Cindy Yang*
   yangc@dicksteinshapiro.com
   Bryan N. DeMatteo*
   dematteob@dicksteinshapiro.com
   DICKSTEIN SHAPIRO LLP
   1633 Broadway
   New York, NY 10019-6708
   Telephone: (212) 277-6500
   Fax: (212) 277-6501

   and

   Lawrence R. LaPorte (SBN 130003)
   laporte@dicksteinshapiro.com
   DICKSTEIN SHAPIRO LLP
   2049 Century Park East, Suite 700
   Los Angeles, CA 90067

   *Admitted *pro hac vice*

   Attorneys for Plaintiff BALTHASER
   ONLINE, INC.

1

2  DATED: December 3, 2010

3

GIBSON DUNN & CRUTCHER LLP

4  By : __/s/ Sarah E. Piepmeier _____
          Wayne M. Barsky (SBN 116731)
5         wbarsky@gibsondunn.com
          GIBSON, DUNN & CRUTCHER LLP
6         2029 Century Park East
          Los Angeles, CA 90067-3026
7         Telephone: (310) 557-8183
          Facsimile: (310) 552-7010
8

9               and

10        Sarah E. Piepmeier (SBN 227094)
          GIBSON, DUNN & CRUTCHER LLP
11        555 Mission Street, Suite 3000
          San Francisco, CA 94105
12        Telephone: (415) 393-8200
          Facsimile: (415) 374-8404
13

14

15  ATTORNEYS FOR DEFENDANT SCRIPPS
    NETWORKS, LLC

16

17

18

19

20

21

22

23

24

25

26

27
                                    4
28
     Stipulation on Dismissal of Defendant Scripps Networks, LLC
                     No. 3:09-cv-05422-RS

DICKSTEIN
SHAPIRO LLP

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/ Alfred R. Fabricant