DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.


CHADBOURNE & PARKE LLP
John M. Hintz (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-1036
Fax: (212) 541-5369
Email:  jhintz@chadbourne.com

and

Duane R. Valz (SBN 184586)
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071
Telephone:  213-892-1000
Fax:  213-892-2045
Email:  dvalz@chadbourne.com

Attorneys for Defendant
THE KNOT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELECTRONIC ARTS, INC, et al. <br><br> Defendants. | No. 3:09-cv-05422-RS <br><br> **STIPULATION ON DISMISSAL OF DEFENDANT THE KNOT, INC.** |

**WHEREAS,** (1) on November, 4, 2008, Plaintiff Balthaser Online, Inc. ("Balthaser") filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) against, among others, Defendant The Knot, Inc. ("The Knot"); (2) on January 2, 2009, The Knot filed an Answer to Complaint and Counterclaims; (3) on January 15, 2009, Balthaser filed a First Amended Complaint; (4) on February 2, 2009, The Knot filed an Answer to First Amended Complaint and Counterclaims; (5) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the action with respect to California Defendants, and certain other defendants, including The Knot, to this District; (6) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbell; (7) on December 15, 2009, the above-styled action was reassigned to Honorable Jeremy Fogel; and (8) on March 18, 2010, the above-styled action was reassigned to this Court.

**WHEREAS,** Balthaser and The Knot have reached a mutually satisfactory resolution of all issues between them that were the subject of Civil Action No. 2:08-cv-430 (DF) and the above-styled action (collectively, the "Action");

1     **NOW, THEREFORE,** Balthaser and The Knot, through their undersigned counsel, jointly request and stipulate to the entry of an Order providing that:

    1.     All claims and counterclaims asserted by either party in the Action against the other are hereby dismissed with prejudice;

    2.     Each party shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action; and

    3.     This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

DATED: December 9, 2010                                           DICKSTEIN SHAPIRO LLP

                                                                                                      By: /s/ Alfred R. Fabricant
                                                                                                         Alfred R. Fabricant\*
                                                                                                         fabricanta@dicksteinshapiro.com
Lawrence C. Drucker\*
druckerl@dicksteinshapiro.com
Cindy Yang\*
yangc@dicksteinshapiro.com
Bryan N. DeMatteo\*
dematteob@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067

\*Admitted *pro hac vice*

Attorneys for Plaintiff BALTHASER ONLINE, INC.

DATED:  December 9, 2010                    CHADBOURNE & PARKE LLP


By : _/s/_ John M. Hintz ___
   John M. Hintz*
   CHADBOURNE & PARKE LLP
   30 Rockefeller Plaza
   New York, NY 10112
   Telephone: (212) 408-1036
   Fax: (212) 541-5369
   Email:  jhintz@chadbourne.com

and

Duane R. Valz (SBN 184586)
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071
Telephone:  213-892-1000
Fax:  213-892-2045
Email:  dvalz@chadbourne.com

*Admitted *pro hac vice*

Attorneys for Defendant THE KNOT, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/ Alfred R. Fabricant