DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.


CHADBOURNE & PARKE LLP
John M. Hintz (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-1036
Fax: (212) 541-5369
Email:  jhintz@chadbourne.com

and

Duane R. Valz (SBN 184586)
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071
Telephone:  213-892-1000
Fax:  213-892-2045
Email:  dvalz@chadbourne.com

Attorneys for Defendant
THE KNOT, INC.

[Proposed] Order re Stipulation on Dismissal of Defendant The Knot, Inc.
No. 3:09-cv-05422-RS

DICKSTEIN
SHAPIRO LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> ELECTRONIC ARTS, INC, et al. <br><br> Defendants. | No. 3:09-cv-05422-RS <br><br> [PROPOSED] ORDER RE. STIPULATION ON DISMISSAL OF DEFENDANT THE KNOT, INC. |

**WHEREAS,** (1) on November, 4, 2008, Plaintiff Balthaser Online, Inc. ("Balthaser") filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) against, among others, Defendant The Knot, Inc. ("The Knot"); (2) on January 2, 2009, The Knot filed an Answer to Complaint and Counterclaims; (3) on January 15, 2009, Balthaser filed a First Amended Complaint; (4) on February 2, 2009, The Knot filed an Answer to First Amended Complaint and Counterclaims; (5) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the action with respect to California Defendants, and certain other defendants, including The Knot, to this District; (6) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbell; (7) on December 15, 2009, the above-styled action was reassigned to Honorable Jeremy Fogel; and (8) on March 18, 2010, the above-styled action was reassigned to this Court.

**WHEREAS,** Balthaser and The Knot have reached a mutually satisfactory resolution of all issues between them that were the subject of Civil Action No. 2:08-cv-430 (DF) and the above-styled action (collectively, the "Action");

**WHEREAS,** Balthaser and The Knot have filed a Stipulation of Dismissal (the "Stipulation") with this Court advising the Court that the parties have reached a mutually satisfactory resolution of all issues between them that were subject of this Action;

**NOW, THEREFORE,** after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

1. All claims and counterclaims asserted by either party in the Action against the other are hereby dismissed with prejudice;

2. Each party shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action; and

3. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

**IT IS SO ORDERED.**

Dated: __12/9/10_____      _____
                                Honorable Richard Seeborg
                                United States District Court Judge