DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.


GIBSON, DUNN & CRUTCHER LLP
Wayne M. Barsky (SBN 116731)
wbarsky@gibsondunn.com
2029 Century Park East
Los Angeles, CA 90067-3026
Telephone: (310) 557-8183
Facsimile: (310) 552-7010

and

Sarah E. Piepmeier (SBN 227094)
spiepmeier@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 374-8404

Attorneys for Defendant
MEREDITH CORPORATION

Stipulation on Dismissal of Defendant Meredith Corporation
No. 3:09-cv-05422-RS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEREDITH CORPORATION, et al. <br><br> Defendants. | No. 3:09-cv-05422-RS <br><br> **STIPULATION ON DISMISSAL OF DEFENDANT MEREDITH CORPORATION** |

**WHEREAS,** (1) on November, 4, 2008, Plaintiff Balthaser Online, Inc. ("Balthaser") filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) against, among others, Defendant Meredith Corporation ("MEREDITH"); (2) on January 12, 2009, MEREDITH filed an Answer and Affirmative Defenses to the Complaint; (3) on January 15, 2009, Balthaser filed a First Amended Complaint; (4) on February 2, 2009, MEREDITH filed an Answer and Affirmative Defenses to the First Amended Complaint; (5) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the action with respect to California Defendants, and certain other defendants, including MEREDITH, to this District; (6) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbell; (7) on December 15, 2009, the above-styled action was reassigned to the Honorable Jeremy Fogel; and (8) on March 18, 2010, the above-styled action was reassigned to this Court.

**WHEREAS,** Balthaser and MEREDITH have reached a mutually satisfactory resolution of all issues between them that were the subject of Civil Action No. 2:08-cv-430 (DF) and the above-styled action (collectively, the "Action");

**NOW, THEREFORE,** Balthaser and MEREDITH, through their undersigned counsel, jointly request and stipulate to the entry of an Order providing that:

1. All claims and counterclaims asserted by either party in the Action against the other are hereby dismissed with prejudice;

2. Each party shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action; and

3. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

DATED: December 21, 2010                    DICKSTEIN SHAPIRO LLP

By:    /s/  Alfred R. Fabricant
    Alfred R. Fabricant*
    fabricanta@dicksteinshapiro.com
    Lawrence C. Drucker*
    druckerl@dicksteinshapiro.com
    Cindy Yang*
    yangc@dicksteinshapiro.com
    Bryan N. DeMatteo*
    dematteob@dicksteinshapiro.com
    DICKSTEIN SHAPIRO LLP
    1633 Broadway
    New York, NY 10019-6708
    Telephone: (212) 277-6500
    Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067

*Admitted *pro hac vice*

Attorneys for Plaintiff BALTHASER ONLINE, INC.

DATED:  December 21, 2010

GIBSON DUNN & CRUTCHER LLP

By : __/s/__ Sarah E. Piepmeier_____
    Wayne M. Barsky (SBN 116731)
    wbarsky@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
    2029 Century Park East
    Los Angeles, CA 90067-3026
    Telephone: (310) 557-8183
    Facsimile: (310) 552-7010

and

Sarah E. Piepmeier (SBN 227094)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 374-8404


ATTORNEYS FOR DEFENDANT
MEREDITH CORPORATION

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/ Alfred R. Fabricant