| | |
|---|---|
| 1 | DICKSTEIN SHAPIRO LLP |
| 2 | Alfred R Fabricant (admitted *pro hac vice*) |
|   | fabricanta@dicksteinshapiro.com |
| 3 | Lawrence C. Drucker (admitted *pro hac vice*) |
|   | druckerl@dicksteinshapiro.com |
| 4 | Cindy Yang (admitted *pro hac vice*) |
|   | yangc@dicksteinshapiro.com |
| 5 | Bryan N. DeMatteo (admitted *pro hac vice*) |
|   | dematteob@dicksteinshapiro.com |
| 6 | 1633 Broadway |
| 7 | New York, NY 10019-6708 |
|   | Telephone: (212) 277-6500 |
| 8 | Fax: (212) 277-6501 |
| 9 | and |
| 10 | Lawrence R. LaPorte (SBN 130003) |
| 11 | laporte@dicksteinshapiro.com |
|   | 2049 Century Park East, Suite 700 |
| 12 | Los Angeles, CA 90067 |
| 13 | Attorneys for Plaintiff |
| 14 | BALTHASER ONLINE, INC. |
| 15 | *Additional Counsel Listed Below* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BALTHASER ONLINE, INC., | No. 3:09-cv-05422-RS (PSG) |
| Plaintiff, | **[PROPOSED] ORDER TO CONTINUE CLAIM CONSTRUCTION HEARING AND FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| ELECTRONIC ARTS, INC., et al. | Current Date (Claim Construction Hearing): January 26, 2011 |
| Defendants. | Proposed Date: February 23, 2011 |
| | Time: 10:00 a.m. |

[Proposed] Order To Continue Claim Construction Hearing
and Further Case Management Conference
No. 3:09-cv-05422-RS (PSG)

DICKSTEIN SHAPIRO LLP

DOCSNY-406203v1

Current Date (Further Case Management Conference): January 27, 2011
Proposed Date: February 24, 2011
Time: 10:00 am

Judge:   Hon. Richard Seeborg
Courtroom: #3, 17th Floor

Pursuant to the Stipulation to Continue Claim Construction Hearing and Further Case Management Conference and counsel and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Claim Construction Hearing shall be continued to ~~February 23~~ March 9, 2011 at 10:00 a.m.

2. The Further Case Management Conference shall be continued to ~~February 24~~ March 10, 2011 at 10:00 a.m.

DATED: 1/24/2011          By: _/s/ Richard Seeborg_
                              Honorable Richard Seeborg
                              United States District Court Judge

2
[~~Proposed~~] Order To Continue Claim Construction Hearing
and Further Case Management Conference
No. 3:09-cv-05422-RS (PSG)

DICKSTEIN SHAPIRO LLP

DOCSNY-406203v1