*E-Filed 3/4/11*

DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.

*Additional Counsel Listed Below*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS, INC., et al.<br><br>Defendants. | No. 3:09-cv-05422-RS (PSG)<br><br>**[PROPOSED] ORDER TO CONTINUE CLAIM CONSTRUCTION HEARING AND FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Current Date (Claim Construction Hearing): March 9, 2011<br>Proposed Date: April 6, 2011<br>Time: 10:00 a.m. |

[Proposed] Order To Continue Claim Construction Hearing
and Further Case Management Conference
No. 3:09-cv-05422-RS (PSG)

DICKSTEIN SHAPIRO LLP

DOCSNY-454643v1

Current Date (Further Case Management Conference): March 10, 2011
Proposed Date: April 7, 2011
Time: 10:00 am

Judge:   Hon. Richard Seeborg
Courtroom: #3, 17th Floor

Pursuant to the Second Stipulation to Continue Claim Construction Hearing and Further Case Management Conference and counsel and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Claim Construction Hearing shall be continued to April 6, 2011 at 10:00 a.m.

2. The Further Case Management Conference shall be continued to April 7, 2011 at 10:00 a.m.

DATED: 3/4/11                By: _____
                                 Honorable Richard Seeborg
                                 United States District Court Judge

2
[Proposed] Order To Continue Claim Construction Hearing
and Further Case Management Conference
No. 3:09-cv-05422-RS (PSG)

DICKSTEIN SHAPIRO LLP

DOCSNY-454643v1