DICKSTEIN SHAPIRO LLP
Alfred R Fabricant (admitted *pro hac vice*)
fabricanta@dicksteinshapiro.com
Lawrence C. Drucker (admitted *pro hac vice*)
druckerl@dicksteinshapiro.com
Cindy Yang (admitted *pro hac vice*)
yangc@dicksteinshapiro.com
Bryan N. DeMatteo (admitted *pro hac vice*)
dematteob@dicksteinshapiro.com
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 277-6500
Fax: (212) 277-6501

and

Lawrence R. LaPorte (SBN 130003)
laporte@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Attorneys for Plaintiff
BALTHASER ONLINE, INC.

*Additional Counsel Listed Below*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BALTHASER ONLINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOOKUMU, INC., et al. <br><br> Defendants. | No. 3:09-cv-05422-RS (PSG) <br><br> **STIPULATION ON DISMISSAL OF DEFENDANT HOOKUMU, INC.** <br><br> Judge:  Hon. Richard Seeborg |

**WHEREAS,** (1) on November, 4, 2008, Plaintiff Balthaser Online, Inc. ("Balthaser") filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) against, among others, Defendant Hookumu, Inc. ("HOOKUMU"); (2) on January 12, 2009, HOOKUMU filed an Answer to the Complaint, Affirmative Defenses, and Counterclaims; (3) on January 15, 2009, Balthaser filed a First Amended Complaint; (4) on February 5, 2009, HOOKUMU filed an Answer and Affirmative Defenses to the First Amended Complaint; (5) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the action with respect to California Defendants, and certain other defendants, including HOOKUMU, to this District; (6) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbell; (7) on December 15, 2009, the above-styled action was reassigned to the Honorable Jeremy Fogel; and (8) on March 18, 2010, the above-styled action was reassigned to this Court.

**WHEREAS,** there no longer exists a dispute between Balthaser and HOOKUMU concerning all issues between them that were the subject of Civil Action No. 2:08-cv-430 (DF) and the above-styled action (collectively, the "Action");

**NOW, THEREFORE,** Balthaser and HOOKUMU, through their undersigned counsel, jointly request and stipulate to the entry of an Order providing that:

1. All claims and counterclaims asserted by either party in the Action against the other are hereby dismissed with prejudice;

2. Each party shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action;

3. All unresolved pending motions in this Action between the parties shall be denied as moot; and

1         4.    This Court shall retain jurisdiction over this matter for purposes of enforcement of the parties' agreement.

DATED:  March 31, 2011                        DICKSTEIN SHAPIRO LLP

                                                      By:___/s/ Alfred R. Fabricant_____
                                                           Alfred R Fabricant*
                                                           fabricanta@dicksteinshapiro.com
                                                           Lawrence C. Drucker*
                                                           druckerl@dicksteinshapiro.com
                                                           Cindy Yang*
                                                           yangc@dicksteinshapiro.com
                                                           Bryan N. DeMatteo*
                                                           dematteob@dicksteinshapiro.com
                                                           DICKSTEIN SHAPIRO LLP
                                                           1633 Broadway
                                                           New York, NY 10019-6708
                                                           Telephone: (212) 277-6500
                                                           Fax: (212) 277-6501

                                                           and

                                                           Lawrence R. LaPorte (SBN 130003)
                                                           laporte@dicksteinshapiro.com
                                                           DICKSTEIN SHAPIRO LLP
                                                           2049 Century Park East, Suite 700
                                                           Los Angeles, CA 90067

                                                           *Admitted *pro hac vice*

                                                           Attorneys for Plaintiff BALTHASER
                                                           ONLINE, INC.


DATED: March 31, 2011                        SCHIFFER ODOM HICKS & JOHNSON

                                                      By : _/s/ Logan E. Johnson_____
                                                           Logan E. Johnson*
                                                           SCHIFFER ODOM HICKS & JOHNSON
                                                           3200 Southwest Freeway, Suite 2390
                                                           Houston, Texas 77027

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DICKSTEIN
SHAPIRO LLP

Tel: 713-357-5150
Fax: 713-357-5160

and

LAW OFFICES OF JAMES MILLS

James Mills (SBN 203783)
1300 Clay Street, Suite 600
Oakland, CA  94612
Telephone: 510-521-8748
Facsimile: 510-277-1413

Attorneys for Defendant 20/20 ICOVIA, INC.
(f/k/a HOOKUMU INC.)

*Admitted *pro hac vice*

4
Stipulation on Dismissal of Defendant Hookumu, Inc.
No. 3:09-cv-05422-RS (PSG)

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/ Alfred R. Fabricant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DICKSTEIN
SHAPIRO LLP

Stipulation on Dismissal of Defendant Hookumu, Inc.
No. 3:09-cv-05422-RS (PSG)