1  DICKSTEIN SHAPIRO LLP
   Alfred R Fabricant (admitted *pro hac vice*)
2  fabricanta@dicksteinshapiro.com
   Lawrence C. Drucker (admitted *pro hac vice*)
3  druckerl@dicksteinshapiro.com
   Cindy Yang (admitted *pro hac vice*)
4  yangc@dicksteinshapiro.com
   Bryan N. DeMatteo (admitted *pro hac vice*)
5  dematteob@dicksteinshapiro.com
   1633 Broadway
6  New York, NY 10019-6708
7  Telephone: (212) 277-6500
   Fax: (212) 277-6501
8
9  and
10
   Lawrence R. LaPorte (SBN 130003)
11 laporte@dicksteinshapiro.com
   2049 Century Park East, Suite 700
12 Los Angeles, CA 90067
13
   Attorneys for Plaintiff
14 BALTHASER ONLINE, INC.
15
16              **UNITED STATES DISTRICT COURT**
17             **NORTHERN DISTRICT OF CALIFORNIA**
18                **SAN FRANCISCO DIVISION**
19

| | |
|---|---|
| 20 BALTHASER ONLINE, INC., | No. 3:09-cv-05422-RS (PSG) |
| 21              Plaintiff, | |
| 22   v. | **[PROPOSED] ORDER RE.** **STIPULATION ON DISMISSAL OF** |
| 23 | **DEFENDANT HOOKUMU, INC.** |
| 24 HOOKUMU, INC, et al. | |
| 25              Defendants. | |
| 26 | |
| 27 | |

28

DICKSTEIN
SHAPIRO LLP

**WHEREAS,** (1) on November, 4, 2008, Plaintiff Balthaser Online, Inc. ("Balthaser") filed a Complaint in the United States District Court for the Eastern District of Texas, Marshall Division, commencing Civil Action No. 2:08-cv-430 (DF) against, among others, Defendant Hookumu, Inc. ("HOOKUMU"); (2) on January 12, 2009, HOOKUMU filed an Answer to the Complaint, Affirmative Defenses, and Counterclaims; (3) on January 15, 2009, Balthaser filed a First Amended Complaint; (4) on February 5, 2009, HOOKUMU filed an Answer and Affirmative Defenses to the First Amended Complaint; (5) on September 15, 2009, an Order concerning California Defendants' Motion to Transfer Venue was issued transferring the action with respect to California Defendants, and certain other defendants, including HOOKUMU, to this District; (6) on November 17, 2009, the E.D. Texas Action was transferred to this District and assigned to the Honorable Patricia V. Trumbell; (7) on December 15, 2009, the above-styled action was reassigned to the Honorable Jeremy Fogel; and (8) on March 18, 2010, the above-styled action was reassigned to this Court.

**WHEREAS,** there no longer exists a dispute between Balthaser and HOOKUMU concerning all issues between them that were the subject of Civil Action No. 2:08-cv-430 (DF) and the above-styled action (collectively, the "Action");

**WHEREAS**, Balthaser and HOOKUMU have filed a Stipulation of Dismissal (the "Stipulation") with this Court advising the Court that a dispute no longer exists concerning all issues between them that were subject of this Action;

**NOW, THEREFORE**, after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT:**

       1.      All claims and counterclaims asserted by either party in the Action against the other are hereby dismissed with prejudice;

DICKSTEIN
SHAPIRO LLP

2.      Each party shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action;

3.      All unresolved pending motions in this Action between the parties shall be denied as moot; and

4.      This Court shall retain jurisdiction over this matter for purposes of enforcement of the parties' agreement.

**IT IS SO ORDERED.**

Dated: ___3/30/11_____

_____
Honorable Richard Seeborg
United States District Court Judge

[Proposed] Order re Stipulation on Dismissal of Defendant Hookumu, Inc.
No. 3:09-cv-05422-RS

DICKSTEIN
SHAPIRO LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DICKSTEIN
SHAPIRO LLP